Form 07 - CORPORATION

**SCHWARTZ & PERRY ESQS**
**ATTN:**

U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY
-------------------------------------------------

NANCY DENARDI                                    plaintiff

        against

DRA IMAGING, P.C. ETANO                          defendant

Index No. 07 CIV 5794
Date Filed
Office No.
Court Date:   /   /

-------------------------------------------------
STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**TONY DONADIO**     being duly sworn, deposes and says; I am over 18 years of age not a party to this action, and reside in the State of New York. That on the **28th** day of **June, 2007** at **10:45 AM.**,     at
   1 COLUMBIA ST, 1ST FL.
   POUGHKEEPSIE, NY 12601

I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **DRA IMAGING, P.C.**
**a domestic corporation**, the **DEFENDANT** therein named by delivering to, and leaving personally with
   **JOSEPH CHISERI**     OFFICE MANAGER & MANAGING AGENT

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**          COLOR: **WHITE**          HAIR: **GREY**
   APP. AGE: 53          APP. HT: 5:9          APP. WT: 175

OTHER IDENTIFYING FEATURES

Sworn to before me this
5th day of July, 2007t
BRETT GOLUB
Notary Public, State of New York
No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

TONY DONADIO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3SP43860