Form 07 - CORPORATION

SCHWARTZ & PERRY ESQS
ATTN:

U.S. SOUTHERN DIST. COURT      NEW YORK COUNTY
---------------------------------------------------

NANCY DENARDI                              plaintiff

against

DRA IMAGING, P.C. ETANO                    defendant

---------------------------------------------------

Index No. 07 CIV 5794

Date Filed

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**TONY DONADIO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28th** day of **June, 2007** at **10:45 AM.**, at
   1 COLUMBIA ST, 1ST FL.
   POUGHKEEPSIE, NY 12601

I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **IMAGING SUPPORT SERVICES, LLC**
**a domestic corporation,** the **DEFENDANT** therein named by delivering to and leaving personally with
   **JOSEPH CHISERI MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**         COLOR: **WHITE**        HAIR: **GREY**
   APP. AGE: **53**      APP. HT: **5:9**        APP. WT: **175**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
5th   day of  July        2007

BRETT GOLUB
Notary Public, State of New
   No. 01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

.............
TONY DONADIO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3SP43861