UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NANCY DENARDI,

                     Plaintiff,

-against-

DRA IMAGING, P.C. and IMAGING SUPPORT
SERVICES, LLC,

                     Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 Civ. 5794 (MGC)

***PLEASE TAKE NOTICE*** that Defendants, DRA IMAGING, P.C. and IMAGING SUPPORT SERVICES, LLC, hereby appear in this action by the undersigned counsel. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned counsel.

Dated:   White Plains, New York
            July 16, 2007

                                       KEANE & BEANE, P.C.

                                By: _____
                                      Lance H. Klein (LK 8243)
                                       Attorneys for Defendants
                                       445 Hamilton Avenue, Suite 1500
                                       White Plains, NY 10601
                                       (914) 946-4777

TO:   David S. Perry, Esq.
        **SCHWARTZ & PERRY, LLP**
        Attorneys for Plaintiff
        295 Madison Avenue
        New York, NY 10017
        (212) 889-6565