UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

NANCY DENARDI,

                Plaintiff,

-against-

DRA IMAGING, P.C. and IMAGING SUPPORT SERVICES, LLC,

                Defendants.

------------------------------------------------------------------ X

**SO ORDERED STIPULATION**

07 Civ. 5794 (MGC)

*ECF Case*

*IT IS HEREBY STIPULATED* that Defendants' time to answer or otherwise move with respect to the Complaint in the above-captioned action is extended to and including August 3, 2007.

Dated: White Plains, New York
         July 16, 2007

SCHWARTZ & PERRY, LLP

By: _____
Davida S. Perry, Esq. (1879)
Attorneys for Plaintiff
295 Madison Avenue
New York, NY 10017
(212) 889-6565

KEANE & BEANE, P.C.

By: _____
Lance H. Klein (LK 8243)
Attorneys for Defendants
445 Hamilton Avenue, 15th Floor
White Plains, New York 10601
(914) 946-4777

**SO ORDERED:**

_____
Miriam G. Cedarbaum, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07