UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NANCY DENARDI,

            Plaintiff,

-against-

DRA IMAGING, P.C. and IMAGING SUPPORT
SERVICES, LLC,

            Defendants.
------------------------------------------------------------------x

**RULE 7.1 STATEMENT OF DEFENDANT DRA IMAGING, P.C.**

07 CIV 5794 (MGC)

*ECF Action*

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel for Defendant DRA IMAGING, P.C. (which is a non-governmental corporate entity), hereby certifies that (1) Defendant DRA IMAGING, P.C. has no parent corporation; and (2) no publicly held corporation owns 10% or more of the stock of Defendant DRA IMAGING, P.C.

Dated:  White Plains, New York
          August 3, 2007

                                  **KEANE & BEANE, P.C.**

                    By:  */s/ Stephanie Burns*
                                  Stephanie L. Burns (SB 3467)
                                  Lance H. Klein (LK-8243)
                                  Attorneys for Defendant DRA IMAGING, P.C.
                                  445 Hamilton Avenue, Suite 1500
                                  White Plains, New York 10601
                                  (914) 946-4777

TO:  Davida S. Perry, Esq.
       **SCHWARTZ & PERRY, LLP**
       Attorneys for Plaintiff
       295 Madison Avenue
       New York, New York 10017
       (212) 889-6565