UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
NANCY DENARDI,

        Plaintiff,

-against-

DRA IMAGING, P.C. and IMAGING SUPPORT
SERVICES, LLC,

        Defendants.
------------------------------------------------------------------- x

**RULE 7.1 STATEMENT OF DEFENDANT IMAGING SUPPORT SERVICES, LLC**

07 CIV 5794 (MGC)

*ECF Action*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel for Defendant IMAGING SUPPORT SERVICES, LLC (which is a non-governmental corporate entity), hereby certifies that (1) Defendant IMAGING SUPPORT SERVICES, LLC has no parent corporation; and (2) no publicly held corporation owns 10% or more of the stock of Defendant IMAGING SUPPORT SERVICES, LLC.

Dated:  White Plains, New York
         August 3, 2007

                              KEANE & BEANE, P.C.

                By:  */s/ Stephanie L. Burns*
                        Stephanie L. Burns (SB 3467)
                        Lance H. Klein (LK-8243)
                        Attorneys for Defendant IMAGING SUPPORT
                            SERVICES, LLC
                        445 Hamilton Avenue, Suite 1500
                        White Plains, New York 10601
                        (914) 946-4777

TO:  Davida S. Perry, Esq.
       **SCHWARTZ & PERRY, LLP**
       Attorneys for Plaintiff
       295 Madison Avenue
       New York, New York 10017
       (212) 889-6565