**Exhibit A**

9. During her career with DRA until her colon cancer diagnosis in October 2005, DRA would often call upon DeNardi to handle assignments of considerable significance, such as taking over Medicare, the biggest account in the company.

10. Further confirmation of DeNardi's positive job performance throughout her tenure at DRA, is described by the following comments made in her performance evaluations:

- "Nancy has grown with this position. She is liked by her co-workers and I have heard from patients that she is very helpful."

- "Nancy has a good perspective on job requirements; she can deal with stress very well."

- "Nancy produces excellent work, she is someone I can depend on to get the job done. She is receptive to suggestions and constructive criticism."

- "She is a great asset to the billing dept and a pleasure to work with."

- "Readily adapts to organizational change, is flexible in handling a variety of unfamiliar operations."

- "Treats co-workers with unfailing courtesy and professionalism."

11. In Mid-October 2005, DeNardi was diagnosed with colon cancer, and underwent surgery on October 20, 2005.

12. DeNardi was released from the hospital on October 28, 2005 after a two week stay, where she recovered from surgery for a brief period of time.

3