UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NANCY DENARDI,

        Plaintiff,

-against-

DRA IMAGING, P.C. and IMAGING SUPPORT SERVICES, LLC,

        Defendants.
-----------------------------------------------------------------x

AMENDED
RULE 7.1 STATEMENT OF
DEFENDANT IMAGING
SUPPORT SERVICES, LLC

07 CIV 5794 (MGC)

*ECF Action*

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures, the undersigned counsel for Defendant IMAGING SUPPORT SERVICES, LLC (which is a non-governmental corporate entity), hereby certifies that, as of on or about October 31, 2007, (1) Defendant IMAGING SUPPORT SERVICES, LLC became wholly owned by DRA IMAGING, P.C.; and (2) no publicly held corporation owns 10% or more of the membership interest of Defendant IMAGING SUPPORT SERVICES, LLC.

Dated:    White Plains, New York
           January 14, 2008

                                              **KEANE & BEANE, P.C.**

                         By:   */s/ Stephanie Burns*
                                Stephanie L. Burns (SB 3467)
                                Lance H. Klein (LK-8243)
                                Attorneys for Defendant IMAGING
                                   SERVICES, LLC
                                445 Hamilton Avenue, Suite 1500
                                White Plains, New York 10601
                                (914) 946-4777

TO:    Davida S. Perry, Esq.
        **SCHWARTZ & PERRY, LLP**
        Attorneys for Plaintiff
        295 Madison Avenue
        New York, New York 10017
        (212) 889-6565