# SCHWARTZ & PERRY LLP

295 Madison Avenue, New York, New York 10017 • (212) 889-6565 • Fax (212) 779-8208 • www.schwartzandperry.com

Murray Schwartz
Davida S. Perry*
Brian Heller

Matthew T. Schatz
Kirsten Iansen

*Also admitted in MA

Michael P. Tempesta*
Ronald S. Solow†
Of Counsel

*Also admitted in D C
†Admitted in D C. and CA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

April 25, 2008

**Via Federal Express**

Honorable Miriam Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   *DeNardi v. DRA Imaging, P.C. and Imaging Support Services, LLC*
      Docket #: 07 Civ. 5794 (MGC)

Dear Judge Cedarbaum:

Our office represents the Plaintiff in the above-referenced matter. This letter is written with the knowledge, consent and approval of counsel for Defendants.

The discovery deadline in this case is currently scheduled for May 30, 2008 and the parties have been working diligently to meet it. At this point, the parties' initial document requests have been completed, as well as Plaintiff's deposition. Plaintiff was initially deposed on March 20, 2008 for approximately 7 hours. At the end of the deposition, defense counsel indicated that he required additional time to complete the deposition and after considering the issue, Plaintiff voluntarily agreed to appear on another date. Plaintiff's deposition was completed on April 22nd.

On April 23rd, Plaintiff served a 2nd Notice to Produce seeking certain specific documents that relate to certain relevant subjects that came up during Plaintiff's deposition. Defendant's production response is returnable at the end of May, just prior to the discovery cut-off. Plaintiff expects to use these documents during the two depositions of the Defendants' witnesses, which the parties are presently attempting to schedule. Since Plaintiff does not expect to receive the documents



until just before the current discovery cut-off, the parties will be unable to schedule the two depositions of Defendants' witnesses within the allotted time period. Additionally, Defendants have indicated that they expect to take the depositions of several non-party witnesses and Plaintiff has agreed to assist in the scheduling of those witnesses to the extent possible so that there will be no need for Defendants to serve subpoenas.

Accordingly, the parties most respectfully request an adjournment of the discovery cut-off to July 31, 2008 and the joint pre-trial order to September 30, 2008.

The parties remain, of course, available to speak with the Court by telephone, should the Court desire to do so. This is the parties' first request for such relief in this case and the parties fully believe that they will be able to complete all remaining discovery within the requested time period.

We thank the Court for its consideration of this matter.

Respectfully yours,

DAVIDA S. PERRY

DSP/arp

cc:   Keane & Beane (Att: Lance Klein, Esq.)

*Request granted.*
*So ordered.*
*S/*
*United States District Judge*
*April 30, 2008*

2