UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Nancy DeNardi

               Plaintiff (s)

- against -

DRA Imaging P. C., et al.

               Defendant (s)
------------------------------------------------X

CASE MANAGEMENT PLAN

07 Civ. 5794 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

    The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | February 22, 2008 |
| Amend the pleadings by | February 22, 2008 |
| All motions other than summary judgment by | August 1, 2008 |
| Discovery: | |
| All discovery to be completed by | July 31, 2008 |
| Joint Pre-Trial Order to be submitted by | September 30, 2008 |
| Final Pre-Trial Conference is scheduled for | Tuesday October 7, 2008 at 2:30 pm. |
| Trial: | Jury Trial October 15, 2008 at 10:00 am. |

    SO ORDERED.

Dated:   New York, New York
          July 23, 2008

_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge