UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NANCY DENARDI,                      :

                 Plaintiff,         :         **ORDER**

          -against-                 :         **07 Civ. 5794 (MGC)(MHD)**

DRA IMAGING, P.C., et al.           :

                 Defendants.        :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


          It is hereby


          ORDERED that a settlement conference has been scheduled in the
above-captioned action on **WEDNESDAY, AUGUST 6, 2008, at 3:00 PM**, at
which time you are directed to appear in Courtroom 17D, 500 Pearl
Street, New York, New York 10007-1312. Any requests for adjournment
of this scheduled conference must be in writing, with copies to all
other parties, and must be preceded by reasonable efforts by the
requesting party to obtain the consent of those parties.

Dated: New York, New York
      August 1, 2008

                                SO ORDERED.


                                _____
                                MICHAEL H. DOLINGER
                                UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been sent today to:


Davida S. Perry, Esq.
Schwartz & Perry
295 Madison Avenue
New York, NY 10017

Yael Goldie Utt, Esq.
Schwartz & Perry
295 Madison Avenue
New York, NY 10017

Lance H. Klein, Esq.
Keane & Beane, P.C.
445 Hamilton Avenue, 15th Floor
White Plains, NY 10601

Stephanie Lynn Burns, Esq.
Keane & Beane, P.C.
445 Hamilton Avenue, 15th Floor
White Plains, NY 10601