# SCHWARTZ & PERRY LLP

295 Madison Avenue, New York, New York 10017 • (212) 889-6565 • Fax (212) 779-8208 • www.schwartzandperry.com

Murray Schwartz
Davida S. Perry *
Brian Heller

Matthew T. Schatz
Kirsten Jansen

*Also admitted in MA

Michael P. Tempesta *
Ronald S. Solow †
Of Counsel

*Also admitted in D.C.
†Admitted in D.C. and CA



RECEIVED
AUG - 6 2008

August 6, 2008

<u>Via Fax 212-805-7928</u>

Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

    Re:    DeNardi v. DRA, et al
           Docket #: 07 Civ. 5794 (MGC) (MHD)

Dear Judge Dolinger:

    I represent the Plaintiff in the above reference case and will be appearing before Your Honor this afternoon at the 3 pm settlement conference. I most respectfully request permission to bring my cell phone into the Courthouse today in the event my children, who will be home while I am in Court, are required to reach me.

    I thank the Court for its cooperation in considering my request.

Respectfully yours,

DAVIDA S. PERRY

DSP/arp
cc:    Lance Klein, Esq. - Via Fax

SO ORDERED     8/6/08

MAGISTRATE JUDGE MICHAEL H. DOLINGER