UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NANCY DENARDI,

        Plaintiff,

        -against-

DRA IMAGING, P.C. and IMAGING SUPPORT SERVICES, LLC,

        Defendants.

-------------------------------------------------------------------x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

07 CIV. 5794 (MGC)

*PLEASE TAKE NOTICE* that upon the accompanying Statement of Undisputed Facts pursuant to Local Rule 56.1 of the Local Rules for the Southern and Eastern Districts of New York, dated September 10, 2008, the annexed Affidavit of Joseph Chiseri, duly sworn to on September 10, 2008, the exhibits annexed thereto, the accompanying Declaration of Stephanie L. Burns, dated September 9, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, dated September 10, 2008, and upon all of the proceedings heretofore had herein, Defendants will move this Court before the Honorable Miriam Goldman Cedarbaum, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on October 2, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 56(b), granting summary judgment dismissing the Complaint in its entirety or, alternatively, dismissing Defendant DRA Imaging, P.C. from this action.

*PLEASE TAKE FURTHER NOTICE*, that pursuant to the Individual Practices of the Honorable Miriam Goldman Cedarbaum, U.S.D.J., Plaintiff shall serve opposing papers, if any, upon the offices of the undersigned attorneys by noon on September 24, 2008; and

-2-

***PLEASE TAKE FURTHER NOTICE***, that pursuant to the Individual Practices of the Honorable Miriam Goldman Cedarbaum, U.S.D.J., the Defendants shall serve their reply papers, if any, upon the offices of the attorneys for the Plaintiff by noon on September 30, 2008.

Dated:   White Plains, New York
         September 10, 2008

**KEANE & BEANE, P.C.**

By: *[signature]*

Stephanie L. Burns (SB 3467)
Attorneys for Defendants
445 Hamilton Avenue, 15th Floor
White Plains, New York  10601
(914) 946-4777

TO:   Davida Perry, Esq.
      SCHWARTZ & PERRY, LLP
      295 Madison Avenue
      New York, NY 10071
      (212) 889-6565