**EXHIBIT C**



## NEW EMPLOYEE BENEFIT CHECK LIST

Date: 9/7/99

Name: Nancy E. DeNardi

As a new employee with DRA Imaging, P.C./ Imaging Support Services, L.L.C. you will be eligible for benefits at different times. Below is a list of what and when you will be eligible. Please notify Susan Kalogiannis, the Administrative Secretary, two weeks prior to the eligibility date to have the appropriate paper work completed.

You have been hired as a __40__ hour per week employee therefore:

1. You will be eligible for Health insurance on __12/7/99__.
2. You will be eligible for Dental Insurance on __3/7/2000__.
3. You will be eligible for 401K/ Retirement Plan on __1/1/2001__.
4. For the first six months, __9/7/99__ until __3/3/2000__ You will earn per month __10-67__ hours of time off benefits. Then refer to the manual or speak with your supervisor or the Director of Operations.

182