**EXHIBIT D**

**PAYROLL STATUS CHANGE** — EFFECTIVE DATE: 3/6/00

NAME: Nancy DeNardi          PAYROLL #: 100   xmD

| NEW ADDRESS | STREET | | FOR NEW EMPLOYEE ONLY | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| | CITY, STATE, ZIP | | | DATE OF BIRTH |
| | TELEPHONE | | | |

| CHANGE | FROM (DOES NOT APPLY TO NEW EMPLOYEE) | TO |
|---|---|---|
| JOB | | |
| DEPARTMENT | | |
| SHIFT | | |
| PAY | $9.75 | $10.00 |

**REASON FOR CHANGE**

- ☐ HIRED
- ☐ REHIRED
- ☐ PROMOTION
- ☐ DEMOTION
- ☐ TRANSFER
- ☐ MERIT INCREASE
- ☐ RESIGNATION
- ☐ RETIREMENT
- ☐ LAYOFF
- ☐ DISCHARGE
- ☐ LENGTH OF SERVICE INCREASE
- ☐ REEVALUATION OF CURRENT JOB
- ☒ PROBATION PERIOD COMPLETED
- ☐ UNION CONTRACT
- ☐ _____

COMMENTS, IF NECESSARY _____

| LEAVE OF ABSENCE | CHARGED TO VACATION | ☐ YES ☐ NO | FAMILY LEAVE ACT | ☐ YES ☐ NO |
|---|---|---|---|---|
| FROM / / | OTHER, EXPLAIN | | | |
| TO / / | | | | |

AUTHORIZED BY _____   APPROVED BY *N. Rasmussen*

COPIES TO: 1. PAYROLL

© Copyright 1980, 1996 – SELECTFORM, INC.

220