**EXHIBIT F**

5/9/2006

Nancy DeNardi was terminated on 5/8/06 for falsifying time records for another employee, Heather DeNardi, her daughter.

On 5/5/06 Heather DeNardi left the office without clocking out. Carol, Jackie and myself were looking for Heather ( who did not have approval to work that morning) from 8:30 am on but could not locate her. A check of the time clock shortly after 9:00 am showed that she did not clock out. Another time clock check at 9:20 indicated a time clock punch at 9:14. I approached Nancy DeNardi and told her we had been looking for Heather for almost an hour. She stated that Heather was here. I again asked where Heather had been for the last hour and where she is right now. Nancy then changed her answer and said Heather just left. I asked her if she had clocked Heather out since I knew that she was not on DRA premises. She stated that no she did not clock her out. I told her that I knew Heather had not been here for the last hour and that I wanted the truth as to who clocked Heather out. Nancy then admitted that she clocked her out.

59