**EXHIBIT G**

#: 2339   SS#: ▓▓▓▓▓   POS: INS Rep   HRS: 40

N: DeNardi, Nancy   PH: ▓▓▓▓▓   DOB: ▓▓▓▓▓

A: 24 Carroll Dr Wapp Fls NY 12590   DT/HIRE: 9/4/99   YRS SRV: 6

DEP: I91590   FTE: 100   TIME EARNED: 20.67

6/6/04
PAY RATE: 17.83/hr   MED INS: ____   LIFE INS: ____   DEN INS: ____   PENS: ____
6/5/05 18.50/hr

43.56

| PAY DATE | DEPT | REG | OT | R2 | OTH | REASON | ABSENCE DATES | AVAIL TIME | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/05 | | 41.0 | | | 39.0 | H S+V | | +20.67 25.23 | 80.0 |
| 1/21/05 | | 80.0 | 20.0 | | | | | 25.23 | 100.0 |
| 2/4/05 | | 80.0 | 19.0 | | | | | +20.67 45.90 | 99.0 |
| 2/18/05 | | 80.0 | 19.0 | | | | | 45.90 | 99.0 |
| 3/4/05 | | 80.0 | 20.25 | | | | | +20.67 66.57 | 100.25 |
| 3/18/05 | | 75.50 | 1.0 | | 4.50 | S | | 62.07 | 81.0 |
| 4/1/05 | | 70.50 | | | 9.50 | P | | +20.67 73.24 | 80.0 |
| 4/15/05 | | 80.0 | 21.25 | | | | | 73.24 | 101.25 |
| 4/29/05 | | 80.0 | 23.25 | | | | | 73.24 | 103.25 |
| 5/13/05 | | 80.0 | 9.50 | | | | | +20.67 93.91 | 89.50 |
| 5/27/05 | | 61.75 | 10.75 | | 18.25 | V | | 75.66 | 90.75 |
| 6/10/05 | | 70.50 | | | 9.50 | H+V | | 86.83 | 80.0 |
| 6/24/05 | | 67.50 | | | 12.50 | V+ | | 74.33 | 80.0 |
| 7/8/05 | | 80.0 | 10.0 | | | | | +20.67 95.0 | 90.0 |
| 7/22/05 | | 17.50 | | | 62.50 | V+H | | 32.50 | 80.0 |
| 8/5/05 | | 80.0 | 17.25 | | | | | 20.63 53.13 | 97.25 |
| Time Reconciliation as of 8/5/05 payroll | | | | | | | | 53.13 | — |
| 8/19/05 | | 80.0 | 22.0 | | | | | 53.13 | 102.00 |
| 9/2/05 | | 29.25 | | | 50.75 | V | | +20.67 23.05 | 80— |
| 9/16/05 | | 80— | 15.0 | | | | | 23.05 | 95.0 |
| 9/30/05 | | 61.0 | 6.25 | | 19.0 | S | | 4.05 | 86.25 |
| 10/14/05 | | 65.50 | 2.75 | | 14.50 | S | | +20.67 10.22 | 82.75 |
| 10/28/05 | | | | | 58.0 | S+H | | +8.98 -39.98 | 58.0 |
| 11/11/05 | | — | | | | | | +20.67 -19.11 | — |
| 11/25/05 | | — | | | | | | -19.11 | — |
| 12/9/05 | | — | | | | | | +20.67 1.56 | — |
| 12/16/05 | B | | 6.00 | | | | | 1.56 | — |
| 12/23/05 | | 80— | 11— | | | | | 1.56 | 91— |

REASON - H=holiday  S=sick  P=personal  V=vacation  FI=family illness  FD=family death  J=jury duty  B=bonus

274

2339  SS#: ▓▓▓  POS: Ins Rep  HRS: 40

DeNardi, Nancy  PH: ▓▓▓  DOB: ▓▓▓

24 Carroll Dr. Wapp Fls NY 12590  DT/HIRE: 9/7/99  YRS SRV: 6

:P: I91590  FTE: 100  TIME EARNED: 20.67

Y RATE: 18.50/hr  MED INS: ___  LIFE INS: ___  DEN INS: ___  PENS: ___

1.56

| PAY DATE | DEPT | REG | OT | R2 | OTH | REASON | ABSENCE DATES | AVAIL TIME | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/06 | | 58.50 | 8.0 | | 14.0 | H | | ~~20.67~~ 8.33 | 80.50 |
| 1/20/06 | | 76.75 | 10.50 | | 3.25 | H | | 4.98 | 90.50 |
| 2/3/06 | | 80 | 9.75 | | | | | ~~28.67~~ | 89.75 |
| 2/17/06 | | 80 | 17.75 | | | | | 33.65 | 97.75 |
| 3/3/06 | | 80 | 21.25 | | | | | ~~20.67~~ 54.33 | 101.25 |
| 3/17/06 | | 77.50 | 6.75 | | 2.50 | P | | 51.82 | 86.75 |
| 3/31/06 | | 74 | | | 6.0 | STP | | 45.82 | 80 |
| 4/14/06 | | 61.0 | 10.25 | | 19.0 | S | | ~~20.67~~ 49.57 | 90.25 |
| 4/28/06 | | 80 | 4.75 | | | | | 47.49 | 84.75 |
| 5/12/06 | | 80.0 | 2.50 | | | | | ~~20.67~~ 68.16 | 82.50 |
| 5/26/06 | | | 8.0 | | 68.0 | →T-Time | | .16 | 76 |

Last Day 5/8/06

REASON - H=holiday  S=sick  P=personal  V=vacation  FI=family illness  FD=family death  J=jury duty  B=b▓▓▓