**EXHIBIT H**

March 24, 2006

Shari McCauley will be joining our staff on Monday the 27th.   She will be assisting me in handling all billing department operations

Shari comes to us from Orange Radiology Associates in Newburgh and has over 25 years experience in the medical billing field.

I believe she will be a wonderful addition to our staff

Ginny

42