**EXHIBIT I**

## SUPERVISORS

### Carol
- No-charge sheets
- Monthly collection file
- Refunds/Credit Balance Reports
- Correction Facilities
- Insurance Issues
- Patient Issues/Outside Proposals
- Commercial (Age Only)
- Veterans Administration

### Jackie
- Denial mngt
- Write offs
- Payment Issues
- Fee schedule file maintenance
- MAS 90-intercompany transfers
- Reconcile bank statement
- Daily close days/month end balancing and reports
- Status ages----L,H,*,@,N,P,R,K
- Ages----Q and T

### Shari
- Hospital charge interfaces
- HOSPT file maintenance
- Charge entry

## OPERATOR

### Lisa
- File CMH reports daily
- Ordering supplies for company
- MDTS nursing homes-Site 17

## MAIL

### Jean
- Batch incoming mail
- Stamp outgoing mail
- Handle all inter-office mail

## BILLING

### Regina
- Billing- Tuesday and Thursday
- Payment Operator- Part time
- Collection Agency/Bankruptcy Issues

## PAYMENTS

- Mala
- Suzanne
- Bianca
- Regina (part-time)
- Suzanne L.

43

## CHARGES

**Ronnee** — Charge Lead
VBMC charge posting
Audits

**Josephine**
CMH charge posting
CMH daily audits
Bad address corrections
(patient rep coverage)

**Joanie**
Pull VBMC reports for coding
Insurance rep assistant
(Coverage for Jean)

**Katina**
Referring doctor maintenance
VBMC audit of charges
Pull VBMC rpts for yes/no charge report

**Nancy** — Cerner Interface
DRA Charge interface
Client bills
Refunds/Credit balance reports

## PATIENT REPS

**Sheryl**
Patient issues
Special projects
(coverage for Jean)

**Teresa**
Patient issues
Post refunds into accounting system
Special projects
(coverage for Jean)

## CODING

Linda
Natalie

44

# INSURANCE

**Jane** — Insurance Rep Lead
Train insurance staff
Aetna- Fic 8
Healthnet-Fic 7 + 4
Write offs
Nurse Kathleen Issues

**Darlien**
Medicaid- Fic A

**KC**
United Healthcare-Fic E
(coverage for phone )

**Cindy**
Managed care 0 + 9--excl wellcare/BSNENY
Ghi-Hmo/Ghi PPO -Fic U

**Kathy**
BSNENY/Healthnow- IC # 637
Aetna Care Core -Fic 4
Oxford- Fic S + 4

**Diana**
CDPHP-Fic 7
Wellcare- Fic 0
Commercial ( Mail Only)- Fic I

**Lauren**
Blue-Fic B

**Terrie**
Medicaid-Fic A

**Kim**
Medicare-Fic M
Railroad medicare-Fic R

45

No Fault-Fic N
Workers Comp- Fic W
Contoverted comp cases -Fic V

**Cheryl**
MVP-Fic H

**Julie**
MVP- Fic H

**Heather**
Insurance Assistant

46