# EXHIBIT J

**PART 2 OF 2**



| CO. | FILE | DEPT. | K | VCHR. NO. | 040 |
| XMD | 002339 | 191590 | | 0000440022 | 1 |

# Earnings Statement

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Period Ending:   10/23/2004
Pay Date:        10/29/2004

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  State:   0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.8300 | 80.00 | 1,426.40 | 27,496.65 |
| Overtime | 26.7450 | 22.50 | 601.76 | 9,287.55 |
| Time | | | | 3,604.21 |
| **Gross Pay** | | | **$2,028.16** | 40,388.41 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -215.36 | 4,061.28 |
| | Social Security Tax | -125.74 | 2,504.08 |
| | Medicare Tax | -29.41 | 585.63 |
| | NY State Income Tax | -97.02 | 1,824.04 |
| | NY SUI/SDI Tax | -1.20 | 26.40 |
| | **Other** | | |
| | Checking | -1,458.02 | |
| | 401K | -101.41* | 2,019.42 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOT |
|------|-----|-----|-----|-----|-----|
| Sun 10/10 | NO PUNCHES | | | | |
| Mon 10/11 | 6:39am | 11:55am | 12:42pm | 5:54pm | 10: |
| Tue 10/12 | 6:42am | 12:20pm | 1:17pm | 5:47pm | 10: |
| Wed 10/13 | 6:47am | 12:17pm | 1:01pm | 5:33pm | 10: |
| Thu 10/14 | 6:51am | 1:01pm | 1:29pm | 5:24pm | 10: |
| Fri 10/15 | 6:45am | 12:37pm | 1:18pm | 5:00pm | 9: |
| Sat 10/16 | NO PUNCHES | | | | |
| Sun 10/17 | NO PUNCHES | | | | |
| Mon 10/18 | 6:47am | 1:37pm | 2:06pm | 4:59pm | 10: |
| Tue 10/19 | 6:44am | 1:41pm | 2:08pm | 5:15pm | 10: |
| Wed 10/20 | 6:46am | 1:49pm | 2:09pm | 5:42pm | 10: |
| Thu 10/21 | 6:52am | 1:29pm | 1:55pm | 8:00pm | 12: |
| Fri 10/22 | 6:45am | 1:41pm | 2:04pm | 4:24pm | 9: |
| Sat 10/23 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,926.75
Your state taxable wages this period are
$1,926.75

© 1991 ADP, Inc

IF / DOCUMENT AUTHENTICITY : COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK ... TO LIGHTER AT BOTTO

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Advice number:    00000440022
Pay date:         10/29/2004

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 00000080804009 | 2219 7936 | $1,458.02 |



FIRST UNION
UNION NATIONAL BANK
NEW YORK

VOID AFTER 180 DAYS

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

## Earnings Statement

| CO. | FILE | DEPT. | :K VCHR NO. | 040 |
| XMD | 002339 | 191590 | 0000460023 | 1 |

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Period Ending:      11/06/2004
Pay Date:           11/12/2004

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State:     0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.8300 | 80.00 | 1,426.40 | 28,923.05 |
| Overtime | 26.7450 | 17.25 | 461.35 | 9,748.90 |
| Time | | | | 3,604.21 |
| Gross Pay | | | $1,887.75 | 42,276.16 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -195.35 | 4,256.63 |
| | Social Security Tax | -117.04 | 2,621.12 |
| | Medicare Tax | -27.37 | 613.00 |
| | NY State Income Tax | -87.88 | 1,911.92 |
| | NY SUI/SDI Tax | -1.20 | 27.60 |
| | **Other** | | |
| | Checking | -1,364.52 | |
| | 401K | -94.39* | 2,113.81 |
| | Net Pay | $0.00 | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,793.36
Your state taxable wages this period are
$1,793.36

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TO |
|------|------|-----|-----|-----|-----|-----|
| Sun | 10/24 | NO PUNCHES | | | | |
| Mon | 10/25 | 6:48am | 1:42pm | 2:09pm | 5:24pm | 10 |
| Tue | 10/26 | 6:55am | 1:47pm | 2:16pm | 5:53pm | 10 |
| Wed | 10/27 | 6:48am | 1:38pm | 2:11pm | 4:38pm | 9 |
| Thu | 10/28 | 6:49am | 5:10pm | | | 10 |
| Fri | 10/29 | 6:44am | 1:32pm | 1:58pm | 5:06pm | 9 |
| Sat | 10/30 | NO PUNCHES | | | | |
| Sun | 10/31 | NO PUNCHES | | | | |
| Mon | 11/01 | 6:44am | 1:41pm | 2:08pm | 4:53pm | 9 |
| Tue | 11/02 | 6:34am | 1:40pm | 2:11pm | 4:58pm | 10: |
| Wed | 11/03 | 6:43am | 1:33pm | 2:02pm | 4:48pm | 9: |
| Thu | 11/04 | 6:47am | 1:28pm | 1:56pm | 3:55pm | 8: |
| Fri | 11/05 | 6:38am | 1:43pm | 2:11pm | 4:26pm | 9: |
| Sat | 11/06 | NO PUNCHES | | | | |

© 1991 ADP, Inc.

RIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTT

THIS IS NOT A CHECK

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:      00000460023
Pay date:           11/12/2004

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **NANCY E DENARDI** | 00000080804009 | 2219 7936 | $1,364.52 |

RST
NION
UNION NATIONAL BANK
EW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | K VCHR NO. | 040 |
|-----|------|-------|------------|-----|
| XMD | 002339 | I91590 | 0000500026 | 1 |

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:    12/04/2004
Pay Date:         12/10/2004

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State:   0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Time | 17.8300 | 80.00 | 1,426.40 | 5,030.61 |
| Regular | | | | 30,349.45 |
| Overtime | | | | 9,969.55 |
| Gross Pay | | | $1,426.40 | 45,349.61 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -129.61 | 4,547.29 |
| | Social Security Tax | -88.44 | 2,811.68 |
| | Medicare Tax | -20.68 | 657.57 |
| | NY State Income Tax | -57.86 | 2,042.00 |
| | NY SUI/SDI Tax | -1.20 | 30.00 |
| | **Other** | | |
| | Checking | -1,057.29 | |
| | 401K | -71.32* | 2,267.48 |
| | Net Pay | $0.00 | |

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOT |
|------|----|----|----|----|----|
| Sun 11/21 | NO PUNCHES | | | | |
| Mon 11/22 | NO PUNCHES | | | | |
| Tue 11/23 | NO PUNCHES | | | | |
| Wed 11/24 | NO PUNCHES | | | | |
| Thu 11/25 | NO PUNCHES | | | | |
| Fri 11/26 | NO PUNCHES | | | | |
| Sat 11/27 | NO PUNCHES | | | | |
| Sun 11/28 | NO PUNCHES | | | | |
| Mon 11/29 | NO PUNCHES | | | | |
| Tue 11/30 | NO PUNCHES | | | | |
| Wed 12/01 | NO PUNCHES | | | | |
| Thu 12/02 | NO PUNCHES | | | | |
| Fri 12/03 | NO PUNCHES | | | | |
| Sat 12/04 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,355.08
Your state taxable wages this period are
$1,355.08

© 1991 ADP, Inc.

