# EXHIBIT K

PART 1 OF 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

NANCY DeNARDI,

                    Plaintiff,

       - against -

DRA IMAGING, PC and IMAGING SUPPORT
SERVICES, LLC,

                  Defendants.

----------------------------------------X

               Thursday, March 20, 2008
               10:00 a.m.
               Held at the Offices of
               Keane & Beane PC
               445 Hamilton Avenue
               White Plains, New York

EXAMINATION BEFORE TRIAL of

NANCY DeNARDI,

Plaintiff, pursuant to Notice, before Linda P.

Fabel, a Shorthand Reporter and Notary Public

within and for the State of New York.

12

1                         Nancy DeNardi

2    all the bills.  I reviewed all his contracts that

3    came in for any -- he did a lot of HMO insurances

4    and he'd give them to me to look over to see if

5    it was worth his while, ordered supplies, credit

6    collection.

7         Q.    And how long did you work for

8    Dr. Ginder?

9         A.    Approximately ten years.

10        Q.    And after that did you find

11   subsequent employment?

12        A.    I left him to go to work at DRA

13   Imaging.

14        Q.    What year did you start at DRA?

15        A.    1999.

16        Q.    Do you remember the month?

17        A.    September 7th.

18        Q.    You testified earlier that you've

19   never testified before under oath in any type of

20   lawsuit; is that right?

21        A.    No.  I said I never testified in

22   court before.

23        Q.    All right.  Have you ever given any

24   type of testimony?

25        A.    I gave a very small deposition in a

Nancy DeNardi

1

2    I don't think I had had a raise in three years

3    because he kept telling us that we had reached

4    the top of our profession and couldn't afford to

5    give us any more, and it was just time to move

6    on.

7            It was -- my children were little,

8    it was a great job to have, I was able to leave

9    and go back and forth as I needed with my

10   children, but my children were older and I wanted

11   something different.

12       Q.    How long after you gave Miss Vitale

13   your resume did you have the interview,

14   approximately?

15       A.    Five months.

16       Q.    And you said you were called by

17   someone at DRA?

18       A.    Nancy Rasmussen.

19       Q.    And did Miss Rasmussen, when she

20   called you on the phone, tell you what the

21   position was that you would be interviewing for?

22       A.    I believe so.

23       Q.    What was it?

24       A.    It was for an insurance rep.

25       Q.    Did you interview with Miss

19

1                          Nancy DeNardi

2       Rasmussen?

3              A.     Yes, I did.

4              Q.     Anyone else at DRA?

5              A.     No.

6              Q.     Did you interview once or more than

7       once?

8              A.     Just one time.

9              Q.     And did there come a time when

10      Miss Rasmussen either called you or wrote to you

11      and offered you a position?

12             A.     She called me the next day.

13             Q.     And she offered you a position?

14             A.     Yes, she did.

15             Q.     And did you tell her you were

16      accepting the position?

17             A.     Yes, I did.

18             Q.     And when did you start in

19      relationship to when she called you?

20             A.     Approximately three weeks later.  I

21      gave a two weeks' notice at my job and I was

22      scheduled to take a week's vacation, so I -- and

23      they were going through a new computer system, so

24      she said that was fine.

25             Q.     So you took a week's vacation and

20

1                          Nancy DeNardi

2      you started basically after you gave your two

3      weeks' notice?

4              A.      Right.

5              Q.      When you interviewed for the

6      position, what did she tell you it would be?

7              A.      Filing insurance claims.

8                      Following up on any claims that

9      weren't paid.

10                     Send out billing.

11                     Everyone, you know, everybody took

12     a turn sending out billing.

13             Q.      And did you have experience in

14     those areas?

15             A.      Yes, I did.

16             Q.      Did she use the term "insurance

17     rep" or "insurance representative"?

18             A.      Yes.

19             Q.      And was that your understanding of

20     what your title would be when you accepted the

21     position?

22             A.      Yes.

23             Q.      When you first started at DRA, who

24     did you meet with?

25             A.      The first day I started work?

21

1              Nancy DeNardi

2        Q.      The first day you started.

3        A.      Nancy Rasmussen and Gail Platt was

4    the manager at the time.  And she was going to be

5    training me.

