**EXHIBIT L**

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



--------------------------------x

NANCY DENARDI,                        :

                    Plaintiff, : Docket No.

      -against-              : 07CIV5794

DRA IMAGING, P.C. and                 :   (MGC)

IMAGING SUPPORT SERVICES, LLC,   :

                Defendants. :

--------------------------------x

              June 17, 2008

              10:30 a.m.


    Deposition of Defendants, by **VIRGINIA
BARKYANI,** held at the offices of Keane & Beane,
P.C., 445 Hamilton Avenue, White Plains, New
York, before a Notary Public within and for the
State of New York.

121

1                           V. Barkyani

2    with Heather about coming to work at DRA?

3         A.     Nancy and Heather had asked if there

4    was anything available for Heather when she was

5    going to Dutchess Community in the fall, her

6    schedule would have been rather flexible and

7    kind of erratic from one semester to the other

8    and asked if there was anything available.

9         Q.     You said Heather and Nancy asked you

10   about Heather coming to work for DRA; is that

11   your testimony?

12        A.     Yes.

13        Q.     And were they together when they

14   spoke to you?

15        A.     No, they were not.

16        Q.     And other than what you're

17   testifying to today, is there any other proof

18   that you have that Nancy DeNardi was supportive

19   of Heather coming to work at DRA?

20        A.     Was she supportive?

21        Q.     Right.  Other than what you are

22   testifying to.

23        A.     There is nothing written.

24        Q.     How did you respond when you were

25   asked about opportunities for Heather?

1                        V. Barkyani

2        A.     I told them I would let them know

3    and I asked Mark about hiring her.

4        Q.     And that would be Mark Newton?

5        A.     Mark Newton.

6        Q.     What did you say to Mr. Newton?

7        A.     What did I say to him?

8        Q.     Yes.

9        A.     I asked him if it would be okay to

10   take Heather on during the school year a few

11   hours a week. He asked me if there was a need

12   and there was always a need in billing for

13   help.

14       Q.     And so he said yes?

15       A.     Yes.

16       Q.     And then what did you do?

17       A.     I let Nancy know that Heather could

18   work a couple of hours a week.

19       Q.     And who set Heather's salary?

20       A.     I guess Mark and I discussed it.

21       Q.     What was the salary going to be?

22       A.     I believe it was 8 or $9.

23       Q.     Per hour?

24       A.     Yes.

25       Q.     And was there an agreement as to

V. Barkyani

2   what days she would work per week or was it

3   flexible, according to her schedule?

4      A.     Initially, it was flexible. As we

5   got a little tighter in the billing office and

6   space was tough -- probably a little on when

7   space got a little tighter, because we had been

8   planning on moving and as space got tighter we

9   had to specify which days and play with the

10   seating so that there was enough seating for

11   people.

12      Q.     When did she start? Would it have

13   been September of 2004?

14      A.     Yeah.

15      Q.     And for how long a period of time

16   was it more flexible where she would come in

17   sort of based on her schedule?

18      A.     For a year or so.

19      Q.     So from September '04 to September

20   '05, she sort of set the schedule that she

21   would come in?

22      A.     About. I mean, around that time we

23   hired a couple of additional people. It just

24   got tight. I don't have a definite time frame,

25   but it was flexible at first.

V. Barkyani

1

2    A.    Yes, Nancy's husband.

3    Q.    Was she in the hospital at the time

4    that he had advised you that they had found

5    cancer?

6    A.    Yes.

7    Q.    How long was she in the hospital?

8    A.    A few days, maybe.

9    Q.    Was she out on disability for a

10   period of time after the surgery?

11   A.    Yes, after her second surgery.

12   Q.    How long?

13   A.    She came back December 5th and was

14   out from October, mid October some time until

15   December 5th.

16   Q.    How are you able to remember that

17   specific date, December 5th?

