**EXHIBIT N**

```
**  DPA IMAGING  **
Punch Detail Report
Previous pay period
All accounts, all pay rules, all Timeclock groups                                                02/16/2
------------------------------------------------------------------------------------------------------------










































------------------------------------------------------------------------------------------------------------

DENARDI,HEATHER              0003002483 Billing/Collection,Business Center -Poughkeepsie
XMD
        ID IN    CCtr St ACTIVITY      OUT     ID IN   CCtr St ACTIVITY       OUT      TOTALS
Sun 01/01 Unscheduled
Mon 01/02 Unscheduled
Tue 01/03 Unscheduled
Wed 01/04 1022a*U                      312p                                            5:00   5:00
Thu 01/05 1054a*U                      202p                                            3:00   8:00
Fri 01/06  949a*U                      316p                                            5:30  13:30
Sat 01/07 Unscheduled
Sun 01/08 Unscheduled
Mon 01/09  918a*U                      130p                                            4:15  17:45
Tue 01/10  734a*U                      1200p                                           4:30  22:15
Wed 01/11 Unscheduled
Thu 01/12 1030a*U                      324p                                            5:00  27:15
Fri 01/13  914a*U                      357p                                            6:15  33:30
Sat 01/14 Unscheduled

Acct:Billing/Collection,Business Center -Poughkeepsie
            Regular:    33:30




------------------------------------------------------------------------------------------------------------

DENARDI,NANCY E              0003002339 Billing/Collection,Business Center -Poughkeepsie
XMD
        ID IN    CCtr St ACTIVITY      OUT     ID IN   CCtr St ACTIVITY       OUT      TOTALS
Sun 01/01 Unscheduled
Mon 01/02  410p Holiday                                                                3:15
Tue 01/03  659a*U                      413p                                            8:45   8:45
Wed 01/04  651a*E                      444p*E                                          9:30  18:15
Thu 01/05  645a*E                      505p*E                                          9:45  28:00
Fri 01/06  648a*U                      404p                                            8:45  36:45
Sat 01/07 Unscheduled
Sun 01/08 Unscheduled
Mon 01/09  644a*E                      1210p   M 1239p                       425p*E    9:15  46:00
Tue 01/10  628a*U                      523p                                           10:30  56:30
Wed 01/11  641a*E                      514p*E                                         10:00  66:30
Thu 01/12  639a*E                      514p*E                                         10:00  76:30
Fri 01/13  630a*U                      549p                                           10:45  87:15
Sat 01/14 Unscheduled
 Add Hours      900 01/02  410p Holiday (Excused)   [Home][Home] 3:15


Acct:Billing/Collection,Business Center -Poughkeepsie
            Regular:    76:45 Overtime:    10:30  Holiday:     3:15
```

2026

```
                                                                              Pa
                                                                              01/30/2006
** DRA IMAGING **
Punch Detail Report
Previous pay period
All accounts, all pay rules, all Timeclock groups

  Acct:Billing/Collection,Business Center -Poughkeepsie
```

```
                                 0003002483 Billing/Collection,Business Center -Poughkeepsie
DENARDI,HEATHER
XMD         ID IN   CCtr St ACTIVITY      OUT      ID IN   CCtr St ACTIVITY      OUT      TOTALS
Sun 01/15 Unscheduled                                                                     2:30    2:30
Mon 01/16 Unscheduled                     301p                                            2:45    5:15
Tue 01/17 1237p*U                         248p                                            1:30    6:45
Wed 01/18 1153a*U                         219p                                            3:30   10:15
Thu 01/19 1246p*U                         254p
Fri 01/20 1127a*U
Sat 01/21 Unscheduled
Sun 01/22 Unscheduled
Mon 01/23 Unscheduled                                                                     3:00   13:15
Tue 01/24 Unscheduled                     318p                                            3:45   17:00
Wed 01/25 1217p*U                         307p                                            2:45   19:45
Thu 01/26 1112a*U                         259p
Fri 01/27 1208p*U
Sat 01/28 Unscheduled

   Acct:Billing/Collection,Business Center -Poughkeepsie
          Regular:    19:45
```

```
                                 0003002339 Billing/Collection,Business Center -Poughkeepsie
DENARDI,NANCY E
XMD         ID IN   CCtr St ACTIVITY      OUT      ID IN   CCtr St ACTIVITY      OUT      TOTALS
                                                                                          (8:00)
Sun 01/15 Unscheduled                                                           456p      9:45    9:45
Mon 01/16 ABSENT                          1200p    M 1230p                      517p*E   10:15   20:00
Tue 01/17 645a*U                          1215p    M 1245p                      530p*E   10:30   30:30
Wed 01/18 631a*E                          1200p    M 1230p                               10:45   41:15
Thu 01/19 636a*E                          540p
Fri 01/20 631a*U
Sat 01/21 Unscheduled                                                                    11:00   52:15
Sun 01/22 Unscheduled                     553p*E                                         10:15   62:30
Mon 01/23 631a*E                          510p                                            9:30   72:00
Tue 01/24 627a*U                          440p*E                                          9:15   81:15
Wed 01/25 642a*E                          409p*E                                356p      8:30   89:45
Thu 01/26 632a*E                          1221p    M 109p*L
Fri 01/27 638a*U
Sat 01/28 Unscheduled
```

```
**  DRA IMAGING  **                                                                              02/13/20
Punch Detail Report
Previous pay period
All accounts, all pay rules, all Timeclock groups
```

