**EXHIBIT O**

COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
NANCY DeNARDI,

                Plaintiff,

   - against -

DRA IMAGING, PC and IMAGING SUPPORT
SERVICES, LLC,

                Defendants.

------------------------------------X

                Friday, July 18, 2008
                10:15 a.m.
                Held at the Offices of
                Keane & Beane PC
                445 Hamilton Avenue
                White Plains, New York


          EXAMINATION BEFORE TRIAL of

              HEATHER DeNARDI,

a Non-Party Witness, pursuant to Agreement,

before Linda P. Fabel, a Shorthand Reporter and

Notary Public within and for the State of New

York.


          Judicial Reporting Service, Inc.
               (914) 946-0888

Heather DeNardi

1
2     advisement.
3            MR. KLEIN: As I was about to say,
4     we will put it in a --
5            MS. PERRY: I'll still take it
6     under advisement.
7            (Production request for transcript
8     for the spring '06 semester.)
9        Q.    Prior to working for Victoria's
10    Secret, did you hold any other either full- or
11    part-time positions at all?
12       A.    Yes.
13       Q.    What positions did you hold?
14       A.    Besides baby-sitting after school,
15    I worked at DRA Imaging.
16       Q.    Any other employers besides DRA?
17       A.    No.
18       Q.    When did you first start at DRA?
19       A.    Probably around September of 2004.
20       Q.    What were you doing?
21       A.    I did a lot of work, I pulled a lot
22    of files, made a lot of copies. I had a
23    different -- there were some days I just had
24    different jobs. I'd work with whoever needed
25    help.

```
                        Heather DeNardi
1
2         A.    No.
3         Q.    Did anyone ever ask you for a
4    schedule?
5         A.    No.
6         Q.    Did you report to anyone at DRA?
7         A.    No.
8         Q.    When you came in to work at DRA,
9    and let's focus on that year 2005, where did you
10   go?
11        A.    When I first came in?
12        Q.    Yes.
13        A.    I would go, put my stuff down in my
14   mother's cubby, and I'd punch into work.
15        Q.    How did you punch in?
16        A.    The last four digits of Social
17   Security was the password.
18        Q.    Explain what you would do.
19        A.    I'd just go right over to the
20   computer, there would be a certain icon on the
21   computer to click, it would come up and you would
22   just type in the four digits as your password.
23        Q.    And then what would you do after
24   you punched in?
25        A.    I would -- I'd go find work.
```

```
 1                    Heather DeNardi
 2   for two weeks in October and they didn't -- when
 3   she first went in the hospital, she didn't know
 4   it was cancer until after they did surgery.
 5        Q.   During those two weeks in October
 6   that she was in the hospital, did you visit her?
 7        A.   Yes.
 8        Q.   How often?
 9        A.   Every day before I went to work.
10        Q.   Did you see anyone from work
11   present at the hospital while you were there?
12        A.   Yes.
13        Q.   Who did you see?
14        A.   I would see Ginny Barkiyani, Jackie
15   Bourne and Carol Gustin, and on a few other
16   occasions there was also Linda Furlano.  Jane,
17   her last name slips my memory.  Joanie Kilmer.
18        Q.   How often did you see Ginny at the
19   hospital?
20        A.   Almost every day.
21        Q.   And what about Jackie?
22        A.   Almost every day.
23        Q.   What about Carol?
24        A.   Almost every day.
25        Q.   Was there anyone else from DRA that
```

72
Heather DeNardi

1  
2  occasionally.
3  Q. Now, how do you know that you had
4  the conversation with Ginny and your mother at
5  8:30?
6  A. I remember, I remember it being
7  right around 8:30, I remember looking at the
8  clock and thinking I had to leave for school
9  soon, but it wasn't that time yet when my mom had
10 asked me.
11 Q. Your mom had asked you what?
12 A. She thought I had to get ready to
13 leave for school and she wanted me to go to the
14 clock and --
15 Q. You had a 9:00 o'clock class that
16 day?
17 A. No, I had to meet with the study
18 group that day.
19 Q. Who was in the study group?
20 A. Four or five members from my class.
21 Q. What were their names?
22 A. I don't remember.
23 Q. You don't remember any of them?
24 A. No, I don't. It was just a random
25 assignment, the groups. The only time I ever

```
                                                        73
 1                      Heather DeNardi
 2    really spoke to them outside, outside the class
 3    was in the study group.
 4          Q.      When did the study group first
 5    meet?
 6          A.      In one of my classes.  In one of my
 7    criminal justice classes.
 8          Q.      How many times had you met prior to
 9    that day on May 5th?
10          A.      Probably about four or five times.
11          Q.      How many times did you meet after
12    May 5th?
13          A.      Two or three.
14          Q.      How long were these study group
15    sessions?
16          A.      They lasted anywhere from an hour,
17    hour and a half, to two hours.
18          Q.      And what time did you leave DRA
19    that day?
20          A.      A little bit after 9:00 o'clock.
21          Q.      How do you know that?
22          A.      Because I had to call my mother,
23    'cause I had forgotten to punch out of work.
24          Q.      Didn't you testify you don't recall
25    the events of that day?
```

1

2          A C K N O W L E D G E M E N T

3

4          I, HEATHER DeNARDI, hereby

5  certify that I have read the transcript

6  of my testimony taken under oath in my

7  deposition of July 18, 2008; that the

8  transcript is a true, complete and

9  correct record of what was asked,

10  answered and said during this deposition,

11  and that the answers on the record as

12  given by me are true and correct.

13

14          _____

15               HEATHER DeNARDI

16

17  Subscribed and sworn to before me

18  this ____ day of _____, 2008.

19

20  _____

21     NOTARY PUBLIC

22

23

24

25

134

1

2

3  CERTIFICATE

4  I, LINDA P. FABEL, a Notary Public

5  within and for the State of New York, do

6  hereby certify:

7  That HEATHER DeNARDI, the witness

8  whose deposition is hereinbefore set

9  forth, was duly sworn by me and that the

10  within transcript is a true record of the

11  testimony given by such witness.

12  I further certify that I am not

13  related to any of the parties to this

14  action by blood or marriage and that I am

15  in no way interested in the outcome of

16  this matter.

17  IN WITNESS WHEREOF, I have hereunto

18  set my hand this  4th  day of

19  August          , 2008.

20

21  *Linda P. Fabel*

22  LINDA P. FABEL

23

24

25

Judicial Reporting Service, Inc.
(914) 946-0888