**EXHIBIT C**

𝄢 980320000 263

CERTIFICATE OF AMENDMENT

OF THE

CERTIFICATE OF INCORPORATION

OF

DUTCHESS RADIOLOGY ASSOCIATES, P.C.

(Under Section 805 of the Business Corporation Law)

The undersigned, being the President and Secretary of DUTCHESS RADIOLOGY ASSOCIATES, P.C., hereby certify that:

FIRST: The name under which the corporation was originally formed is DUTCHESS RADIOLOGY ASSOCIATES, P.C.

SECOND: The certificate of incorporation of the corporation was filed with the Secretary of State on January 29, 1990.

THIRD: Article FIRST of the certificate of incorporation which sets forth the corporate name is hereby amended to read as follows:

"FIRST: The name of the corporation is DRA IMAGING, P.C."

58025-1

2

440

441

FOURTH: The foregoing amendment of the certificate of incorporation was authorized first by the Board of Directors and then by the holders of all outstanding shares.

IN WITNESS WHEREOF, this certificate has been subscribed this 12th day of March, 1998 by the undersigned who affirms that the statements made herein are true under penalties of perjury.

_____
Joel Canter, M.D., President

_____
Victor Gaines, M.D., Secretary

3

1 9803200 00 703

RECEIVED
MAR 19 4 25 PM '98

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAR 2 0 1998
TAX $
BY:

DUTCH

CERTIFICATE OF AMENDMENT
OF THE CERTIFICATE OF INCORPORATION
OF DUTCHESS RADIOLOGY ASSOCIATES, P.C.
(Under Section 805 of the Business Corporation Law)

DANZIGER & MARKHOFF LLP
COUNSELORS AT LAW
123 MAIN STREET
WHITE PLAINS, N.Y. 10601

442