**EXHIBIT G**

# AGREEMENT TO ASSIGN
# CERTAIN EMPLOYMENT AGREEMENTS
# AND FOR PERSONAL SERVICES

Whereas, Imaging Support Services, LLC ("ISS") has executed Employment Agreements (the "Agreements") with Mark Newton and Joseph Chiseri, dated as of June 30, 2000 and June 13, 2000, respectively;

Whereas, ISS desires to assign its rights and obligations under the Agreements to DRA Imaging, P.C. ("DRA") and DRA desires to accept such assignment (the "Assignment"), effective March 31, 2004;

Whereas Newton and Chiseri agree to the Assignment, effective March 31, 2004;

Whereas ISS, DRA, Newton and Chiseri agree that ISS shall receive the personal services of Newton and Chiseri in order to assist ISS in its operations; and

Whereas, ISS, DRA, Newton and Chiseri agree that such personal services shall be contracted by ISS through DRA.

NOW, THEREFORE,

1. ISS hereby assigns its rights and obligations under the Agreements to DRA, which hereby accepts the Assignment, effective March 31, 2004;

2. Newton and Chiseri agree to the Assignment, effective March 31, 2004; and

3. Newton, Chiseri, ISS and DRA agree that ISS shall receive personal services of Newton and Chiseri from DRA. The personal services shall be provided for a period coterminous with the Management and Resource Agreement between DRA and ISS unless either ISS or DRA gives written notice to the other party to terminate this personal services agreement earlier.

DATED AND SIGNED AS OF: APRIL 30, 2004

DRA IMAGING, P.C.

By: _____

_____
Mark Newton

IMAGING SUPPORT SERVICES, LLC

By: _____

_____
Joseph Chiseri

CH1 2903492v2

2358