THIS DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:    00000500026
Pay date:         12/10/2004

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 00000080804009 | 2219 7936 | $1,057.29 |

THIS IS NOT A CHECK

RST UNION®
UNION NATIONAL BANK
EW YORK

VOID AFTER 180 DAYS

# NON-NEGOTIABLE



| CO | FILE | DEPT. | CK VCHR. NO. | 040 |
|----|------|-------|--------------|-----|
| XMD | 002339 | 191590 | 0000520023 | 1 |

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:    12/18/2004
Pay Date:    12/23/2004

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0
  State:    0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.8300 | 80.00 | 1,426.40 | 31,775.85 |
| Overtime | 26.7450 | 19.75 | 528.21 | 10,497.76 |
| Time | | | | 5,030.61 |
| **Gross Pay** | | | **$1,954.61** | 47,904.22 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -204.88 | 4,902.17 |
| | Social Security Tax | -121.18 | 2,970.06 |
| | Medicare Tax | -28.34 | 694.61 |
| | NY State Income Tax | -92.23 | 2,183.43 |
| | NY SUI/SDI Tax | -1.20 | 31.20 |
| | **Other** | | |
| | Checking | -1,409.05 | |
| | 401K | -97.73* | 2,365.21 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOT |
|------|------|-----|-----|-----|-----|-----|
| Sun | 12/05 | NO PUNCHES | | | | |
| Mon | 12/06 | 6:40am | 1:52pm | 2:17pm | 4:26pm | 9: |
| Tue | 12/07 | 6:43am | 1:39pm | 2:13pm | 5:11pm | 10: |
| Wed | 12/08 | 6:48am | 1:31pm | 2:02pm | 5:35pm | 10: |
| Thu | 12/09 | 6:39am | 1:42pm | 2:14pm | 4:38pm | 9: |
| Fri | 12/10 | 6:35am | 1:43pm | 2:09pm | 4:38pm | 9: |
| Sat | 12/11 | NO PUNCHES | | | | |
| Sun | 12/12 | NO PUNCHES | | | | |
| Mon | 12/13 | 6:40am | 1:00pm | 1:30pm | 4:53pm | 9: |
| Tue | 12/14 | 6:44am | 1:44pm | 2:12pm | 5:01pm | 9: |
| Wed | 12/15 | 6:49am | 12:00pm | 12:30pm | 5:00pm | 9: |
| Thu | 12/16 | 6:40am | 12:08pm | 12:46pm | 7:30pm | 12: |
| Fri | 12/17 | 6:41am | 1:02pm | 1:30pm | 4:58pm | 9: |
| Sat | 12/18 | NO PUNCHES | | | | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,856.88
Your state taxable wages this period are
$1,856.88

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:    00000520023
Pay date:    12/23/2004

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| NANCY E DENARDI | 00000080804009 | 2219 7936 | $1,409.05 |

FIRST UNION
UNION NATIONAL BANK
NEW YORK

VOID AFTER 180 DAYS

# NON-NEGOTIABLE 78

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 046 |
|-----|------|-------|-------|-----------|-----|
| XMD | 002339 | 191590 | | 0000010024 | 1 |

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending: 01/01/2005
Pay Date: 01/07/2005

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State:    0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.8300 | 41.00 | 731.03 | 731.03 |
| Time | 17.8300 | 39.00 | 695.37 | 695.37 |
| Gross Pay | | | $1,426.40 | 1,426.40 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -129.04 | 129.04 |
| | Social Security Tax | -88.44 | 88.44 |
| | Medicare Tax | -20.68 | 20.68 |
| | NY State Income Tax | -57.86 | 57.86 |
| | NY SUI/SDI Tax | -1.20 | 1.20 |
| | **Other** | | |
| | Checking | -1,052.86 | |
| | Insurance | -5.00 | 5.00 |
| | 401K | -71.32* | 71.32 |
| | Net Pay | $0.00 | |

| Time Card Detail | | | | | |
|------------------|----|-----|----|-----|----|
| DATE | IN | OUT | IN | OUT | TO |
| Sun 12/19 | NO PUNCHES | | | | |
| Mon 12/20 | NO PUNCHES | | | | |
| Tue 12/21 | NO PUNCHES | | | | |
| Wed 12/22 | 7:07am | 12:10pm | | | 5 |
| Thu 12/23 | 6:52am | 5:01pm | | | 9 |
| Fri 12/24 | NO PUNCHES | | | | |
| Sat 12/25 | NO PUNCHES | | | | |
| Sun 12/26 | NO PUNCHES | | | | |
| Mon 12/27 | 7:05am | 1:38pm | 2:06pm | 3:59pm | 8 |
| Tue 12/28 | 6:39am | 1:36pm | 2:05pm | 4:04pm | 8 |
| Wed 12/29 | NO PUNCHES | | | | |
| Thu 12/30 | 6:47am | 1:40pm | 2:14pm | 3:56pm | 8. |
| Fri 12/31 | NO PUNCHES | | | | |
| Sat 01/01 | NO PUNCHES | | | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,355.08
Your state taxable wages this period are
$1,355.08

---

THE DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number: 00000010024
Pay date: 01/07/2005

Deposited to the account of
NANCY E DENARDI

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | 00000080804009 | 2219 7936 | $1,052.86 |