6        Q.      Would you be working in the billing

7    department at that time?

8        A.      Yes.

9        Q.      Where was the office of DRA?

10       A.      Poughkeepsie.

11       Q.      Can you tell me, after you first

12   started there, what your typical duties were as

13   an insurance rep?

14       A.      Well, when I first started there,

15   two weeks of training.  I was sitting actually

16   with Jane Ackerman, who was training me to answer

17   phones, field customer questions that they called

18   in about their bill.

19              Everybody had their own insurance

20   company that they dealt with.  Jane happened to

21   be MVP at the time and they would run reports, go

22   over the reports, see how many outstanding claims

23   there were that weren't paid yet, why weren't

24   they paid, what could you do to get it paid.

25              And then they taught you how to do

23

Nancy DeNardi

1

2     Q.     Were there any other supervisors at

3     that time?

4     A.     I'm sorry, I did misspeak, Gail was

5     the assistant manager.  Nancy Rasmussen, the

6     director of operations, was the billing manager,

7     I'm sorry.

8     Q.     That's all right.

9            So Nancy was the manager, Gail was

10    the assistant manager?

11    A.     Yes.  I'm sorry.

12    Q.     That's all right.

13           Were there any other employees in

14    the billing department who had any type of

15    supervisory role?

16    A.     No.

17    Q.     So you started working on MVP after

18    you were trained; is that right?

19    A.     Yes.

20    Q.     Who were you dealing with at MVP,

21    anyone in particular or were there different

22    people?

23    A.     There were different people that

24    answered the phone.

25    Q.     What was your understanding of what

28

1                      Nancy DeNardi

2          Q.    How long were you in the position

3     of insurance rep?

4          A.    Two years.  I'm thinking.  Nancy

5     left in 2000, 2001.  January of 2002 I got a

6     promotion to insurance lead.

7          Q.    Prior to that promotion, had your

8     duties or responsibilities changed in any way?

9          A.    Yes.

10         Q.    How?

11         A.    I started in September.  I believe

12    it was May or June of the following year, Jane

13    Ackerman quit, so Nancy Rasmussen asked me to

14    take over Medicare.

15              And I told her I would and it might

16    have been about that time that she also offered

17    me a chance to change my hours to 8 to 4:30.

18         Q.    Now, what was it that changed your

19    responsibilities other than you are now dealing

20    with Medicare?

21         A.    Medicare was the biggest account in

22    the company, I believe, and she had told me that

23    she felt that I could handle it, and she didn't

24    feel she could give it to someone else.  She

25    thought I would be good for it.

38

Nancy DeNardi

1   insurance rep lead; Ginny who?

2        A.     Ginny Barkiyani, I'm sorry.

3        Q.     That's all right.

4             This was sometime during the summer

5   of 2001 when Ginny told you they were thinking of

6   making an insurance rep lead?

7        A.     Yes.

8             I should back up a little bit.

9             Nancy Rasmussen, I'm sorry,

10   actually left in August of 2000.  That's when

11   Mark Newton and Joe Chiseri, C-H-I-S-E-R-I, when

12   they came in, Gail was promoted to manager,

13   billing manager, and Ginny Barkiyani was promoted

14   to assistant manager.

15        Q.     You said when Joe Chiseri and Mark

16   Newton came in, you mean when they first started

17   working?

18        A.     Yes.

19        Q.     And Nancy had resigned her

20   position?

21        A.     Yes.

22        Q.     Did you know why she left?

23        A.     I don't.

24        Q.     And Gail Platt was made the

40

                          Nancy DeNardi

1

2                         Imaging.

3                         File room.

4                         That's pretty much the whole

5        company.

6             Q.    So you've named four other

7        departments and billing would be five; is that

8        right?

9             A.    Yes.  Transcription, I'm sorry.

10            Q.    That's all right.

11                  So each of these other departments

12       had at least a manager and a lead; is that right?

13            A.    Yes.

14            Q.    And billing was the only one that

15       you are aware of that had a manager and maybe an

16       assistant manager, but no leads?