18   A.    Because my sister and I went on

19   vacation that week and, unfortunately, had to

20   leave Carol -- we were gone.  That was Nancy's

21   first day back and we were going to miss her

22   first day back.

23   Q.    When did you leave for vacation?

24   A.    Saturday, perhaps.

25   Q.    How long were you going to be away?

V. Barkyani

1

2      Q.      When you made your plans, were you

3    aware that Mrs. DeNardi was going to be

4    returning to work on December 5th?

5      A.      No.

6      Q.      In any event, at some point you

7    learned that Mrs. DeNardi was going to be

8    returning to work on December 5th; correct?

9      A.      Yes.

10      Q.      Did you ask her or telephone her or

11    contact her in any way to find out whether you

12    could discuss with her transitioning back into

13    her position?

14      A.      Beforehand?

15      Q.      Yes.

16      A.      No.

17      Q.      Do you know whether or not she was

18    required to undergo any sort of chemotherapy?

19      A.      I think it was Vic who told us that

20    she was going to have to do chemo, just as a

21    preventive, because of her age.

22      Q.      And how often would that be?

23      A.      He didn't lay out a schedule for me.

24      Q.      When Mrs. DeNardi returned to work,

25    was she required to attend chemotherapy

1                         V. Barkyani

2     appointments during the working week?

3          A.     Yes.

4          Q.     And on what sort of frequency or

5     what was the schedule?

6          A.     Every other week she would have to

7     go twice in that week.

8          Q.     And what would occur during those

9     appointments?

10         A.     I don't know what happened when she

11    went there.

12         Q.     Do you know why she had to go twice?

13         A.     Once, the first one they told me

14    they hooked up the drug on a pack that she wore

15    around her waist and then two days later she

16    would go back and have it removed.

17         Q.     And she would do that during the

18    workday?

19         A.     Yes.

20         Q.     And how long would she be out in

21    order to receive the chemotherapy?

22         A.     Tuesdays was a few hours, three to

23    five hours maybe.  Thursday was a much shorter

24    period of time.  About an hour, I think.

25         Q.     And when she returned from the

                          V. Barkyani

2    desk.

3        Q.    Now, you said in March 2006 she was

4    working on Cerner so she shouldn't have had a

5    lot of work on her desk?

6        A.    Correct.

7        Q.    Had her job duties been removed from

8    her so that she could just work on Cerner?

9        A.    After she was back for a few weeks

10   around holiday time 2005, I asked Nancy if she

11   would like to take over the Cerner interface.

12   She was involved in the project almost from its

13   inception, she knew all the problems associated

14   with it.  It was certainly an important function

15   to DRA.  It's the backbone for the company's

16   financial health.  There were not many people

17   in the department that could really work on

18   that interface because of all the issues and

19   problems with it.

20       Q.    And what did she say?  You said you

21   asked her if she wanted to get involved in it.

22       A.    Right.  I spoke about all that I

23   just stated.  There was nobody in the

24   department, really, that we could give it to.

25   I asked her if she wanted to take it over and

1                         V. Barkyani

2     she said, yeah, if you want me to.

3          Q.     Now, Carol Gustin was working on the

4     Cerner interface at that point; correct?

5          A.     Carol and Jackie had been working on

6     it, yes.

7          Q.     At the time you had the conversation

8     with Mrs. DeNardi, was Carol still working on

9     the Cerner interface?

10         A.     Yes.

11         Q.     Was Jackie still working on the

12    Cerner interface?

13         A.     Yes.

14         Q.     Were you working on the Cerner

15    interface?

16         A.     Not directly.  We were all working

17    on the problem, but the interface itself,

18    getting the charges into the system, ironing

19    out the bugs, was Carol and Jackie.

20         Q.     And when you had this conversation

21    with Mrs. DeNardi -- and you say it was around

22    the holidays in December of 2005; correct?

23         A.     Yes.

24         Q.     -- were you asking her to become

25    involved along with Carol and Jackie or were

1                          V. Barkyani

2      you asking her to take over the entire

3      interface itself?