------------------------------------------------------------------------------------------------------------

```
DENARDI,HEATHER                        0003002483 Billing/Collection,Business Center -Poughkeepsie
XMD
         ID IN    CCtr St ACTIVITY        OUT        ID IN    CCtr St ACTIVITY      OUT      TOTALS
Sun 01/29 Unscheduled                                                                        3:00    3:00
Mon 01/30 1214p*U                        317p
Tue 01/31 Unscheduled                                                                        1:45    4:45
Wed 02/01 1208p*U                        202p
Thu 02/02 Unscheduled                                                                        2:45    7:30
Fri 02/03 1209p*U                        256p
Sat 02/04 Unscheduled
Sun 02/05 Unscheduled                                                                        3:15   10:45
Mon 02/06 1209p*U                        329p
Tue 02/07 Unscheduled                                                                        3:30   14:15
Wed 02/08 1200p*U                        333p                                                3:45   18:00
Thu 02/09 1040a*U                        229p                                                2:45   20:45
Fri 02/10 1213p*U                        259p
Sat 02/11 Unscheduled

  Acct:Billing/Collection,Business Center -Poughkeepsie
           Regular:    20:45
```

------------------------------------------------------------------------------------------------------------

```
DENARDI,NANCY E                        0003002339 Billing/Collection,Business Center -Poughkeepsie
XMD
         ID IN    CCtr St ACTIVITY        OUT        ID IN    CCtr St ACTIVITY      OUT      TOTALS
Sun 01/29 Unscheduled                                                               453p*E   9:15    9:15
Mon 01/30  640a*E                       1230p       M  125p*L                       459p     9:45   19:00
Tue 01/31  641a*U                       1254p       M  128p                                 10:00   29:00
Wed 02/01  628a*E                        453p*E                                             10:00   39:00
Thu 02/02  631a*E                        500p*E                                             10:00   49:00
Fri 02/03  639a*U                        515p
Sat 02/04 Unscheduled
Sun 02/05 Unscheduled                                                                       10:00   59:00
Mon 02/06  629a*E                        501p*E                                             10:15   69:15
Tue 02/07  629a*U                        514p                                                9:15   78:30
Wed 02/08  642a*E                        432p*E                                              9:45   88:15
Thu 02/09  634a*E                        449p*E                                              9:30   97:45
Fri 02/10  625a*U                        428p
Sat 02/11 Unscheduled

  Acct:Billing/Collection,Business Center -Poughkeepsie
           Regular:    80:00  Overtime:    17:45
```

------------------------------------------------------------------------------------------------------------