THIS IS NOT A CHECK

VOID AFTER 180 DAYS

JNION NATIONAL BANK
V YORK

NON-NEGOTIABLE

119

CO. FILE DEPT. CLOCK VCHR. NO.
XMD  002339 191580        0000030023  1

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

| | |
|---|---|
| Period Ending: | 01/15/2005 |
| Pay Date: | 01/21/2005 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
State:   0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.8300 | 80.00 | 1,426.40 | 2,157.43 |
| Overtime | 26.7450 | 20.00 | 534.90 | 534.90 |
| Time | | | | 695.37 |
| Gross Pay | | | **$1,961.30** | 3,387.70 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -205.26 | 334.30 |
| | Social Security Tax | -121.60 | 210.04 |
| | Medicare Tax | -28.44 | 49.12 |
| | NY State Income Tax | -92.66 | 150.52 |
| | NY SUI/SDI Tax | -1.20 | 2.40 |
| | **Other** | | |
| | Checking | -1,409.07 | |
| | Insurance | -5.00 | 10.00 |
| | 401K | -98.07* | 169.39 |
| | **Net Pay** | **$0.00** | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOT |
|---|---|---|---|---|---|
| Sun 01/02 | NO PUNCHES | | | | |
| Mon 01/03 | 6:37am | 1:42pm | 2:11pm | 5:38pm | 10 |
| Tue 01/04 | 6:35am | 1:40pm | 2:10pm | 4:57pm | 10: |
| Wed 01/05 | 6:38am | 1:46pm | 2:14pm | 4:46pm | 9: |
| Thu 01/06 | 6:56am | 1:00pm | 1:30pm | 4:59pm | 9: |
| Fri 01/07 | 6:27am | 5:50pm | | | 10: |
| Sat 01/08 | NO PUNCHES | | | | |
| Sun 01/09 | NO PUNCHES | | | | |
| Mon 01/10 | 6:22am | 1:36pm | 2:10pm | 5:24pm | 10: |
| Tue 01/11 | 6:35am | 12:36pm | 1:22pm | 4:40pm | 9: |
| Wed 01/12 | 6:44am | 1:00pm | 1:30pm | 4:53pm | 9: |
| Thu 01/13 | 6:37am | 12:30pm | 1:00pm | 4:48pm | 9: |
| Fri 01/14 | 6:40am | 4:59pm | | | 9: |
| Sat 01/15 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,863.23
Your state taxable wages this period are
$1,863.23

---



IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

| Advice number: | 00000030023 |
|---|---|
| Pay date: | 01/21/2005 |

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|---|---|---|
| 00000080804009 | 2219 7936 | $1,409.07 |

FIRST UNION®
UNION NATIONAL BANK
NEW YORK

**THIS IS NOT A CHECK**

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

XMD   002339 I91590          0000090023

# Earnings Statement

**IMAGING SUPPORT SERVICES**
**1 COLUMBIA STREET**
**POUGHKEEPSIE, N.Y.**

| | |
|---|---|
| Period Ending: | 02/26/2005 |
| Pay Date: | 03/04/2005 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0,$20 Additional Tax
  State:    0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.8300 | 80.00 | 1,426.40 | 6,436.63 |
| Overtime | 26.7450 | 20.25 | 541.59 | 2,092.81 |
| Time | | | | 695.37 |
| **Gross Pay** | | | **$1,967.99** | 9,224.81 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -226.21 | 963.41 |
| | Social Security Tax | -122.02 | 571.94 |
| | Medicare Tax | -28.54 | 133.76 |
| | NY State Income Tax | -93.10 | 425.46 |
| | NY SUI/SDI Tax | -1.20 | 6.00 |
| | **Other** | | |
| | Checking | -1,393.52 | |
| | Insurance | -5.00 | 25.00 |
| | 401K | -98.40* | 461.25 |
| | **Net Pay** | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|---|
| Sun | 02/13 | NO PUNCHES | | | | |
| Mon | 02/14 | 6:25am | 2:01pm | 2:47pm | 4:44pm | 5 |
| Tue | 02/15 | 6:32am | 1:43pm | 2:11pm | 4:57pm | 10 |
| Wed | 02/16 | 6:26am | 12:00pm | 12:30pm | 5:32pm | 10 |
| Thu | 02/17 | 6:38am | 12:45pm | 1:15pm | 5:24pm | 10 |
| Fri | 02/18 | 6:27am | 12:30pm | 1:00pm | 5:04pm | 10 |
| Sat | 02/19 | NO PUNCHES | | | | |
| Sun | 02/20 | NO PUNCHES | | | | |
| Mon | 02/21 | 6:31am | 1:23pm | | | 6 |
| Tue | 02/22 | 6:22am | 1:00pm | 1:34pm | 6:14pm | 11 |
| Wed | 02/23 | 6:31am | 12:48pm | 1:15pm | 7:08pm | 12 |
| Thu | 02/24 | 6:30am | 12:16pm | 1:07pm | 5:25pm | 10 |
| Fri | 02/25 | 6:30am | 4:27pm | | | 9 |
| Sat | 02/26 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,869.59
Your state taxable wages this period are
$1,869.59

---

**IMAGING SUPPORT SERVICES**
**1 COLUMBIA STREET**
**POUGHKEEPSIE, N.Y.**

| Advice number: | 00000090023 |
|---|---|
| Pay date: | 03/04/2005 |

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|---|---|---|
| 00000080804009 | 2219 7936 | $1,393.52 |

RST
NION
UNION NATIONAL BANK
OF NEW YORK

VOID AFTER 180 DAYS

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

XMD   002339 191590          0000130023   1

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:      03/26/2005
Pay Date:           04/01/2005

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  0,$20 Additional Tax
    State:    0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.8300 | 70.50 | 1,257.02 | 9,039.82 |
| Time | 17.8300 | 9.50 | 169.39 | 945.00 |
| Overtime | | | | 2,119.56 |
| Gross Pay | | | $1,426.41 | 12,104.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -149.04 | 1,265.30 |
| | Social Security Tax | -88.44 | 750.47 |
| | Medicare Tax | -20.68 | 175.51 |
| | NY State Income Tax | -57.86 | 542.92 |
| | NY SUI/SDI Tax | -1.20 | 8.40 |
| | **Other** | | |
| | Checking | -1,032.87 | |
| | Insurance | -5.00 | 35.00 |
| | 401K | -71.32* | 605.23 |
| Net Pay | | $0.00 | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TO1 |
|---|---|---|---|---|---|
| Sun 03/13 | NO PUNCHES | | | | |
| Mon 03/14 | NO PUNCHES | | | | |
| Tue 03/15 | 6:28am | 1:32pm | 2:09pm | 5:04pm | 10 |
| Wed 03/16 | 6:35am | 4:46pm | | | 9: |
| Thu 03/17 | 6:27am | 4:13pm | | | 9: |
| Fri 03/18 | 6:25am | 4:53pm | | | 10: |
| Sat 03/19 | NO PUNCHES | | | | |
| Sun 03/20 | NO PUNCHES | | | | |
| Mon 03/21 | 6:30am | 12:42pm | 1:39pm | 5:49pm | 10: |
| Tue 03/22 | 6:29am | 8:30am | | | 2: |
| Wed 03/23 | NO PUNCHES | | | | |
| Thu 03/24 | 7:33am | 4:32pm | | | 8: |
| Fri 03/25 | 6:47am | 5:58pm | | | 10: |
| Sat 03/26 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,355.09
Your state taxable wages this period are
$1,355.09