17            A.    Right.

18            Q.    So you were told some time during

19       the summer of 2001 that the company was thinking

20       of making a lead for the billing department; is

21       that right?

22            A.    Yes.

23            Q.    And what else did Ginny tell you,

24       if anything, at that time?

25            A.    Nothing other than the fact that

41

Nancy DeNardi

1
2  Gail and Mark had talked about offering it to me.
3      Q.    Now in June of 2001, how many
4  people were working in the billing department,
5  approximately?
6      A.    20, 25.
7      Q.    So then the structure, as you've
8  described it, is you have a manager, an assistant
9  manager, and 20 or so people who were all on the
10  same level; is that right?
11      A.    Yes.
12      Q.    The people who are working in the
13  billing department, the 20 to 25, were they all
14  women?
15      A.    Yes.
16      Q.    Did anyone talk to you between the
17  summer of 2001 and January of 2002 about making
18  you or anybody else the lead?
19      A.    Gail Platt mentioned it to me.
20      Q.    What did Gail say?
21      A.    She said that they were going to
22  create this position and her and Mark had
23  discussed having me take it.  She said it
24  wouldn't happen till January, after the end of
25  the year and all the financial was set in the

42

Nancy DeNardi

1

2    budget for the following year, but she felt it

3    would be offered to me and if I wanted it, to

4    think about it.

5              And I believe it was the first week

6    in January, maybe the first couple of weeks, that

7    she came to me and said, "Joe and I want to offer

8    you the position if you want to take it."  And I

9    did.

10         Q.    So tell me how it came about in

11   January that you were offered the position.

12         A.    It was towards the end of the day

13   and Gail came to my little cubby and asked to

14   speak to me.  And she said that they were ready

15   to go ahead with the position.  I would be under

16   Ginny Barkiyani and, hopefully, all the insurance

17   reps would come to me with their problems instead

18   of coming to Ginny and Gail, who had a lot to do

19   during the day.

20              And they wanted it to flow through

21   me, and any insurance issues, they wanted them to

22   come to me and let me help them with it or how to

23   handle it.

24              And I agreed to take the job and

25   they gave me another raise.

53

1                         Nancy DeNardi

2    rep lead, did that change?

3         A.    No.

4         Q.    How long were you an insurance rep

5    lead?

6         A.    Till 2004.

7         Q.    And what changed in 2004?

8         A.    Gail Platt resigned in February of

9    2004.  Ginny Barkiyani became the billing

10   director in June of 2004.  And I was -- became

11   the billing department lead.

12        Q.    Had there been a billing department

13   lead prior to you taking that position?

14        A.    No.  Ginny and I had discussed the

15   title.  She asked me how important the title of

16   assistant manager was to me.  If I decided not to

17   take overtime anymore, I would have the title of

18   assistant manager.  If I wanted to keep the

19   overtime, they would make it billing department

20   lead.

21        Q.    So what did you say?

22        A.    Billing department lead.

23        Q.    And why was that?

24        A.    I was doing a lot of overtime.

25        Q.    As an insurance rep lead, how much

63

                          Nancy DeNardi
1
2    while, so everybody was overworked.
3         Q.    So would it be fair to say then
4    that the overtime that you were doing was just
5    additional work that you couldn't get through
6    during the 40-hour workweek?
7         A.    Yes.
8         Q.    And that was the same whether you
9    were the insurance rep lead or the billing
10   department lead?
11        A.    Yes.
12        Q.    It was just additional work,
13   because they were understaffed, couldn't get
14   done; is that right?
15        A.    Yes, and because you're
16   understaffed, everybody had a lot of work to do.
17        Q.    What is Cerner, C-E-R-N-E-R?
18        A.    Cerner is the new software company
19   that was coming in to take over their computer
20   system.
21        Q.    When did that begin, the
22   implementation of Cerner?
23        A.    They were -- I believe Gail Platt
24   was still there when they were bringing them in.
25   The year I don't know -- 2003 --

1                            Nancy DeNardi

2          Q.    So what did you have to do with

3     respect to what had been put in by the Cerner

4     employee?