4           A.    No, I needed someone to take it

5      over.  I needed to get Jackie out of there.

6      There were just too many payment problems,

7      contract problems, which is what Jackie worked

8      on.  And Carol, I needed to get out of there a

9      little bit, too.  I needed to put somebody else

10     on that project.  Nancy would have been the

11     perfect choice.  Her background was perfect for

12     it, she had a lot of insurance knowledge.  She

13     was probably one of the best people for the

14     project, even over Jane.  Jane was involved in

15     the project initially, who is kind of under

16     Nancy, but Jane asked to be removed from the

17     project because it was just too stressful.  So

18     Nancy said, sure, if you want me to take it

19     over, I'll do it.

20          Q.    Was anybody present when you had

21     this conversation with Mrs. DeNardi?

22          A.    No, I believe it was just Nancy and

23     myself.

24          Q.    Where were you located when this

25     conversation took place?

V. Barkyani

1

2    A.    In my office.

3    Q.    How long did the conversation take?

4    A.    Maybe only ten minutes or so.

5    Q.    Did you make any notes?

6    A.    I don't believe I did.

7    Q.    Other than your testimony that such

8  a conversation took place, do you have any

9  other proof that would verify that you, in

10 fact, asked Mrs. DeNardi to take over the

11 entire interface and that she agreed?

12            MR. KLEIN:  Objection to the form.

13            You can answer.

14    A.    I believe in her deposition she

15 relayed that conversation.  So, aside from that

16 -- I mean, just that particular conversation

17 with her saying she would take it over, there

18 was nobody else present.

19    Q.    It's essentially your word against

20 Mrs. DeNardi's word; correct?

21            MR. KLEIN:  Objection to the form.

22            You can answer.

23    A.    I think she even relayed that

24 conversation.

25    Q.    Did you discuss what would happen to

1          V. Barkyani

2     her other job responsibilities if she agreed to

3     take over Cerner exclusively?

4          A.    Yes.

5          Q.    And what did you say in that regard?

6          A.    I had told her that she could not do

7     her present job function and that it was just

8     too much.  Cerner needed her whole focus; that

9     she would be working with Carol; Carol would

10    train her on that, as Carol had been with that

11    from before go live and had been working out

12    all the problems since then, and she said okay.

13         Q.    Was Carol very frustrated with the

14    project at that point?

15         A.    At the point that I asked Nancy to

16    take it over?

17         Q.    Yes.

18         A.    No.  It was actually looking a

19    little better.  The bugs were being worked out.

20         Q.    Was it essentially a data entry

21    function where you were just inputting

22    information into the system?

23         A.    Not at all.

24         Q.    What did that function involve?

25         A.    It involved some type of programming

1                          V. Barkyani

2          A.       Well, she could come to me as a

3    supervisor.  I am the overall department

4    operations manager.

5          Q.       Could the new supervisor terminate

6    Ronnee Monroe?

7          A.       No.

8          Q.       Were you the only person that could

9    terminate any of the people in the billing

10   department?

11         A.       I couldn't even just terminate

12   anybody in the billing department.

13         Q.       You needed authorization from

14   somebody?

15         A.       Yeah.

16         Q.       Who?

17         A.       Mark Newton.

18         Q.       Could Carol Gustin terminate anybody

19   in the billing department?

20         A.       No.

21         Q.       Could Jackie Bourne?

22         A.       No.

23         Q.       When, in relation to the job

24   posting, did you interview Shari McCauley?

25         A.       Probably pretty close to the

262

V. Barkyani

1   for the operations of the department; correct?

2       A.    Correct.

3       Q.    As manager, do you handle financial

4   reports for the company presently?

5       A.    No.

6       Q.    Who does that?

7       A.    Kathy Rambo.

8           MS. PERRY:  Since we are going to

9   come back for a brief period of time, why

10  don't we call it a day now?