2032

```
** DRA IMAGING **                                                                    Pa
Punch Detail Report                                                                  02/28/2006
Previous pay period
All accounts, all pay rules, all Timeclock groups
```

```
                              0003002483 Billing/Collection,Business Center -Poughkeepsie
DENARDI,HEATHER
XMD
        ID IN    CCtr St ACTIVITY        OUT     ID IN    CCtr St ACTIVITY     OUT    TOTALS
Sun 02/12 Unscheduled                                                                 3:45    3:45
Mon 02/13  1113a*U                       259p
Tue 02/14 Unscheduled                                                                 3:15    7:00
Wed 02/15  1210p*U                       325p                                         4:45   11:45
Thu 02/16  1027a*U                       316p                                         4:00   15:45
Fri 02/17  1150a*U                       343p
Sat 02/18 Unscheduled
Sun 02/19 Unscheduled                                                                 4:15   20:00
Mon 02/20   647a*U                       1104a
Tue 02/21 Unscheduled                                                                 3:30   23:30
Wed 02/22  1206p*U                       325p
Thu 02/23 Unscheduled                                                                 3:00   26:30
Fri 02/24  1213p*U                       314p
Sat 02/25 Unscheduled

   Acct:Billing/Collection,Business Center -Poughkeepsie
             Regular:    26:30
```

```
                              0003002339 Billing/Collection,Business Center -Poughkeepsie
DENARDI,NANCY E
XMD
        ID IN    CCtr St ACTIVITY        OUT     ID IN    CCtr St ACTIVITY     OUT    TOTALS
Sun 02/12 Unscheduled                                                                10:15   10:15
Mon 02/13   639a*E                       530p*E                                       9:45   20:00
Tue 02/14   639a*U                       458p                                        10:00   30:00
Wed 02/15   620a*E                       450p*E                                      10:45   40:45
Thu 02/16   637a*E                       540p*E                                      10:00   50:45
Fri 02/17   630a*U                       455p
Sat 02/18 Unscheduled
Sun 02/19 Unscheduled                                                                 9:30   60:15
Mon 02/20   635a*E                       425p*E                                      10:30   70:45
Tue 02/21   626a*U                       526p                                         9:30   80:15
Wed 02/22   643a*E                       439p*E                                      10:45   91:00
Thu 02/23   651a*E                       605p                                        10:15  101:15
Fri 02/24   630a*U                       513p
Sat 02/25 Unscheduled

   Acct:Billing/Collection,Business Center -Poughkeepsie
             Regular:    80:00   Overtime:     21:15
```

2035

```
*** DRA IMAGING **
Punch Detail Report
Previous pay period                                                                                        03,
All accounts, all pay rules, all Timeclock groups
```

---

```
DENARDI,HEATHER                      0003002483 Billing/Collection,Business Center -Poughkeepsie
XMD
        ID IN    CCtr St ACTIVITY      OUT    ID IN   CCtr St ACTIVITY      OUT      TOTALS
Sun 02/26 Unscheduled
Mon 02/27 1215p*U                      355p                                          3:45    3:45
Tue 02/28 Unscheduled
Wed 03/01 1215p*U                      250p                                          2:30    6:15
Thu 03/02 Unscheduled
Fri 03/03 1200p*U                      333p                                          3:30    9:45
Sat 03/04 Unscheduled
Sun 03/05 Unscheduled
Mon 03/06 1209p*U                      413p                                          4:00   13:45
Tue 03/07 Unscheduled
Wed 03/08 1211p*U                      333p                                          3:15   17:00
Thu 03/09 1038a*U                      213p                                          3:30   20:30
Fri 03/10 1202p*U                      224p                                          2:30   23:00
Sat 03/11 Unscheduled

  Acct:Billing/Collection,Business Center -Poughkeepsie
              Regular:  23:00
```