THIS DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1991 ADP, Inc

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:    00000130023
Pay date:         04/01/2005

Deposited to the account of
**NANCY E DENARDI**

| | account number | transit ABA | amount |
|---|---|---|---|
| | 00000080804009 | 2219 7936 | $1,032.87 |



VOID AFTER 180 DAYS

UNION NATIONAL BANK
NEW YORK

**NON-NEGOTIABLE**

106

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending: 04/09/2005
Pay Date: 04/15/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0,$20 Additional Tax
State: 0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.8300 | 80.00 | 1,426.40 | 10,466.22 |
| Overtime | 26.7450 | 21.25 | 568.33 | 2,687.89 |
| Time | | | | 945.00 |
| **Gross Pay** | | | **$1,994.73** | 14,099.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -230.02 | 1,495.32 |
| | Social Security Tax | -123.67 | 874.14 |
| | Medicare Tax | -28.93 | 204.44 |
| | NY State Income Tax | -94.84 | 637.76 |
| | NY SUI/SDI Tax | -1.20 | 9.60 |
| | **Other** | | |
| | Checking | -1,411.33 | |
| | Insurance | -5.00 | 40.00 |
| | 401K | -99.74* | 704.97 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|---|
| Sun | 03/27 | NO PUNCHES | | | | |
| Mon | 03/28 | 6:28am | 12:20pm | 1:10pm | 6:02pm | 1( |
| Tue | 03/29 | 6:34am | 6:25pm | | | 1' |
| Wed | 03/30 | 6:32am | 6:14pm | | | 1: |
| Thu | 03/31 | 6:38am | 4:53pm | | | 9 |
| Fri | 04/01 | 6:33am | 12:15pm | 12:45pm | 4:13pm | -9 |
| Sat | 04/02 | NO PUNCHES | | | | |
| Sun | 04/03 | NO PUNCHES | | | | |
| Mon | 04/04 | 6:25am | 12:35pm | 1:05pm | 5:10pm | 10 |
| Tue | 04/05 | 6:31am | 1:00pm | 1:30pm | 5:16pm | 10 |
| Wed | 04/06 | 6:38am | 12:00pm | 12:30pm | 3:10pm | 8 |
| Thu | 04/07 | 7:01am | 4:45pm | | | 9 |
| Fri | 04/08 | 6:23am | 6:04pm | | | 11 |
| Sat | 04/09 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,894.99
Your state taxable wages this period are
$1,894.99

IEY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

© 1991 ADP, Inc.

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number: 00000150023
Pay date: 04/15/2005

Deposited to the account of
NANCY E DENARDI

| | account number | transit ABA | amount |
|---|---|---|---|
| | 00000080804009 | 2219 7936 | $1,411.33 |



THIS IS NOT A CHECK

VOID AFTER 180 DAYS

RST UNION®
UNION NATIONAL BANK
W YORK

# NON-NEGOTIABLE



CO. FILE DEPT. CLOCK VCHR. NO. 040
XMD 002339 191590 0000190024 1

# Earnings Statement



*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Period Ending:      05/07/2005
Pay Date:            05/13/2005

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  0,$20 Additional Tax
    State:      0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.8300 | 80.00 | 1,426.40 | 13,319.02 |
| Overtime | 26.7450 | 9.50 | 254.08 | 3,563.79 |
| Time | | | | 945.00 |
| Gross Pay | | | $1,680.48 | 17,827.81 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -185.24 | 1,918.21 |
| | Social Security Tax | -104.19 | 1,105.32 |
| | Medicare Tax | -24.36 | 258.50 |
| | NY State Income Tax | -74.39 | 810.47 |
| | NY SUI/SDI Tax | -1.20 | 12.00 |
| | **Other** | | |
| | Checking | -1,202.08 | |
| | Insurance | -5.00 | 45.00 |
| | 401K | -84.02* | 891.40 |
| | Net Pay | $0.00 | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|---|
| Sun | 04/24 | NO PUNCHES | | | | |
| Mon | 04/25 | 6:40am | 4:41pm | | | 9 |
| Tue | 04/26 | 6:39am | 5:09pm | | | 10 |
| Wed | 04/27 | 6:40am | 12:06pm | 12:45pm | 5:59pm | 10 |
| Thu | 04/28 | 6:38am | 5:08pm | | | 10 |
| Fri | 04/29 | NO PUNCHES | | | | |
| Sat | 04/30 | NO PUNCHES | | | | |
| Sun | 05/01 | NO PUNCHES | | | | |
| Mon | 05/02 | 6:32am | 5:11pm | | | 10 |
| Tue | 05/03 | 6:48am | 5:24pm | | | 10: |
| Wed | 05/04 | 6:49am | 1:34pm | 2:11pm | 5:09pm | 10: |
| Thu | 05/05 | 6:44am | 12:29pm | 1:13pm | 5:13pm | 9: |
| Fri | 05/06 | 6:37am | 12:25pm | 1:24pm | 4:38pm | 9: |
| Sat | 05/07 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,596.46
Your state taxable wages this period are
$1,596.46

---

© 1991 ADP, Inc

RIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTT

THIS IS NOT A CHECK

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:        00000190024
Pay date:              05/13/2005

Deposited to the account of
NANCY E DENARDI

| account number | transit ABA | amount |
|---|---|---|
| 00000080804009 | 2219 7936 | $1,202.08 |