5          A.    We were all trying to go through,

6     trying to figure out what insurances were in

7     there, how they were going to come over from

8     Cerner into the Vital work system we were in,

9     because the billing department had decided to

10    keep the billing department on Vital Works and

11    they were going to have to interface it.  And

12    from my understanding, there were a lot of

13    problems with it.

14                After that aspect of it, I didn't

15    have much to do it with it.  It was mostly Jackie

16    Bourne and Carol Gustin.

17         Q.    Did there come a point in time when

18    Cerner went, we'll call it live for the company?

19         A.    Yes.

20         Q.    When was that?

21         A.    When it went live, I was out on

22    disability.  I'd just gotten out of the

23    hospital -- I don't know whether I was still in

24    the hospital at the time or if I was at home, but

25    I believe I was on disability when they went

1                    Nancy DeNardi

2      live.

3          Q.      Prior to Cerner going live, did you

4      do any work either on it or for it, meaning

5      Cerner?

6          A.      On, I would say I was trying, and

7      trying is a good word, to implement some of the

8      insurance companies in there.  There came a time

9      where I was asked to go to Josh, I don't remember

10     Josh's last name, he was implementing a lot of

11     Cerner, and he gave me instructions on what to

12     do.

13              The instruction were incomplete.

14     Somebody from Cerner gave me a different set of

15     instructions.  When we went to the IT department

16     to ask them for printouts, so we could see what

17     insurances were in there and which ones weren't,

18     that was also incomplete.

19              And they kind of like stopped at

20     that point because they were trying to figure out

21     what was going on.  And then I was -- I got sick

22     and I didn't have much to do with it after that.

23         Q.      After you got sick, you mean?

24         A.      And before I got sick.  Ginny had

25     said that -- I guess there was a time when all of

Nancy DeNardi

1

2    us were in a meeting or something or working in

3    the conference room, and she came out.

4            She was angry.  She said that the

5    billing department people were milling around

6    only talking and she said, "They'll know more,

7    we'll all of us be in there together."  And I was

8    to stay back in the billing department while

9    Carol and Jackie worked on Cerner.

10           Q.    So prior to that meeting, you had

11   been working on Cerner?

12           A.    No, not working on it.  In the

13   summer when we were first working on it trying to

14   figure out the billing aspect, and if it worked

15   with Vital Works, that was basically all that I

16   did.

17           Q.    The summer of what year?

18           A.    2004 maybe.

19           Q.    All right.

20                 When did you go out on disability?

21           A.    October of 2005.

22           Q.    And you believe that Cerner went

23   live while you were out on disability, correct?

24           A.    Yes.

25           Q.    And so, just to get a frame of

88

Nancy DeNardi

1
2    though, because I had a tube down my throat and
3    up my nose and --
4          Q.      It was difficult to talk?
5          A.      Yes.
6          Q.      How many times did you see Carol
7    while you were in the hospital?
8          A.      I'm going to say they came over
9    just about every day.
10         Q.      And when you say "they," you're
11   referring to a few people?
12         A.      I'm sorry, Carol Gustin, Ginny
13   Barkiyani, Jackie Bourne, but there was also
14   Linda Falano (phonetic) came over just about
15   every day.  Joanie Kilmer came over every day.
16   Candace Tangredi came over every day.  Sue K --
17   I'm not going to tell you her last name because I
18   can't pronounce it and you won't be able to spell
19   it.  And there were others.
20         Q.      So there were a bunch of people
21   from the company that came to see you or visit
22   you every day while you were in the hospital?
23         A.      Yes.
24         Q.      And how did you feel when they came
25   to see you?

94

1                          Nancy DeNardi

2      because the chemo gets attached to the

3      porto-cath, attached to a fanny pack that I wore

4      for two days.

5              Q.     And tell me about the chemo, how

6      did it start?  What did you have to do?

7              A.     I would go on a Tuesday morning.

8      It would take about two hours while they IV a

9      couple of bags into you.  And when they were

10     done, they would hook up a needle into the

11     porto-cath with a tube that went down to -- I

12     wore a fanny pack that was attached to a chemo

13     pack, wore that for two days, went back two days

14     later, where they would take it out and repeat

15     again two weeks later.