11          MR. KLEIN:  That's fine.

12          MS. PERRY:  We're going to end for

13  today.

14          (Time noted:  4:50 p.m.)

15

16  _____

17          Virginia Barkyani

18

19

20  Subscribed and sworn to before me

21  this 6 day of August, 2008.

22

23  _____

24  Notary Public

CHRISTINE PALUMBO
Notary Public, State of New York
No. 01PA6077156
Qualified in Orange County
Commission Expires July 06, 20 10

25

263

```
 1                    C E R T I F I C A T E

 2

 3

 4     STATE OF NEW YORK      )

 5                            : ss.

 6     COUNTY OF NEW YORK     )

 7

 8              I, ERIC ALLEN, a Notary Public

 9     within and for the State of New York, do

10     hereby certify:

11              That VIRGINIA BARKYANI, the witness

12     whose deposition is hereinbefore set forth,

13     was duly sworn by me and that such

14     deposition is a true record of the

15     testimony given by the witness.

16              I further certify that I am not

17     related to any of the parties to this

18     action by blood or marriage, and that I am

19     in no way interested in the outcome of this

20     matter.

21              IN WITNESS WHEREOF, I have hereunto

22     set my hand this 2nd day of July, 2008.

23

24              _____

25              ERIC ALLEN
```

**ERRATA SHEET**

Deposition of Virginia Barkanyi, held on June 17, 2008

Re:    *DeNardi v. DRA Imaging, P.C., et al.,* 07 Civ. 5794 (MGC)

| PAGE | LINE(S) | READS | SHOULD READ | REASON FOR CHANGE |
|------|---------|-------|-------------|-------------------|
| 4 | 2 | Barkyani | Barkanyi | misspelling |
| 48 | 3 | manager | director | Clarification |
| 115 | 2 | Note | No | typo |
| 119 | 8 | mother | more | typo |
| 35 | 2 | No | Yes. Shari McCauley | Clarification |
| 138 | 8 | Year | Years | Clarification |
| 201 | 21 | off | auth | Clarification |
| 233 | 2 | in | and | Clarification |
| 255 | 3 | did I | I did | Clarification |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

_Virginia Barkanyi_ (signature)

Virginia Barkanyi

Sworn to before me this
6 day of August , 2008

_Christine Palumbo_ (signature)
Notary Public

CHRISTINE PALUMBO
Notary Public, State of New York
No. 01PA6077156
Qualified in Orange County
Commission Expires July 06, 20__

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

NANCY DENARDI,                              :

                        Plaintiff, : Docket No.

          -against-                : 07CIV5794

DRA IMAGING, P.C. and              :    (MGC)

IMAGING SUPPORT SERVICES, LLC,     :

                        Defendants. :

--------------------------------x

                        July 18, 2008

                        1:36 p.m.


     Continued deposition of **VIRGINIA BARKYANI**,

taken by Plaintiff, pursuant to Adjournment,

at the offices of Keane & Beane, P.C.,

445 Hamilton Avenue, White Plains, New York,

before Joseph R. Danyo, a Shorthand Reporter

and Notary Public within and for the State of

New York.

1

2    V I R G I N I A    B A R K Y A N I,    having

3        been resworn by Joseph R. Danyo, a Notary

4        Public for the State of New York, was

5        examined and testified further as follows:

6    **EXAMINATION CONTINUED**

7    **BY MS. PERRY:**

8        Q.    Do you need me to go over the

9    instructions again from the last time?

10        A.    No, I don't think so.

11        Q.    On May 5, 2006, when Mrs. Denardi

12    allegedly lied to you about punching Heather

13    out, was anybody else present?

14        A.    Present when?

15        Q.    When she allegedly lied to you.

16        A.    No.

17        Q.    When did the conversation take place?

18        A.    On May 5.

19        Q.    At what time?

20        A.    Approximately 10:05 to about 10:15,

21    10:20.