---

```
DENARDI,NANCY E                      0003002339 Billing/Collection,Business Center -Poughkeepsie
XMD
        ID IN    CCtr St ACTIVITY      OUT    ID IN   CCtr St ACTIVITY      OUT      TOTALS
Sun 02/26 Unscheduled
Mon 02/27  407p Personal                                                             2:30
Tue 02/28  642a*U                      501p                                          9:45    9:45
Wed 03/01  636a*E                      512p*E                                       10:15   20:00
Thu 03/02  922a*E                      532p*E                                        7:45   27:45
Fri 03/03  646a*U                      502p                                          9:45   37:30
Sat 03/04 Unscheduled
Sun 03/05 Unscheduled
Mon 03/06  617a*E                     1200p   M 1230p                     446p*E 10:00   47:30
Tue 03/07  633a*U                      900a                                          2:30   50:00
Tue 03/07  215p*U                      458p   M  600p*L                   1000p   6:45   56:45
Wed 03/08  638a*E                      541p*E                                       10:30   67:15
Thu 03/09  637a*E                     1134a   M 1254p*L                    145p
        M  215p                        419p*E                                        8:00   75:15
Fri 03/10  635a*U                     1224p   M  102p*L                    420p   9:00   84:15
Sat 03/11 Unscheduled
  Add Hours       900 02/27  407p Personal (Excused) [Home][Home] 2:30
  New shift       900 03/07  215p
```

```
** DRA IMAGING **
Punch Detail Report
Previous pay period
All accounts, all pay rules, all Timeclock groups
```

```
                              0003002483 Billing/Collection,Business Center -Poughkeepsie
DENARDI,HEATHER
XMD                                                                                       TOTALS
       ID IN    CCtr St ACTIVITY         OUT    ID IN   CCtr St ACTIVITY          OUT
Sun 03/12 Unscheduled                                                             239p    4:45    4:45
Mon 03/13  910a*U                        1207p  M  1245p*L                                5:00    9:45
Tue 03/14  904a*U                        204p                                             5:00   14:45
Wed 03/15  903a*U                        156p
Thu 03/16 Unscheduled
Fri 03/17 Unscheduled
Sat 03/18 Unscheduled                                                                     3:15   18:00
Sun 03/19 Unscheduled                    231p
Mon 03/20 1109a*U                                                                         2:30   20:30
Tue 03/21 Unscheduled                    248p                                             2:45   23:15
Wed 03/22 1210p*U                        204p                                             2:30   25:45
Thu 03/23 1109a*U                        244p
Fri 03/24 1214p*U
Sat 03/25 Unscheduled

    Acct:Billing/Collection,Business Center -Poughkeepsie
           Regular:      25:45
```

```
                              0003002339 Billing/Collection,Business Center -Poughkeepsie
DENARDI,NANCY E
XMD                                                                                       TOTALS
       ID IN    CCtr St ACTIVITY         OUT    ID IN   CCtr St ACTIVITY          OUT
Sun 03/12 Unscheduled                                                                     1:00
Mon 03/13 1200a Personal                 118p   M  143p                           459p   10:00   10:00
Tue 03/14  635a*U                        1256p  M  137p*L                        511p*E  10:00   20:00
Wed 03/15  632a*E                        107p   M  211p*L                        525p*E  10:00   30:00
Thu 03/16  627a*E                        1229p  M  108p*L                         410p    9:00   39:00
Fri 03/17  631a*U
Sat 03/18 Unscheduled                                                            255p*E   8:00   47:00
Sun 03/19 Unscheduled                    1240p  M  114p                                   2:00   49:00
Mon 03/20  623a*E                        834a                                             3:45   52:45
Tue 03/21  632a*U                        400p                                    441p*E   9:15   62:00
Tue 03/21 1215p*U                        1213p  M  103p*L                                 3:00   65:00
Wed 03/22  645a*E                        940a*E                                           5:00
Thu 03/23  638a*E                                                                 404p    9:00   74:00
Thu 03/23  940a Sick                     145p   M  216p
Fri 03/24  632a*U
Sat 03/25 Unscheduled
  Add Hours      900 03/13 1200a Personal (Excused) [Home][Home] 1:00
  New shift      900 03/21 1215p                                [Home][Home] 5:00
  Add Hours      900 03/23  940a Sick (Excused)

    Acct:Billing/Collection,Business Center -Poughkeepsie
           Regular:      74:00       Sick:        5:00    Personal:    1:00
```