RST
JNION

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

UNION NATIONAL BANK
EW YORK

# Earnings Statement

**IMAGING SUPPORT SERVICES**
**1 COLUMBIA STREET**
**POUGHKEEPSIE, N.Y.**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 010 |
|-----|------|-------|-------|-----------|-----|
| XMD | 002339 | 191590 | | 0000210024 | 1 |

Period Ending:     05/21/2005
Pay Date:     05/27/2005

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$20 Additional Tax
  State:     0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.8300 | 61.75 | 1,101.00 | 14,420.02 |
| Overtime | 26.7450 | 10.75 | 287.51 | 3,851.30 |
| Time | 17.8300 | 18.25 | 325.40 | 1,270.40 |
| **Gross Pay** | | | **$1,713.91** | 19,541.72 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -190.01 | 2,108.22 |
| | Social Security Tax | -106.27 | 1,211.59 |
| | Medicare Tax | -24.85 | 283.35 |
| | NY State Income Tax | -76.57 | 887.04 |
| | NY SUI/SDI Tax | -1.20 | 13.20 |
| | **Other** | | |
| | Checking | -1,224.31 | |
| | Insurance | -5.00 | 50.00 |
| | 401K | -85.70* | 977.10 |
| | **Net Pay** | **$0.00** | |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TO |
|------|-----|-----|-----|-----|-----|-----|
| Sun | 05/08 | NO PUNCHES | | | | |
| Mon | 05/09 | 6:34am | 12:57pm | 1:17pm | 4:56pm | 10 |
| Tue | 05/10 | 6:39am | 4:32pm | | | 9 |
| Wed | 05/11 | 6:30am | 6:00pm | | | 11 |
| Thu | 05/12 | 6:35am | 5:54pm | | | 11 |
| Fri | 05/13 | 6:39am | 12:28pm | 1:08pm | 4:54pm | 9 |
| Sat | 05/14 | NO PUNCHES | | | | |
| Sun | 05/15 | NO PUNCHES | | | | |
| Mon | 05/16 | 6:36am | 12:03pm | 12:37pm | 4:54pm | 10 |
| Tue | 05/17 | 6:35am | 12:22pm | 12:59pm | 3:55pm | 9 |
| Wed | 05/18 | NO PUNCHES | | | | |
| Thu | 05/19 | 6:44am | 9:28am | | | 2: |
| Fri | 05/20 | NO PUNCHES | | | | |
| Sat | 05/21 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,628.21
Your state taxable wages this period are
$1,628.21

---

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

**IMAGING SUPPORT SERVICES**
**1 COLUMBIA STREET**
**POUGHKEEPSIE, N.Y.**

Advice number:     00000210024
Pay date:     05/27/2005

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 00000080804009 | 2219 7936 | $1,224.31 |



UNION NATIONAL BANK
W YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

CO. FILE   DEPT.  CLOCK  VCHR. NO.   040
XMD  002339 191590        0000250025  1

**Earr   gs Statement**

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Period Ending:    06/18/2005
Pay Date:         06/24/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:  0,$20 Additional Tax
State:    0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 67.50 | 1,248.75 | 16,925.79 |
| Time | 18.5000 | 12.50 | 231.26 | 1,671.04 |
| Overtime | | | | 3,851.30 |
| **Gross Pay** | | | **$1,480.01** | 22,448.13 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -156.68 | 2,413.94 |
| | Social Security Tax | -91.76 | 1,391.78 |
| | Medicare Tax | -21.46 | 325.50 |
| | NY State Income Tax | -61.34 | 1,006.24 |
| | NY SUI/SDI Tax | -1.20 | 15.60 |
| | **Other** | | |
| | Checking | -1,068.57 | |
| | Insurance | -5.00 | 60.00 |
| | 401K | -74.00* | 1,122.42 |
| | **Net Pay** | **$0.00** | |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 17.83( 18.5000.

**Time Card Detail**

| | DATE | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|---|
| Sun | 06/05 | NO PUNCHES | | | | |
| Mon | 06/06 | NO PUNCHES | | | | |
| Tue | 06/07 | 7:10am | 12:24pm | 1:10pm | 5:51pm | 9 |
| Wed | 06/08 | NO PUNCHES | | | | |
| Thu | 06/09 | 6:54am | 12:28pm | 1:17pm | 5:12pm | 9 |
| Fri | 06/10 | 7:04am | 12:16pm | 12:54pm | 5:38pm | 10 |
| Sat | 06/11 | NO PUNCHES | | | | |
| Sun | 06/12 | NO PUNCHES | | | | |
| Mon | 06/13 | 6:35am | 12:20pm | 1:06pm | 5:00pm | 9 |
| Tue | 06/14 | 6:52am | 12:35pm | 1:24pm | 5:18pm | 9 |
| Wed | 06/15 | 7:36am | 12:41pm | 1:12pm | 4:42pm | 8 |
| Thu | 06/16 | 6:45am | 12:09pm | 12:45pm | 5:15pm | 10 |
| Fri | 06/17 | NO PUNCHES | | | | |
| Sat | 06/18 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,406.01
Your state taxable wages this period are
$1,406.01

© 1991 ADP, Inc

IFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Advice number:    00000250025
Pay date:         06/24/2005

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|---|---|---|
| 00000080804009 | 2219 7936 | $1,068.57 |