16             Q.     So you would go on Tuesday morning

17     and you would spend approximately two hours with

18     them hooking you up to all these different

19     wonderful things, right?

20             A.     Yes.  Yes.

21             Q.     And would they take you right away

22     or did you have to wait at times?

23             A.     Usually they took me right away

24     because I always tried to get the first morning

25     appointment.

                     Judicial Reporting Service, Inc.
                            (914) 946-0888

95

1                          Nancy DeNardi

2          Q.    What time was the first morning

3      appointment?

4          A.    9:00 o'clock.

5          Q.    So you would be out of that

6      appointment by approximately 11 a.m.?

7          A.    I was usually back to work between

8      11:30 and 12.

9          Q.    Well, the first time you were there

10     you weren't at work yet, correct?

11         A.    That's right.

12         Q.    So do you remember what time you

13     went for the first time you had to be there?

14         A.    I don't.

15         Q.    And would it be fair to say that

16     each time you went it would take the same two

17     hours or so?

18         A.    Basically.

19         Q.    The first time they hooked

20     everything up, were you lying down, were you

21     sitting in a chair?

22         A.    They had very nice comfy leather

23     recliners that you could sit in.

24         Q.    What were you doing at the time

25     they were hooking you up?

1                          Nancy DeNardi

2          A.      The very first time?

3          Q.      Yes.

4          A.      The very first time my husband went

5    with me.  It was basically they ran through

6    everything, told me what was going to happen.

7    The first time took about two or three hours.

8                  The nurse had to show me

9    everything.  They actually had someone come down

10   from the durable medical equipment company to

11   attach the fanny pouch to me, explain to me what

12   would happen.  There were alarms on it, if it

13   went off.  If I had a problem, who to call, where

14   to call.  So the first time took a little bit.

15         Q.      And you said it would last for

16   approximately two days?

17         A.      I would wear it for two days,

18   that's right.

19         Q.      And then you would have to go back?

20         A.      To the oncologist and have them

21   take it out.

22         Q.      How long did that take?

23         A.      Oh, that was not long at all.  All

24   they did was unhook the needle, flush it, and I

25   was out the door.  Maybe half an hour, depending

97

1                        Nancy DeNardi

2    how busy they were.

3         Q.    And that was always on the Thursday

4    following, correct?

5         A.    Yes.

6         Q.    When did you return back to work?

7         A.    December 5th.

8         Q.    And describe what happened the

9    first day you got back.

10        A.    I tried to make it just a normal

11   workday.  Ginny Barkiyani and her sister Jackie

12   were actually on vacation that week, so I just

13   tried to get back into things, get some of my

14   work back that I guess -- that I guess Carol

15   Gustin and Jackie Bourne had been doing for me.

16   I don't really remember anything out of the

17   ordinary.

18        Q.    You said you tried to make it a

19   normal day; was it?

20        A.    Well, with everybody coming up and

21   saying, you know, how are you feeling, but I

22   tried to.

23        Q.    You tried to make it a normal day,

24   but clearly other people were treating it a

25   little bit differently, correct?

99

Nancy DeNardi

A. Actually, I don't think I had that hard of a time trying to, as far as I was concerned, they got the cancer out when I was operated on, the chemo was preventative and I was going on with my life.

Q. Why do you keep saying that you tried to put it out of your mind as opposed to you just did?

A. I wasn't aware I did that, I'm sorry.

Q. Don't be sorry.

A. Well, it's very hard putting it behind you when you're walking around with this big, large thing on your hip too. That doesn't help.

Q. After you hooked up with all the needle and the tubes, how did you feel?

A. Actually, the first time I felt fine. I was amazingly surprised that I felt as good as I did.

Q. Throughout the first two days until they took it out or unhooked it, did you feel all right?

A. Yes.

Nancy DeNardi

1

2    believe had either been taken from their desk or

3    moved from their desk, like the night before?

4         A.    I believe there was an issue at one

5    point, and I don't remember where the e-mail came

6    from, whether it was something that Ginny

7    Barkiyani sent to IT or IT sent back, saying

8    that, you know, people were missing items from

9    their desk and if anybody saw anything.