22        Q.    That is when it took place?  It took

23    place between 10:05 and 10:15?

24        A.    The conversation that I had with

25    her, yes.

V. Barkyani

1

2    paper that I had handed over with some of those

3    detailed notes that I had on my handwritten

4    copy.

5         Q.    When did you prepare that document?

6         A.    I don't have an exact date of when I

7    typed that document up.

8              (Plaintiff's Exhibit 11, Typewritten

9         transcription of handwritten notes, was so

10        marked for identification.)

11        Q.    If you could take a look at what the

12   court reporter has marked as Plaintiff's

13   Exhibit 11.

14        A.    Okay.

15        Q.    Is this the typewritten transcription

16   of your handwritten notes?

17        A.    For which incident?

18        Q.    For any incident.  You testified

19   that you typed something up on May 9, correct?

20        A.    This is the May 9, yes.

21        Q.    And you typed this yourself?

22        A.    Yes.

23        Q.    Did anybody else type any portion of

24   it?

25        A.    I don't believe so.

V. Barkyani

1

2    Q.    Were you alone when you typed it?

3    A.    I don't recall.

4    Q.    What time of day did you type it?

5    A.    Probably it was the morning. Probably

6    May 9, early that morning when I came in.

7    Q.    Is there any reason why on that

8    particular day you decided that you would type

9    up the handwritten note?

10    A.    Any reason on that day?

11    Q.    Yes.

12    A.    I needed to get a copy to Sue K. at

13    human resources.

14    Q.    Did she ask you for a typed up

15    statement?

16    A.    She wants anything written up, any

17    type of employee-related documents, as soon as

18    after the fact.

19    Q.    How did she convey that to you?

20    A.    She did not convey it to me

21    particularly about this incident.  It is for

22    any  related employee thing.

23    Q.    Well, the incident that formed the

24    basis for the termination happened on May 5.

25    Is there any reason why you didn't type up your

1                          V. Barkyani

2      notes on May 5 and hand them to Sue K. that

3      day?

4           A.      The termination wasn't decided on

5      May 5.

6           Q.      So that is why you didn't give her

7      anything on May 5?

8           A.      That's correct.

9           Q.      And she was terminated on May 8, the

10     day before this was typed up, correct?

11          A.      Correct, Monday.

12          Q.      Is there any reason why you didn't

13     type up your notes on May 8 and hand them in to

14     Sue K. on the day of the termination?

15          A.      The termination took place later in

16     the day, so I made my notes before I left that

17     night and then the following morning would have

18     typed them all up.

19          Q.      What I am looking at and what you

20     are looking at, Plaintiff's Exhibit 11, relates

21     to what occurred on May 5, correct?

22          A.      Not just May 5.

23          Q.      Well, show me or point me to any

24     portion of your statement that refers to any

25     day other than May 5.

V. Barkyani

1

2      A.      The first sentence, Nancy Denardi

3  was terminated on 5/8 for falsifying time

4  records for another employee.

5      Q.      Other than stating a date of the

6  termination, there is no description of what

7  occurred during that meeting when she was told

8  she was being terminated, correct?

9      A.      Not by myself.

10      Q.      Well, who was in the meeting?

11      A.      Mark Newton was also in the meeting

12  on 5/8.

13      Q.      And Nancy Denardi was there, correct?

14      A.      Yes.

15      Q.      And yourself, correct?

16      A.      Um-hum.

17      Q.      Did you ever see any statements that

18  Mr. Newton wrote about what occurred on May 8?

19      A.      No, I have not.

20      Q.      Did you ever write any statements

21  about what occurred during the meeting on May 8?

22      A.      No.  Just this indication here for

23  that day.

24      Q.      That the termination occurred on

25  May 8, correct?

1                              V. Barkyani

2          A.      Yes.

3          Q.      And you stated the reason why she

4    was terminated, correct?

5          A.      The whole -- both paragraphs explain

6    the reason Nancy was terminated, yes.