2042

```
** DRA IMAGING **                                                                    Pa
Punch Detail Report                                                          04/10/2006
Previous pay period
All accounts, all pay rules, all Timeclock groups
```

```
                              0003002483 Billing/Collection,Business Center -Poughkeepsie
DENARDI,HEATHER                                                          OUT      TOTALS
XMD     ID IN   CCtr St ACTIVITY      OUT    ID IN   CCtr St ACTIVITY
Sun 03/26 Unscheduled                                                    3:15      3:15
Mon 03/27 1211p*U                     337p
Tue 03/28 Unscheduled                                                    3:45      7:00
Wed 03/29 1208p*U                     404p                               5:00     12:00
Thu 03/30  839a*U                     145p                               3:00     15:00
Fri 03/31 1208p*U                     311p
Sat 04/01 Unscheduled
Sun 04/02 Unscheduled                                                    3:00     18:00
Mon 04/03 1206p*U                     301p
Tue 04/04 Unscheduled                                                    2:45     20:45
Wed 04/05 1210p*U                     302p                               3:30     24:15
Thu 04/06  939a*U                     112p                               3:15     27:30
Fri 04/07 1204p*U                     308p
Sat 04/08 Unscheduled

 Acct:Billing/Collection,Business Center -Poughkeepsie
        Regular:    27:30
```

```
                              0003002339 Billing/Collection,Business Center -Poughkeepsie
DENARDI,NANCY E                                                          OUT      TOTALS
XMD     ID IN   CCtr St ACTIVITY      OUT    ID IN   CCtr St ACTIVITY
                                                                      511p*E 9:45   9:45
Sun 03/26 Unscheduled                 1213p  M  105p*L                457p   9:45  19:30
Mon 03/27  639a*E                     1240p  M  122p*L                556p  10:45  30:15
Tue 03/28  627a*U                     117p   M  200p*L                512p*E 10:15 40:30
Wed 03/29  636a*E                     1211p  M  1239p                 454p   9:45  50:15
Thu 03/30  627a*E                     1232p  M  104p
Fri 03/31  639a*U
Sat 04/01 Unscheduled                                                 412p*E  9:00 59:15
Sun 04/02 Unscheduled                 1212p  M  1253p*L                       2:45 62:00
Mon 04/03  624a*E                     917a                                    3:00
Tue 04/04  629a*U                                                             0:45 62:45
Tue 04/04  917a Sick                  208p                                    8:00
Tue 04/04  130p*U                                                             8:00
Wed 04/05  130p Sick
Thu 04/06  130p Sick                  1227p  M  120p*L                409p    8:30 71:15
Fri 04/07  640a*U
Sat 04/08 Unscheduled
  Add Hours    900 04/04  917a Sick (Excused)   [Home] [Home] 3:00
  New shift    900 04/04  130p
  Add Hours    900 04/05  130p Sick (Excused)   [Home] [Home] 8:00
  Add Hours    900 04/06  130p Sick (Excused)   [Home] [Home] 8:00

 Acct:Billing/Collection,Business Center -Poughkeepsie
        Regular:    61:00  Overtime:   10:15    Sick:   19:00
```