RST UNION®
UNION NATIONAL BANK
N YORK

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

110

FILE   DEPT   CLOCK   VCHR. NO.   040
XMD   002339   191590   0000270024   1

**Earnings Statement**



*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Period Ending:   07/02/2005
Pay Date:   07/08/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:  0,$20 Additional Tax
State:    0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 18,405.79 |
| Overtime | 27.7500 | 10.00 | 277.50 | 4,128.80 |
| Time | | | | 1,671.04 |
| **Gross Pay** | | | **$1,757.50** | 24,205.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -196.22 | 2,610.16 |
| | Social Security Tax | -108.97 | 1,500.75 |
| | Medicare Tax | -25.48 | 350.98 |
| | NY State Income Tax | -79.40 | 1,085.64 |
| | NY SUI/SDI Tax | -1.20 | 16.80 |
| | **Other** | | |
| | Checking | -1,253.35 | |
| | Insurance | -5.00 | 65.00 |
| | 401K | -87.88* | 1,210.30 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|---|
| Sun | 06/19 | NO PUNCHES | | | | |
| Mon | 06/20 | 7:15am | 12:11pm | 12:52pm | 4:43pm | 8 |
| Tue | 06/21 | 6:49am | 4:48pm | | | 9 |
| Wed | 06/22 | 6:57am | 12:28pm | 12:55pm | 4:25pm | 9 |
| Thu | 06/23 | 6:48am | 11:25am | | | 4: |
| Thu | 06/23 | 2:27pm | 4:59pm | | | 2 |
| Fri | 06/24 | 6:48am | 12:17pm | 12:53pm | 4:43pm | 9: |
| Sat | 06/25 | NO PUNCHES | | | | |
| Sun | 06/26 | NO PUNCHES | | | | |
| Mon | 06/27 | 6:52am | 12:09pm | 12:51pm | 4:56pm | 9: |
| Tue | 06/28 | 6:54am | 4:49pm | | | 9: |
| Wed | 06/29 | 7:06am | 12:45pm | 1:08pm | 3:57pm | 8: |
| Thu | 06/30 | 6:50am | 12:03pm | 12:50pm | 4:31pm | 9: |
| Fri | 07/01 | 6:56am | 1:00pm | 1:31pm | 5:08pm | 9: |
| Sat | 07/02 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,669.62
Your state taxable wages this period are
$1,669.62

© 1991 ADP, Inc

TEST DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTC

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Advice number:   00000270024
Pay date:   07/08/2005

THIS IS NOT A CHECK

Deposited to the account of
NANCY E DENARDI

| | account number | transit ABA | amount |
|---|---|---|---|
| | 00000080804009 | 2219 7936 | $1,253.35 |

FIRST UNION®

UNION NATIONAL BANK
NEW YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

XMD 002339 /91590    0000290023  1

# Earnings Statement

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:    07/16/2005
Pay Date:    07/22/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:  0,$20 Additional Tax
State:    0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 17.50 | 323.75 | 18,729.54 |
| Time | 18.5000 | 62.50 | 1,156.25 | 2,827.29 |
| Overtime | | | | 4,128.80 |
| Gross Pay | | | $1,480.00 | 25,685.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -156.67 | 2,766.83 |
| | Social Security Tax | -91.76 | 1,592.51 |
| | Medicare Tax | -21.46 | 372.44 |
| | NY State Income Tax | -61.34 | 1,146.98 |
| | NY SUI/SDI Tax | -1.20 | 18.00 |
| | **Other** | | |
| | Checking | -1,068.57 | |
| | Insurance | -5.00 | 70.00 |
| | 401K | -74.00* | 1,284.30 |
| | Net Pay | $0.00 | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|
| Sun 07/03 | NO PUNCHES | | | | |
| Mon 07/04 | NO PUNCHES | | | | |
| Tue 07/05 | 6:40am | 12:09pm | 12:54pm | 4:03pm | 8 |
| Wed 07/06 | 6:50am | 12:41pm | 1:17pm | 4:16pm | 9 |
| Thu 07/07 | NO PUNCHES | | | | |
| Fri 07/08 | NO PUNCHES | | | | |
| Sat 07/09 | NO PUNCHES | | | | |
| Sun 07/10 | NO PUNCHES | | | | |
| Mon 07/11 | NO PUNCHES | | | | |
| Tue 07/12 | NO PUNCHES | | | | |
| Wed 07/13 | NO PUNCHES | | | | |
| Thu 07/14 | NO PUNCHES | | | | |
| Fri 07/15 | NO PUNCHES | | | | |
| Sat 07/16 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,406.00
Your state taxable wages this period are
$1,406.00

© 1991 ADP, Inc

IF/ DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:    00000290023
Pay date:    07/22/2005

Deposited to the account of
NANCY E DENARDI

| | account number | transit ABA | amount |
|---|---|---|---|
| | 00000080804009 | 2219 7936 | $1,068.57 |



VOID AFTER 180 DAYS

# NON-NEGOTIABLE

## Earnings Statement

**IMAGING SUPPORT SERVICES**
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:   07/30/2005
Pay Date:   08/05/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:   0,$20 Additional Tax
State:   0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 18.5000 | 80.00 | 1,480.00 | 20,209.54 |
| Overtime | 27.7500 | 17.25 | 478.69 | 4,607.49 |
| Time | | | | 2,827.29 |
| **Gross Pay** | | | **$1,958.69** | 27,644.32 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -224.89 | 2,991.72 |
| | Social Security Tax | -121.44 | 1,713.95 |
| | Medicare Tax | -28.40 | 400.84 |
| | NY State Income Tax | -92.50 | 1,239.48 |
| | NY SUI/SDI Tax | -1.20 | 19.20 |
| | **Other** | | |
| | Checking | -1,387.33 | |
| | Insurance | -5.00 | 75.00 |
| | 401K | -97.93* | 1,382.23 |
| | **Net Pay** | **$0.00** | |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TO |
| Sun 07/17 | NO PUNCHES | | | | |
| Mon 07/18 | 6:52am | 4:58pm | 12:55pm | 5:03pm | 9 |
| Tue 07/19 | 6:52am | 12:20pm | 12:55pm | 5:03pm | 9 |
| Wed 07/20 | 6:39am | 12:15pm | 12:44pm | 5:08pm | 10 |
| Thu 07/21 | 6:45am | 4:52pm | | | 9 |
| Fri 07/22 | 6:53am | 12:48pm | 1:30pm | 5:24pm | 9 |
| Sat 07/23 | NO PUNCHES | | | | |
| Sun 07/24 | NO PUNCHES | | | | |
| Mon 07/25 | 6:47am | 1:12pm | 2:01pm | 5:31pm | 10 |
| Tue 07/26 | 7:00am | 12:33pm | 2:00pm | 5:23pm | 9 |
| Wed 07/27 | 6:46am | 1:05pm | 1:53pm | 4:23pm | 9: |
| Thu 07/28 | 6:45am | 5:10pm | | | 10: |
| Fri 07/29 | 6:42am | 12:23pm | 12:56pm | 5:39pm | 10: |
| Sat 07/30 | NO PUNCHES | | | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,860.76
Your state taxable wages this period are
$1,860.76

THIS DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY - NO PART LIGHTER TO DARKER AT BOTTOM

© 1991 ADP Inc

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:   00000310026
Pay date:   08/05/2005

Deposited to the account of
NANCY E DENARDI

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 00000080804009 | 2219 7936 | $1,387.33 |