10        Q.    That was before you went out on

11   disability?

12        A.    I believe so.

13        Q.    After you got back, you said that

14   Ginny was out, correct?

15        A.    Yes.

16        Q.    For how long?

17        A.    She, I believe her and her sister

18   were in Florida for a week.

19        Q.    How did you know they were in

20   Florida?

21        A.    They told me they were going.

22        Q.    When?

23        A.    They had this planned for a while,

24   so I knew about it before I got sick.

25        Q.    When you got back from your

106
1                        Nancy DeNardi

2    disability, when was the very first time that you

3    had to go for chemo?

4          A.    I started back on Monday.  Probably

5    the following Tuesday.  I started on the 5th,

6    maybe the 13th of December, I think.

7          Q.    And when did you schedule that

8    appointment for?

9          A.    When I went the first time I

10   scheduled -- I tried to schedule two or three

11   appointments in advance so I'd always get the

12   9:00 o'clock appointment.

13         Q.    So you believe you had your next

14   chemo appointment at 9:00 o'clock on the

15   following Tuesday, correct?

16         A.    I believe so.

17         Q.    And how would you get there?

18         A.    My husband would pick me up and

19   drive me.

20         Q.    Where was your husband -- go ahead,

21   I'm sorry.

22         A.    Well, his schedule is such that

23   every other week he's got different days off and

24   it worked out that a lot of the Tuesdays was his

25   day off, and it was convenient for him to drive

117

Nancy DeNardi

1

2  a personal day in March.  I remember my husband

3  and I going on a bus trip.  I might have taken a

4  personal day to go.

5        Q.    When you got back from your

6  disability leave, describe the duties that you

7  were performing, say that week, December 5th,

8  what were you doing?

9        A.    Other than my normal job, I can't

10  think of -- I can't think of anything out of the

11  ordinary, other than it being a normal day.

12        Q.    I'm talking about that day, not

13  just the week you got back.

14        A.    No, I understand.

15              I can't think of anything different

16  than I normally would have done.

17        Q.    What about the following week, were

18  you doing anything different than you had

19  normally done?

20        A.    Not that I could think of.  Nothing

21  stands out.

22        Q.    What about the following week after

23  that, let's say we're into the third week in

24  December, were you doing anything different than

25  you had normally done prior to your disability?

118

1                          Nancy DeNardi

2          A.    I don't believe so.

3          Q.    The following week would have been

4    Christmas.  Were you working during Christmas

5    week?

6          A.    Yes, I was.

7          Q.    Were you doing anything different

8    than you had been prior to disability?

9          A.    Not that I'm aware of.

10         Q.    Let's talk about January of the

11   following year, so that would have been January

12   of 2006.  Were you doing any duties that were

13   different than prior to you going out on your

14   disability?

15         A.    No.  There's nothing that I could

16   think of above and beyond my normal job.

17         Q.    Just remember, you can't shake --

18   your shake your head, but you can't just shake

19   your head.

20         A.    Yes.

21         Q.    For the month of January, would it

22   be fair to say that you were doing your normal

23   billing department lead functions?

24         A.    I would say so.

25         Q.    And what about for February of '06,

119

Nancy DeNardi

1
2  were you also doing your normal billing
3  department lead functions?
4        A.    I believe so.
5        Q.    What about March of '06, were you
6  doing your normal billing department lead
7  functions?
8        A.    I'm trying to think.  Things
9  changed, and I'm just trying to get the order in
10 which they did change.
11             March, I believe, is when Ginny
12 hired a new assistant, Shari McCauley.  I was
13 relegated to doing data entry.
14       Q.    When was she hired?
15       A.    I believe it was about that time.
16       Q.    She was hired, do you know when in
17 March she was hired?
18       A.    I believe the memo came around
19 March 14th or March 24th.
20       Q.    There was an e-mail or a memo?
21       A.    There was a memo dropped on
22 everybody's desk.
23       Q.    Prior to that time, would you agree
24 that you were doing your normal billing
25 department lead duties?