7          Q.      Was this statement a document that

8    was submitted to the Department of Labor in

9    connection with the unemployment proceeding?

10         A.      I don't know the answer to that.

11         Q.      Do you know whether or not DRA

12   submitted any written material to the Department

13   of Labor in connection with the unemployment

14   proceeding?

15         A.      I did not submit anything.  I don't

16   know if anyone did.

17         Q.      Who made the decision to contest

18   Mrs. Denardi's unemployment claim?

19         A.      I don't know.

20         Q.      Did you speak to anybody about it?

21         A.      No.

22         Q.      Were you asked to provide any

23   information with regard to Mrs. Denardi's

24   unemployment claim?

25         A.      I don't believe I was.

1                        V. Barkyani

2      the organizational charts and the job duty

3      sheets.  Were those documents that have already

4      been marked as exhibits during the depositions?

5          A.      I believe so, and I had one sheet

6      with a few dates on it that we just went over,

7      some of the dates that were previously asked

8      that I didn't have the exact date.

9          Q.      Were those notes that you had made?

10         A.      Just my own notes.

11         Q.      Did you review any notes that you

12     took during any of the depositions you have

13     attended to prepare for today's deposition?

14         A.      No.

15         Q.      Did you speak to Mark Newton on

16     May 5 about your interaction with Mrs. Denardi

17     at  around 10 o'clock during the morning?

18              MS. BURNS:  Objection to form.

19              You can answer.

20         A.      I spoke to Mark shortly before I

21     left for the day, which was around lunchtime on

22     Friday the 5th.

23         Q.      Why were you leaving at lunchtime?

24         A.      I had an appointment that day, I

25     believe.

V. Barkyani

1

2  where she worked 80 hours after April of '06

3  where she worked overtime, correct?  For example,

4  June 23, '06?

5      A.    It looks like maybe three or four

6  weeks for the year.  Three or four weeks out of

7  the year.

8      Q.    I'm not asking you to quantify it.

9  My question was did she work overtime after

10  April '06?

11      A.    It looks like there are a few

12  payrolls with overtime.

13          (Recess taken)

14      MS. PERRY:  I have no further

15      questions.

16          (Time noted:  2:57 p.m.)

17

18  _____

19  VIRGINIA BARKYANI

20

21  Subscribed and sworn to before me

22  this 29 day of August , 2008.

23

24  _____

25  Notary Public

SUSAN KALOGIANNIS
Notary Public, State of New York
No. 01KA6040547
Qualified in Ulster County
Commission Expires April 24, 20 10

321

```
 1
 2                    C E R T I F I C A T I O N
 3
 4              I, Joseph R. Danyo, a Shorthand
 5     Reporter and Notary Public, within and for the
 6     State of New York, do hereby certify:
 7              That I reported the proceedings in
 8     the within entitled matter, and that the within
 9     transcript is a true record of such
10     proceedings.
11              I further certify that I am not
12     related, by blood or marriage, to any of the
13     parties in this matter and that I am in no way
14     interested in the outcome of this matter.
15              IN WITNESS WHEREOF, I have hereunto
16     set my hand this 24th day of July, 2008.
17
18     _____
19                    JOSEPH R. DANYO
20
21
22
23
24
25
```

## ERRATA SHEET

Deposition of Virginia Barkanyi, held on June 17, 2008

Re:    *DeNardi v. DRA Imaging, P.C., et al.,* 07 Civ. 5794 (MGC)

| PAGE | LINE(S) | READS | SHOULD READ | REASON FOR CHANGE |
|------|---------|-------|-------------|-------------------|
| 267 | 2 | Barkyani | Barkanyi | misspelling |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____
Virginia Barkanyi

Sworn to before me this
29 day of August , 2008

_____
Notary Public

SUSAN KALOGIANNIS
Notary Public, State of New York
No. 01KA6040547
Qualified in Ulster County
Commission Expires April 24, 20__