2045

```
** DRA IMAGING **                                                                                          P
Punch Detail Report                                                                                   04/25/200
Previous pay period
All accounts, all pay rules, all Timeclock groups
```

```
                              0003002483 Billing/Collection,Business Center -Poughkeepsie
DENARDI,HEATHER
XMD
         ID IN    CCtr St ACTIVITY      OUT     ID IN   CCtr St ACTIVITY      OUT      TOTALS
Sun 04/09 Unscheduled                                                                  3:00    3:00
Mon 04/10 1112a*U                       208p
Tue 04/11 Unscheduled                                                                  2:15    5:15
Wed 04/12 1208p*U                       231p                                           3:30    8:45
Thu 04/13 1031a*U                       159p                                           2:45    11:30
Fri 04/14 1201p*U                       248p
Sat 04/15 Unscheduled
Sun 04/16 Unscheduled
Mon 04/17 Unscheduled
Tue 04/18 Unscheduled                                                                  5:00    16:30
Wed 04/19 1207p*U                       500p
Thu 04/20 Unscheduled                                                                  4:45    21:15
Fri 04/21 1214p*U                       459p
Sat 04/22 Unscheduled

   Acct:Billing/Collection,Business Center -Poughkeepsie
             Regular:     21:15
```

```
                              0003002339 Billing/Collection,Business Center -Poughkeepsie
DENARDI,NANCY E
XMD
         ID IN    CCtr St ACTIVITY      OUT     ID IN   CCtr St ACTIVITY      OUT      TOTALS
Sun 04/09 Unscheduled                                                        431p*E    9:15    9:15
Mon 04/10  642a*E                       1234p   M  110p*L                    430p      8:15    17:30
Tue 04/11  748a*U                       1213p   M 1243p                      517p*E    9:15    26:45
Wed 04/12  730a*E                       1228p   M  105p*L                    411p*E    8:15    35:00
Thu 04/13  724a*E                       1221p   M 1256p                      513p      9:15    44:15
Fri 04/14  730a*U                       1253p   M  117p
Sat 04/15 Unscheduled
Sun 04/16 Unscheduled                                                        515p*E    9:30    53:45
Mon 04/17  719a*E                       1208p   M 1237p                                2:00    55:45
Tue 04/18  635a*U                        833a                                          4:15    60:00
Tue 04/18 1152a*U                        405p                                414p*E    8:30    68:30
Wed 04/19  701a*E                       1219p   M 1257p*L                    1205p
Thu 04/20  700a*E                        911a   M 1015a*L                              7:45    76:15
          M 1248p*L                      428p*E
Fri 04/21  704a*U                       1231p   M  109p*L                    412p      8:30    84:45
Sat 04/22 Unscheduled
   New shift    900 04/18 1152a
```

2048

```
** DRA IMAGING **                                                                                    Pa
Punch Detail Report                                                                              05/09/2008
Previous pay period
All accounts, all pay rules, all Timeclock groups
```

---

```
DENARDI,HEATHER              0003002483 Billing/Collection,Business Center -Poughkeepsie
XMD
        ID IN   CCtr St ACTIVITY      OUT     ID IN   CCtr St ACTIVITY      OUT     TOTALS
Sun 04/23 Unscheduled
Mon 04/24 Unscheduled
Tue 04/25 Unscheduled                                                               4:45    4:45
Wed 04/26 1212p*U                     500p
Thu 04/27 Unscheduled                                                               5:00    9:45
Fri 04/28 1207p*U                     459p
Sat 04/29 Unscheduled
Sun 04/30 Unscheduled
Mon 05/01 Unscheduled
Tue 05/02 Unscheduled                                                               5:30   15:15
Wed 05/03  854a*U                    1032a   M 1205p*L                      404p
Thu 05/04 Unscheduled                                                               1:30   16:45
Fri 05/05  706a*U                     830a
Sat 05/06 Unscheduled

   Acct:Billing/Collection,Business Center -Poughkeepsie
              Regular:    16:45
```

---

```
DENARDI,NANCY E              0003002339 Billing/Collection,Business Center -Poughkeepsie
XMD
        ID IN   CCtr St ACTIVITY      OUT     ID IN   CCtr St ACTIVITY      OUT     TOTALS
Sun 04/23 Unscheduled                                                                       
Mon 04/24  706a*E                    1227p   M  108p*L                     400p*E   8:15    8:15
Tue 04/25  709a*U                    1227p   M  100p                        359p    8:15   16:30
Wed 04/26  710a*E                    1212p   M 1249p*L                     404p*E   8:15   24:45
Thu 04/27  708a*E                    1250p   M  120p                       430p*E   8:45   33:30
Fri 04/28  717a*U                    1217p   M 1250p                        404p    8:15   41:45
Sat 04/29 Unscheduled
Sun 04/30 Unscheduled
Mon 05/01  709a*E                    1155a   M 1241p*L                     403p*E   8:00   49:45
Tue 05/02  703a*U                    1210p   M 1256p*L                      402p    8:15   58:00
Wed 05/03  707a*E                    1217p   M 1247p                       404p*E   8:30   66:30
Thu 05/04  708a*E                    1203p   M 1242p*L                     405p*E   8:00   74:30
Fri 05/05  712a*U                    1252p   M  134p*L                      400p    8:00   82:30
Sat 05/06 Unscheduled

   Acct:Billing/Collection,Business Center -Poughkeepsie
              Regular:    80:00 Overtime:     2:30
```