THIS IS NOT A CHECK

UNION NATIONAL BANK
N'YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# Earnings Statement



**IMAGING SUPPORT SERVICES**
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:    08/13/2005
Pay Date:         08/19/2005

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:  0,$20 Additional Tax
State:    0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 18.5000 | 80.00 | 1,480.00 | 21,689.54 |
| Overtime | 27.7500 | 22.00 | 610.50 | 5,217.99 |
| Time | | | | 2,827.29 |
| **Gross Pay** | | | **$2,090.50** | 29,734.82 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -243.67 | 3,235.39 |
| | Social Security Tax | -129.61 | 1,843.56 |
| | Medicare Tax | -30.31 | 431.15 |
| | NY State Income Tax | -101.07 | 1,340.55 |
| | NY SUI/SDI Tax | -1.20 | 20.40 |
| | **Other** | | |
| | Checking | -1,475.11 | |
| | Insurance | -5.00 | 80.00 |
| | 401K | -104.53* | 1,486.76 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TO |
|------|------|------|------|------|------|------|
| Sun | 07/31 | NO PUNCHES | | | | |
| Mon | 08/01 | 6:41am | 12:41pm | 1:11pm | 5:40pm | 10 |
| Tue | 08/02 | 6:56am | 12:44pm | 1:13pm | 5:25pm | 10 |
| Wed | 08/03 | 6:50am | 12:22pm | 12:50pm | 5:54pm | 10 |
| Thu | 08/04 | 6:42am | 12:48pm | 1:25pm | 5:44pm | 10 |
| Fri | 08/05 | 6:54am | 4:45pm | | | 9 |
| Sat | 08/06 | NO PUNCHES | | | | |
| Sun | 08/07 | NO PUNCHES | | | | |
| Mon | 08/08 | 6:35am | 12:21pm | 1:03pm | 5:38pm | 10 |
| Tue | 08/09 | 6:33am | 12:16pm | 1:14pm | 5:42pm | 10. |
| Wed | 08/10 | 6:43am | 12:18pm | 12:54pm | 4:39pm | 9: |
| Thu | 08/11 | 6:51am | 1:04pm | 1:43pm | 5:25pm | 10: |
| Fri | 08/12 | 6:38am | 12:36pm | 1:04pm | 5:53pm | 10: |
| Sat | 08/13 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,985.97
Your state taxable wages this period are
$1,985.97

---

RIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

© 1991 ADP, Inc.

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:    00000330024
Pay date:         08/19/2005

Deposited to the account of
**NANCY E DENARDI**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 00000080804009 | 2219 7936 | $1,475.11 |

**THIS IS NOT A CHECK**

FIRST UNION
UNION NATIONAL BANK
YORK

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

114

XMD  002339.191590          0000350025   1

# Earnings Statement

AD

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:     08/27/2005
Pay Date:          09/02/2005

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0,$20 Additional Tax
    State:    0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 18.5000 | 29.25 | 541.13 | 22,230.67 |
| Time | 18.5000 | 50.75 | 938.88 | 3,766.17 |
| Overtime | | | | 5,217.99 |
| Gross Pay | | | $1,480.01 | 31,214.83 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -156.68 | 3,392.07 |
| | Social Security Tax | -91.76 | 1,935.32 |
| | Medicare Tax | -21.47 | 452.62 |
| | NY State Income Tax | -61.34 | 1,401.89 |
| | NY SUI/SDI Tax | -1.20 | 21.60 |
| | Other | | |
| | Checking | -1,068.56 | |
| | Insurance | -5.00 | 85.00 |
| | 401K | -74.00* | 1,560.76 |
| | Net Pay | $0.00 | |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TO |
|------|-----|-----|-----|------|-----|
| Sun 08/14 | NO PUNCHES | | | | |
| Mon 08/15 | 6:56am | 12:17pm | 12:54pm | 5:08pm | 9 |
| Tue 08/16 | 6:44am | 12:38pm | 1:40pm | 5:38pm | 10 |
| Wed 08/17 | 6:34am | 1:09pm | 1:47pm | 4:38pm | 9 |
| Thu 08/18 | NO PUNCHES | | | | |
| Fri 08/19 | NO PUNCHES | | | | |
| Sat 08/20 | NO PUNCHES | | | | |
| Sun 08/21 | NO PUNCHES | | | | |
| Mon 08/22 | NO PUNCHES | | | | |
| Tue 08/23 | NO PUNCHES | | | | |
| Wed 08/24 | NO PUNCHES | | | | |
| Thu 08/25 | NO PUNCHES | | | | |
| Fri 08/26 | NO PUNCHES | | | | |
| Sat 08/27 | NO PUNCHES | | | | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,406.01
Your state taxable wages this period are
$1,406.01

THIS DOCUMENT AUTHENTICITY. THE PRINTED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1991 ADP, Inc.

VOID VOID VOID VOID VOID VOID VOID VOID

THIS IS NOT A CHECK

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:      00000350025
Pay date:           09/02/2005

Deposited to the account of
NANCY E DENARDI

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | 00000080804009 | 2219 7936 | $1,068.56 |

RST
JNION®
UNION NATIONAL BANK
W YORK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  040
XMD  002339  191590        0000430026  1

# Earnings Statement

*IMAGING SUPPORT SERVICES*
*1 COLUMBIA STREET*
*POUGHKEEPSIE, N.Y.*

Period Ending:    10/22/2005
Pay Date:         10/28/2005

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0,$20 Additional Tax
  State:    0

**NANCY E DENARDI**
**24 CARROLL DR**
**WAPPINGERS FALLS NY 12590**

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Time | 18.5000 | 59.00 | 1,091.50 | 5,477.42 |
| Regular | | | | 26,050.92 |
| Overtime | | | | 5,883.99 |
| **Gross Pay** | | | **$1,091.50** | 37,412.33 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -101.31 | 4,058.31 |
| | Social Security Tax | -67.67 | 2,319.56 |
| | Medicare Tax | -15.83 | 542.48 |
| | NY State Income Tax | -36.26 | 1,665.52 |
| | NY SUI/SDI Tax | -1.20 | 26.40 |
| | **Other** | | |
| | Checking | -764.65 | |
| | Insurance | -50.00 | 190.00 |
| | 401K | -54.58* | 1,870.64 |
| | **Net Pay** | **$0.00** | |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TO |
| Sun  10/09 | NO PUNCHES | | | | |
| Mon  10/10 | NO PUNCHES | | | | |
| Tue  10/11 | NO PUNCHES | | | | |
| Wed  10/12 | NO PUNCHES | | | | |
| Thu  10/13 | NO PUNCHES | | | | |
| Fri  10/14 | NO PUNCHES | | | | |
| Sat  10/15 | NO PUNCHES | | | | |
| Sun  10/16 | NO PUNCHES | | | | |
| Mon  10/17 | NO PUNCHES | | | | |
| Tue  10/18 | NO PUNCHES | | | | |
| Wed  10/19 | NO PUNCHES | | | | |
| Thu  10/20 | NO PUNCHES | | | | |
| Fri  10/21 | NO PUNCHES | | | | |
| Sat  10/22 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,036.92
Your state taxable wages this period are
$1,036.92