128

Nancy DeNardi

1
2    go because the first day I got down there, Mark
3    was in the lobby and he was like, "Hi, Nancy.
4    What are you doing here?"
5              And I said, "I'm going to sit at
6    the front desk."
7              And Carol Gustin and Jackie Bourne
8    both told me when he got back that day, he went
9    over and said, "Is everything okay with Nancy?"
10             He thought I was down there for a
11   test.
12             So as far as I was concerned, he
13   didn't have a clue I was going down there that
14   day.
15             I just -- oh gosh, there's -- I'm
16   trying to get the time frame and I'm sorry.
17             I'm just trying to -- there's a few
18   other things I wanted to say and I'm trying to
19   remember them.
20        Q.   You'll have a chance.
21        A.   Okay.
22        Q.   Let me go back a little bit.
23             Your job functions were the same
24   when you got back from your disability as they
25   were before you going out on disability, until

129

Nancy DeNardi

1

2    some time in March; is that right?

3            A.    I believe it was around March, yes.

4            Q.    So something happened in March when

5    your job functions changed, correct?

6            A.    Yes.

7            Q.    So up until that point, other than

8    what you just testified about how people treated

9    you or talked to you or the different things that

10   happened, as far as your job functions are

11   concerned, that did not change at all until

12   sometime in March; do you agree?

13           A.    Yes.

14           Q.    Now, let's focus on the job

15   functions, and then I will talk to you about the

16   other things that you mentioned about feeling

17   distant and uncomfortable.

18                 Up until March of 2006, what was

19   Jackie's role?

20           A.    Okay, Jackie's role before I went

21   out on disability, that I recall, was payment

22   operator lead.  There were three payment

23   operators and they went to her when they had a

24   problem.

25                 When I came back from disability,

145

1                    Nancy DeNardi

2    DeNardi"?

3         A.    I don't know if it said "data

4    entry" or "server input."

5         Q.    Did it say "server interface"?

6         A.    It might have.  I don't know.

7               And all that said was the charges

8    coming over for Cerner and dropping into the

9    system that the billing department was using.

10        Q.    Were you working on Cerner at that

11   time when that memo came out?

12        A.    I was.  Carol Gustin was training

13   me to take over for her.  She was doing that.  I

14   was under the impression that I was going to be

15   doing that because Carol was overworked.  Ginny

16   was afraid -- her actual words were "She's going

17   to have a breakdown if I keep her on this any

18   longer."

19               I was under the impression that I

20   would be doing it until they hired somebody to do

21   it.

22        Q.    Who gave you that impression?

23        A.    Ginny.

24        Q.    What did she say?

25        A.    They were looking for somebody to

147

1                        Nancy DeNardi

2      had happened?

3            A.      It wasn't every day.

4            Q.      That's what I wrote down, but

5      whatever you said, you said.

6            A.      Okay.

7            Q.      When did that start?

8            A.      Pretty much, not initially in the

9      beginning, I mean I was upset, I knew things were

10     changing.  I think after Ginny made the comment

11     about the chemo affecting my brain, and at that

12     point I realized things were changing, I was

13     being cold-shouldered out.  It was upsetting and

14     I usually went home very upset.

15           Q.      And when did Ginny make the comment

16     about chemo affecting your brain?

17           A.      I believe it was sometime towards

18     the end of January.

19           Q.      And you testified at the time she

20     made it, you laughed it off?

21           A.      No, I don't believe I said that.  I

22     said that a month later, when she forgot to do

23     something, Carol said that stress will make your

24     brain shut down and be forgetful.

25                   I said, "How come with me it's

1                       Nancy DeNardi

2     about?"

3                    I said, "Ginny said you went and

4     complained that we're making too much noise."

5                    She said, "What are you talking

6     about?  I never went to Ginny and talked about

7     you."

8                    I just felt that they were looking

9     for reasons, excuses to yell, get me in trouble,

10    whatever you want to say.  I felt like they were

11    making my life miserable.

12          Q.      And who are you referring to when

13    you say that, making your life miserable, who is

14    the "they"?