© 1991 ADP, Inc

THEY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:       00000430026
Pay date:            10/28/2005

Deposited to the account of
NANCY E DENARDI

| account number | transit ABA | amount |
|---|---|---|
| 00000080804009 | 2219 7936 | $764.65 |

THIS IS NOT A CHECK

Wachovia Bank, N.A.

VOID AFTER 180 DAYS

# NON-NEGOTIABLE

117

XMD  002339 191590          0000000025  1

# Earni gs Statement

*ADP*

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

| | |
|---|---|
| Period Ending: | 02/25/2006 |
| Pay Date: | 03/03/2006 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0,$20 Additional Tax
  State:    0

**NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590**

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 6,942.13 |
| Overtime | 27.7500 | 21.25 | 589.69 | 1,866.19 |
| Time | | | | 319.13 |
| Gross Pay | | | $2,069.69 | 9,127.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -232.62 | 989.10 |
| | Social Security Tax | -125.22 | 550.40 |
| | Medicare Tax | -29.28 | 128.72 |
| | NY State Income Tax | -96.29 | 402.01 |
| | NY SUI/SDI Tax | -1.20 | 6.00 |
| | **Other** | | |
| | Checking | -1,431.60 | |
| | Health In Prem | -50.00* | 250.00 |
| | 401K | -103.48* | 456.37 |
| | Net Pay | $0.00 | |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOT |
| Sun 02/12 | NO PUNCHES | | | | |
| Mon 02/13 | 6:39am | 5:30pm | | | 10: |
| Tue 02/14 | 6:39am | 4:58pm | | | 9: |
| Wed 02/15 | 6:20am | 4:50pm | | | 10: |
| Thu 02/16 | 6:37am | 5:40pm | | | 10: |
| Fri 02/17 | 6:30am | 4:55pm | | | 10: |
| Sat 02/18 | NO PUNCHES | | | | |
| Sun 02/19 | NO PUNCHES | | | | |
| Mon 02/20 | 6:35am | 4:25pm | | | 9: |
| Tue 02/21 | 6:26am | 5:26pm | | | 10: |
| Wed 02/22 | 6:43am | 4:39pm | | | 9: |
| Thu 02/23 | 6:51am | 6:05pm | | | 10: |
| Fri 02/24 | 6:30am | 5:13pm | | | 10: |
| Sat 02/25 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,916.21
Your state taxable wages this period are
$1,916.21

---

THIS DOCUMENT...

© 1991 ADP, Inc.

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

| Advice number: | 00000090025 |
|---|---|
| Pay date: | 03/03/2006 |

Deposited to the account of
NANCY E DENARDI

| account number | transit ABA | amount |
|---|---|---|
| 00000080804009 | 2219 7936 | $1,431.60 |

chovia Bank, N.A.

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

## NON-NEGOTIABLE

XMD   002339  l91590        0000190027   1

# Earnings Statement



IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Period Ending:     05/06/2006
Pay Date:          05/12/2006

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0,$20 Additional Tax
    State:   0

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: XXX-XX-1547

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 80.00 | 1,480.00 | 13,833.38 |
| Overtime | 27.7500 | 2.50 | 69.38 | 2,539.13 |
| Time | | | | 827.88 |
| **Gross Pay** | | | **$1,549.38** | 17,200.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -158.47 | 1,835.42 |
| | Social Security Tax | -92.96 | 1,038.52 |
| | Medicare Tax | -21.74 | 242.88 |
| | NY State Income Tax | -62.43 | 738.82 |
| | NY SUI/SDI Tax | -1.20 | 12.00 |
| | **Other** | | |
| | Checking | -1,085.11 | |
| | Health In Prem | -50.00* | 450.00 |
| | 401K | -77.47* | 860.03 |
| | **Net Pay** | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TO |
|---|---|---|---|---|---|---|
| Sun | 04/23 | NO PUNCHES | | | | |
| Mon | 04/24 | 7:06am | 12:27pm | 1:08pm | 4:00pm | 8 |
| Tue | 04/25 | 7:09am | 12:27pm | 1:00pm | 3:59pm | 8 |
| Wed | 04/26 | 7:10am | 12:12pm | 12:49pm | 4:04pm | 8 |
| Thu | 04/27 | 7:08am | 12:50pm | 1:20pm | 4:30pm | 8 |
| Fri | 04/28 | 7:17am | 12:17pm | 12:50pm | 4:04pm | 8 |
| Sat | 04/29 | NO PUNCHES | | | | |
| Sun | 04/30 | NO PUNCHES | | | | |
| Mon | 05/01 | 7:09am | 11:55am | 12:41pm | 4:03pm | 8: |
| Tue | 05/02 | 7:03am | 12:10pm | 12:56pm | 4:02pm | 8: |
| Wed | 05/03 | 7:07am | 12:17pm | 12:47pm | 4:04pm | 8: |
| Thu | 05/04 | 7:08am | 12:03pm | 12:42pm | 4:05pm | 8: |
| Fri | 05/05 | 7:12am | 12:52pm | 1:34pm | 4:00pm | 8: |
| Sat | 05/06 | NO PUNCHES | | | | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,421.91
Your state taxable wages this period are
$1,421.91

© 1991 ADP, Inc

IFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

IMAGING SUPPORT SERVICES
1 COLUMBIA STREET
POUGHKEEPSIE, N.Y.

Advice number:    00000190027
Pay date:         05/12/2006

Deposited to the account of
NANCY E DENARDI

account number    transit ABA        amount
00000080804009    2219 7936          $1,085.11

ichovia Bank, N.A.

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

NON-NEGOTIABLE

115