15          A.      Ginny.  Carol.  Jackie.

16                   At one point when I started to do

17    the Cerner and Carol was teaching me how to do

18    it, it was a slow process because I was working

19    on a system I had never worked on before, doing a

20    job I had never done before.

21                   And I had to explain to Ginny they

22    had cut my overtime, I had to leave right at 4.

23    So if the work wasn't done. I would have to leave

24    it till the next day.

25                   And she originally said, "I

1                           Nancy DeNardi

2    understand.  Not a problem."

3                    The next day Carol said to me, "I

4    don't understand why you're not getting it done."

5    And she started yelling at me.  She said, "It's

6    not an 8-hour a day job.  Get it done."

7                    And I said, "Excuse me?"  And I

8    walked away.

9                    And the next day I went to Ginny

10   and I complained that, you know, "I'm doing the

11   best I can, it's a new thing for me, I can't get

12   it all done."

13                   And then she reiterated the same

14   thing, "It's not an all-day job.  I don't

15   understand what's taking you so long get it done.

16                   "And at that point I felt I had

17   no -- nowhere to go.

18       Q.    So is it fair to say then that the

19   people you believe were treating you differently

20   were Ginny, Carol and Jackie?

21       A.    For the basic most part, because

22   they were the ones I had the day-to-day

23   interaction with in my job.  They were Ginny I

24   reported to.  It was becoming more and more

25   apparent that I was reporting to Carol, Jackie

183

Nancy DeNardi

1

2    back?

3        A.    Differently, yes, there were a few

4    things.

5        Q.    Who?  Tell me who first, before you

6    tell me what.

7        A.    Sue K.  When I felt -- Sue was a

8    very nice woman, used to always come by in the

9    morning to say hello to me, how are things doing.

10   When things started to get very cold, she stopped

11   coming by.  She'd walk by and didn't say hello.

12   I felt like a lot of people were shutting me out.

13            Mark Newton also, every time he

14   walked by would say hello and ask me how I was

15   doing, and all of a sudden he would walk by,

16   nothing.

17            You know, it's just --

18       Q.    Besides Sue K and Mark Newton, you

19   said a lot of people, who are you referring to

20   that treated you differently?

21       A.    I'm sorry, a lot of people.  Can

22   you --

23       Q.    That's what you said.  I'm just

24   taking down your words.

25       A.    I don't -- I'm not sure of the

187

Nancy DeNardi

1

2    this second.

3         Q.    Well, what would help you remember

4    what those other incidents are?

5         A.    I don't know.  As we talk, I

6    remember things.

7         Q.    Well, did you tell anyone that this

8    is how you felt?

9         A.    I spoke to Ginny three or four

10   times about the way I felt.

11        Q.    Three or four times when?

12        A.    From February 2nd, when her and her

13   sister -- February 2nd -- or was it March 2nd,

14   I'm sorry, it might have been March 2nd when they

15   went through my desk the first time and I had a

16   few conversations with her about that.

17             I told her, my exact words, I said

18   I felt like I had "a target on my back," I felt

19   that they were trying to get rid of me.

20             She told me no, there was nothing

21   going on.

22             Again after the memo came around

23   about Shari McCauley, I went in and asked her

24   what was going on.

25             She looked at the memo for 5 or 10

Nancy DeNardi

1

2    minutes and then said, "Well, I could see where

3    you'd get that impression, but there's no

4    change."

5         And at that point I started to cry

6    and I said to her, "DRA is a wonderful place to

7    work, just don't get sick here because you're

8    screwed," and I walked out of her office.

9         And then again probably two or

10   three weeks later, I went in and I said, "What is

11   going on with you and me?  I want us to be back

12   the way we were."  And again I started crying.

13        And she said, "I don't see where we

14   have a problem, there's nothing going on."

15   Q.    And that was in March?

16   A.    That was probably towards the end

17   of March.

18        Again, after my overtime was cut, I

19   went in again.  We had a conversation about that.

20   I told her I was going to have to get a second

21   job.  I didn't want to change my hours.  We

22   argued over that for a couple of days and then

23   she finally agreed to let me keep my hours.

24        And then at that point, even though

25   she kept telling me that there was nothing going