**EXHIBIT I**

317/30/2001   13:30   0404344302                    DKH                              PAGE   03/13

Safe, accurate, **e-file** visit the IRS Web Site
FAST! Use         at www.irs.gov/efile.

**W-2** Employee Reference Copy **2006**
Wage and Tax
Statement
OMB No. 1545-0008

Copy C for employee's records.

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002339 12/XMD | 191590 | T | 33 |

c Employer's name, address, and ZIP code

IMAGING  SUPPORT  SERVICES
LLC
1 COLUMBIA  ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

Batch #00871

e/f Employee's name, address, and ZIP code

NANCY  E DENARDI
24 CARROLL   DR
WAPPINGERS   FALLS  NY 12590

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 14-1794417 | 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 |
| 1 Wages, tips, other comp. 17296.36 | 2 Federal income tax withheld 1991.51 |
| 3 Social security wages 18156.39 | 4 Social security tax withheld 1125.70 |
| 5 Medicare wages and tips 18156.39 | 6 Medicare tax withheld 263.27 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 860.03 |
| 14 Other 13.20 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 17296.36 |
| 17 State income tax 800.16 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

## 2006 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more det
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2006 pay stub plus any adjustments submitted by your employer

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 18606.39 | Social Security Tax Withheld Box 4 of W-2 | 1125.70 | NY. State Income Tax Box 17 of W-2 | 800.1 |
| Fed. Income Tax Withheld Box 2 of W-2 | 1991.51 | Medicare Tax Withheld Box 6 of W-2 | 263.27 | SUI/SDI Box 14 of W-2 | 13.2 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 18,606.39 | 18,606.39 | 18,606.39 | 18,606.39 |
| Less 401(k) (D-Box 12) | 860.03 | N/A | N/A | 860.03 |
| Less Other Cafe 125 | 450.00 | 450.00 | 450.00 | 450.00 |
| Reported W-2 Wages | 17,296.36 | 18,156.39 | 18,156.39 | 17,296.36 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

NANCY  E DENARDI
24 CARROLL  DR
WAPPINGERS  FALLS  NY 12590

Social Security Number:   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
Taxable Marital Status:   MARRIED
Exemptions/Allowances:
FEDERAL:   0  $20 Additional  Tax
STATE:   0

© 2006 AUTOMATIC  DATA  PROCESSING,  INC.

---

| 1 Wages, tips, other comp. 17296.36 | 2 Federal income tax withheld 1991.51 |
|---|---|
| 3 Social security wages 18156.39 | 4 Social security tax withheld 1125.70 |
| 5 Medicare wages and tips 18156.39 | 6 Medicare tax withheld 263.27 |

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002339 12/XMD | 191590 | T | 33 |

c Employer's name, address, and ZIP code

IMAGING  SUPPORT  SERVICES
LLC
1 COLUMBIA  ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 860.03 |
| 14 Other 13.20 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY  E DENARDI
24 CARROLL  DR
WAPPINGERS   FALLS  NY 12590

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 17296.36 |
| 17 State income tax 800.16 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Federal Filing Copy
Wage and Tax
Statement **2006**
Copy B to be filed with  employee's  Federal Income Tax Return.
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 17296.36 | 2 Federal income tax withheld 1991.51 |
|---|---|
| 3 Social security wages 18156.39 | 4 Social security tax withheld 1125.70 |
| 5 Medicare wages and tips 18156.39 | 6 Medicare tax withheld 263.27 |

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002339 12/XMD | 191590 | T | 33 |

c Employer's name, address, and ZIP code

IMAGING  SUPPORT  SERVICES
LLC
1 COLUMBIA  ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 860.03 |
| 14 Other 13.20 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY  E DENARDI
24 CARROLL  DR
WAPPINGERS   FALLS  NY 12590

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 17296.36 |
| 17 State income tax 800.16 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** NY.State Reference Copy
Wage and Tax
Statement **2006**
Copy 2 to be filed with  employee's  State Income Tax Return.
OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 17296.36 | 2 Federal income tax withheld 1991.51 |
|---|---|
| 3 Social security wages 18156.39 | 4 Social security tax withheld 1125.70 |
| 5 Medicare wages and tips 18156.39 | 6 Medicare tax withheld 263.27 |

| a Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 002339 12/XMD | 191590 | T | 33 |

c Employer's name, address, and ZIP code

IMAGING  SUPPORT  SERVICES
LLC
1 COLUMBIA  ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 860.03 |
| 14 Other 13.20 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY  E DENARDI
24 CARROLL  DR
WAPPINGERS   FALLS  NY 12590

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 17296.36 |
| 17 State income tax 800.16 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** NY.State Filing Copy
Wage and Tax
Statement **2006**
Copy 2 to be filed with  employee's  State Income Tax Return.
OMB No. 1545-0008

Safe, accurate,
FAST! Use ~e-file~ Visit the IRS Website
at www.irs.gov.

Employee Reference Copy

**W-2** Wage and Tax Statement **2005**
OMB No. 1545-0008

Copy C for employee's records.

| a Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 002339 12/XMD | 191590 | | A | 35 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE  NY 12601

Batch #00753

e/f Employee's name, address, and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 14-1794417 | 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 |
| 1 Wages, tips, other comp. 38521.08 | 2 Federal income tax withheld 4307.71 |
| 3 Social security wages 40480.98 | 4 Social security tax withheld 2509.82 |
| 5 Medicare wages and tips 40480.98 | 6 Medicare tax withheld 586.97 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependant care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 1959.90 |
| 14 Other  28.80 SDI | 12b J 336.60 |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X  X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 38521.08 |
| 17 State income tax 1759.25 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

---

# 2005 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more det
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer**

| | | | |
|---|---|---|---|
| Gross Pay | 39797.58 | Social Security Tax Withheld Box 4 of W-2 | 2509.82 |
| Fed. Income Tax Withheld Box 2 of W-2 | 4307.71 | Medicare Tax Withheld Box 6 of W-2 | 586.97 |

| | |
|---|---|
| NY. State Income Tax Box 17 of W-2 | 1759.2 |
| SUI/SDI Box 14 of W-2 | 28.8 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | | | | |
| Plus Third Party Sick Pay | 39,797.58 | 39,797.58 | 39,797.58 | 39,797.58 |
| Less 401(k) (D-Box 12) | 683.40 | 683.40 | 683.40 | 683.40 |
| | 1,959.90 | N/A | N/A | 1,959.90 |
| Reported W-2 Wages | 38,521.08 | 40,480.98 | 40,480.98 | 38,521.08 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:

FEDERAL: 0 $20 Additional Tax
STATE: 0

© 2005 AUTOMATIC DATA PROCESSING, INC.

---

| 1 Wages, tips, other comp. 38521.08 | 2 Federal income tax withheld 4307.71 |
|---|---|
| 3 Social security wages 40480.98 | 4 Social security tax withheld 2509.82 |
| 5 Medicare wages and tips 40480.98 | 6 Medicare tax withheld 586.97 |

| a Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 002339 12/XMD | 191590 | | A | 35 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE  NY 12601

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 14-1794417 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 1959.90 |
| 16 Other  28.80 SDI | 12b J 336.60 |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X  X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 38521.08 |
| 17 State income tax 1759.25 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** Federal Filing Copy
Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. 38521.08 | 2 Federal income tax withheld 4307.71 |
|---|---|
| 3 Social security wages 40480.98 | 4 Social security tax withheld 2509.82 |
| 5 Medicare wages and tips 40480.98 | 6 Medicare tax withheld 586.97 |

| a Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 002339 12/XMD | 191590 | | A | 35 |

e Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE  NY 12601

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 14-1794417 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 1959.90 |
| 14 Other  28.80 NY SDI | 12b J 336.60 |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X  X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 38521.08 |
| 17 State income tax 1759.25 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** NY.State Reference Copy
Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. 38521.08 | 2 Federal income tax withheld 4307.71 |
|---|---|
| 3 Social security wages 40480.98 | 4 Social security tax withheld 2509.82 |
| 5 Medicare wages and tips 40480.98 | 6 Medicare tax withheld 586.97 |

| a Control number | Dept. | Corp. | Employer use only | |
|---|---|---|---|---|
| 002339 12/XMD | 191590 | | A | 35 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE  NY 12601

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 14-1794417 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 1959.90 |
| 14 Other  28.80 NY SDI | 12b J 336.60 |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X  X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| NY | 14-1794417 | 38521.08 |
| 17 State income tax 1759.25 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** NY.State Filing Copy
Wage and Tax Statement **2005**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

| 1 Wages, tips, other comp. 45539.01 | 2 Federal income tax withheld 4902.17 |
|---|---|
| 3 Social security wages 47904.22 | 4 Social security tax withheld 2970.06 |
| 5 Medicare wages and tips 47904.22 | 6 Medicare tax withheld 694.61 |

| A Control Number 002339 12/XMD | Dept. I91590 | Corp. | Employer use only A | 30 |
|---|---|---|---|---|

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

Batch #01063

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 2365.21 |
| 14 Other 31.20 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

o/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY | Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 45539.01 |
|---|---|---|
| 17 State income tax 2183.43 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

Safe, accurate, FAST! Use e-file   Visit the IRS Web Site at www.irs.gov.

**W-2** Employee Reference Copy Wage and Tax Statement **2004**
Copy C for employee's records.   OMB No. 1545-0008

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 47904.22 | Social Security Tax Withheld Box 4 of W-2 | 2970.06 |
| | | | NY. State Income Tax Box 17 of W-2 | 2183.4 |
| | | | SUI/SDI Box 14 of W-2 | 31.2 |
| Fed. Income Tax Withheld Box 2 of W-2 | 4902.17 | Medicare Tax Withheld Box 6 of W-2 | 694.61 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 47,904.22 | 47,904.22 | 47,904.22 | 47,904.22 |
| Less 401(k) (D-Box 12) | 2,365.21 | N/A | N/A | 2,365.21 |
| Reported W-2 Wages | 45,539.01 | 47,904.22 | 47,904.22 | 45,539.01 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2004 AUTOMATIC DATA PROCESSING, INC.

---

| 1 Wages, tips, other comp. 45539.01 | 2 Federal income tax withheld 4902.17 |
|---|---|
| 3 Social security wages 47904.22 | 4 Social security tax withheld 2970.06 |
| 5 Medicare wages and tips 47904.22 | 6 Medicare tax withheld 694.61 |

| A Control Number 002339 12/XMD | Dept. I91590 | Corp. | Employer use only A | 30 |
|---|---|---|---|---|

b Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 2365.21 |
| 14 Other 31.20 SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

o/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY | Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 45539.01 |
|---|---|---|
| 17 State income tax 2183.43 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** Federal Filing Copy Wage and Tax Statement **2004**
Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 45539.01 | 2 Federal income tax withheld 4902.17 |
|---|---|
| 3 Social security wages 47904.22 | 4 Social security tax withheld 2970.06 |
| 5 Medicare wages and tips 47904.22 | 6 Medicare tax withheld 694.61 |

| A Control Number 002339 12/XMD | Dept. I91590 | Corp. | Employer use only A | 30 |
|---|---|---|---|---|

b Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 2365.21 |
| 14 Other 31.20 NY SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

o/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY | Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 45539.01 |
|---|---|---|
| 17 State income tax 2183.43 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** NY.State Reference Copy Wage and Tax Statement **2004**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 45539.01 | 2 Federal income tax withheld 4902.17 |
|---|---|
| 3 Social security wages 47904.22 | 4 Social security tax withheld 2970.06 |
| 5 Medicare wages and tips 479D4.22 | 6 Medicare tax withheld 694.61 |

| a Control Number 002339 12/XMD | Dept. I91590 | Corp. | Employer use only A | 30 |
|---|---|---|---|---|

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE   NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 2365.21 |
| 14 Other 31.20 NY SDI | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay X |

o/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY | Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 45539.01 |
|---|---|---|
| 17 State income tax 2183.43 | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

**W-2** NY.State Filing Copy Wage and Tax Statement **2004**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

224

**W-2 (Employee Reference Copy) 2003**

| 1 Wages, tips, other comp. 37532.96 | 2 Federal income tax withheld 3902.03 |
|---|---|
| 3 Social security wages 39487.35 | 4 Social security tax withheld 2448.22 |
| 5 Medicare wages and tips 39487.35 | 6 Medicare tax withheld 572.57 |

a Control Number 002339 12/XMD  Dept. I91590  Corp. A  Employer use only 32

c Employer's name, address, and ZIP code
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE NY 12601

Batch #00702

b Employer's FED ID number 14-1794417  d Employee's SSA number 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

7 Social security tips  8 Allocated tips
9 Advance EIC payment  10 Dependent care benefits
11 Nonqualified plans  12a D 1954.39
14 Other  31.20 SDI
13 Stat emp, Ret. plan X, 3rd party sick pay

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

15 State NY  Employer's state ID no. 14-1794417  16 State wages, tips, etc. 37532.96
17 State income tax 1670.67  18 Local wages, tips, etc.
19 Local income tax  20 Locality name

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more det. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2003 pay stub plus any adjustments submitted by your employe

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 39487.35 | Social Security Tax Withheld Box 4 of W-2 | 2448.22 | NY. State income Tax Box 17 of W-2 | 1670.6 |
| Fed. Income Tax Withheld Box 2 of W-2 | 3902.03 | Medicare Tax Withheld Box 6 of W-2 | 572.57 | SUI/SDI Box 14 of W-2 | 31.2 |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 39,487.35 | 39,487.35 | 39,487.35 | 39,487.35 |
| Less 401(k) (D-Box 12) | 1,954.39 | N/A | N/A | 1,954.39 |
| Reported W-2 Wages | 37,532.96 | 39,487.35 | 39,487.35 | 37,532.96 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2003 AUTOMATIC DATA PROCESSING, INC.

Save 15% on tax preparation. Learn more at https://taxpartner.adp.com.

---

**W-2 Federal Filing Copy 2003**

| 1 Wages, tips, other comp. 37532.96 | 2 Federal income tax withheld 3902.03 |
|---|---|
| 3 Social security wages 39487.35 | 4 Social security tax withheld 2448.22 |
| 5 Medicare wages and tips 39487.35 | 6 Medicare tax withheld 572.57 |

a Control Number 002339 12/XMD I91590 A 32
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE NY 12601
b 14-1794417  d 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
12a D 1954.39
14 Other 31.20 SDI
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590
15 NY 14-1794417  16 37532.96
17 1670.67

---

**W-2 NY.State Reference Copy 2003**

| 1 37532.96 | 2 3902.03 |
|---|---|
| 3 39487.35 | 4 2448.22 |
| 5 39487.35 | 6 572.57 |

a 002339 12/XMD I91590 A 32
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE NY 12601
b 14-1794417  d 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
12a D 1954.39
14 Other 31.20 NY SDI
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590
15 NY 14-1794417  16 37532.96
17 1670.67

---

**W-2 NY.State Filing Copy 2003**

| 1 37532.96 | 2 3902.03 |
|---|---|
| 3 39487.35 | 4 2448.22 |
| 5 39487.35 | 6 572.57 |

a 002339 12/XMD I91590 A 32
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST 1ST FLOOR
POUGHKEEPSIE NY 12601
b 14-1794417  d 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
12a D 1954.39
14 Other 31.20 NY SDI
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590
15 NY 14-1794417  16 37532.96
17 1670.67

225

| 1 Wages, tips, other comp. 34939.72 | 2 Federal income tax withheld 3709.62 |
|---|---|
| 3 Social security wages 36762.92 | 4 Social security tax withheld 2279.30 |
| 5 Medicare wages and tips 36762.92 | 6 Medicare tax withheld 533.06 |

a Control Number 002339 XMD   Dept. I91590   Corp. A   Employer use only 34

c Employer's name, address, and ZIP code
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

Batch #00764

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D  1823.20 |
| 14 Other  31.20  SDI | 12b |
| | 12c |
| | 12d |
| 13 Stat emp. Ret. plan 3rd party sick pay | |

e/f Employee's name, address and ZIP code
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY  Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 34939.72 |
|---|---|
| 17 State income tax 1485.72 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Safe, accurate, FAST! Use e-file   Visit the IRS Web Site at www.irs.gov.

**W-2** Employee Reference Copy Wage and Tax Statement **2002**
Copy C for employee's records.   OMB No. 1545-0008

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more deta The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2002 pay stub plus any adjustments submitted by your employer

| Gross Pay | 36762.92 | Social Security Tax Withheld Box 4 of W-2 | 2279.30 | NY. State Income Tax Box 17 of W-2 | 1485.72 |
|---|---|---|---|---|---|
| | | | | SUI/SDI Box 14 of W-2 | 31.20 |
| Fed. Income Tax Withheld Box 2 of W-2 | 3709.62 | Medicare Tax Withheld Box 5 of W-2 | 533.06 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 36,762.92 | 36,762.92 | 36,762.92 | 36,762.92 |
| Less 401(k) (D-Box 12) | 1,823.20 | N/A | N/A | 1,823.20 |
| Reported W-2 Wages | 34,939.72 | 36,762.92 | 36,762.92 | 34,939.72 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2002 AUTOMATIC DATA PROCESSING, INC.

Complete your tax returns in minutes — go to http://taxpartner.adp.com

---

| 1 Wages, tips, other comp. 34939.72 | 2 Federal income tax withheld 3709.62 |
|---|---|
| 3 Social security wages 36762.92 | 4 Social security tax withheld 2279.30 |
| 5 Medicare wages and tips 36762.92 | 6 Medicare tax withheld 533.06 |

a Control Number 002339 XMD   Dept. I91590   Corp. A   Employer use only 34

c Employer's name, address, and ZIP code
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  D  1823.20 |
| 14 Other  31.20  SDI | 12b |
| | 12c |
| | 12d |
| 13 Stat emp. Ret. plan 3rd party sick pay  X | |

e/f Employee's name, address and ZIP code
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY  Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 34939.72 |
|---|---|
| 17 State income tax 1485.72 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Federal Filing Copy Wage and Tax Statement **2002**
Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 34939.72 | 2 Federal income tax withheld 3709.62 |
|---|---|
| 3 Social security wages 36762.92 | 4 Social security tax withheld 2279.30 |
| 5 Medicare wages and tips 36762.92 | 6 Medicare tax withheld 533.06 |

a Control Number 002339 XMD   Dept. I91590   Corp. A   Employer use only 34

c Employer's name, address, and ZIP code
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's RSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  31.20  NY SDI | 12b  D  1823.20 |
| | 12c |
| | 12d |
| 13 Stat emp. Ret. plan 3rd party sick pay  X | |

e/f Employee's name, address and ZIP code
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY  Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 34939.72 |
|---|---|
| 17 State income tax 1485.72 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** NY.State Reference Copy Wage and Tax Statement **2002**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

---

| 1 Wages, tips, other comp. 34939.72 | 2 Federal income tax withheld 3709.62 |
|---|---|
| 3 Social security wages 36762.92 | 4 Social security tax withheld 2279.30 |
| 5 Medicare wages and tips 36762.92 | 6 Medicare tax withheld 533.06 |

a Control Number 002339 XMD   Dept. I91590   Corp. A   Employer use only 34

c Employer's name, address, and ZIP code
IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  31.20  NY SDI | 12b  D  1823.20 |
| | 12c |
| | 12d |
| 13 Stat emp. Ret. plan 3rd party sick pay  X | |

e/f Employee's name, address and ZIP code
NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY  Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 34939.72 |
|---|---|
| 17 State income tax 1485.72 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** NY.State Filing Copy Wage and Tax Statement **2002**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

## Top-left W-2 (Copy C — Employee Reference Copy)

| 1 Wages, tips, other comp. 26765.95 | 2 Federal income tax withheld 3044.41 |
|---|---|
| 3 Social security wages 28168.13 | 4 Social security tax withheld 1746.42 |
| 5 Medicare wages and tips 28168.13 | 6 Medicare tax withheld 408.44 |

| a Control Number 002339 XMD | Dept. 191590 | Corp. A | Employer use only 40 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

Batch #00874

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 1402.18 |
| 14 Other 31.20 SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 26765.95 |
|---|---|
| 17 State income tax 931.44 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Safe, accurate, FAST! Use e-file   Visit the IRS Web site at www.irs.gov.

**W-2** Employee Reference Copy Wage and Tax Statement **2001**
Copy C for employee's records.   OMB No. 1545-0008

## Blue Earnings Summary section

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2001 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 28168.13 | Social Security Tax Withheld Box 4 of W-2 | 1746.42 | NY. State Income Tax Box 17 of W-2 | 931.44 |
| | | | | SUI/SDI Box 14 of W-2 | 31.20 |
| Fed. Income Tax Withheld Box 2 of W-2 | 3044.41 | Medicare Tax Withheld Box 6 of W-2 | 408.44 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 28,168.13 | 28,168.13 | 28,168.13 | 28,168.13 |
| Less 401(k) (D-Box 12) | 1,402.18 | N/A | N/A | 1,402.18 |
| Reported W-2 Wages | 26,765.95 | 28,168.13 | 28,168.13 | 26,765.95 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2001 AUTOMATIC DATA PROCESSING, INC.

## Bottom-left W-2 (Copy B — Federal Filing Copy)

| 1 Wages, tips, other comp. 26765.95 | 2 Federal income tax withheld 3044.41 |
|---|---|
| 3 Social security wages 28168.13 | 4 Social security tax withheld 1746.42 |
| 5 Medicare wages and tips 28168.13 | 6 Medicare tax withheld 408.44 |

| a Control Number 002339 XMD | Dept. 191590 | Corp. A | Employer use only 40 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 D 1402.18 |
| 14 Other 31.20 SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 26765.95 |
|---|---|
| 17 State income tax 931.44 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

Federal Filing Copy
**W-2** Wage and Tax Statement **2001**
Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

## Bottom-center W-2 (Copy 2 — NY State Reference Copy)

| 1 Wages, tips, other comp. 26765.95 | 2 Federal income tax withheld 3044.41 |
|---|---|
| 3 Social security wages 28168.13 | 4 Social security tax withheld 1746.42 |
| 5 Medicare wages and tips 28168.13 | 6 Medicare tax withheld 408.44 |

| a Control Number 002339 XMD | Dept. 191590 | Corp. A | Employer use only 40 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 1402.18 |
| 14 Other 31.20 NY SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 26765.95 |
|---|---|
| 17 State income tax 931.44 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

NY.State Reference Copy
**W-2** Wage and Tax Statement **2001**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

## Bottom-right W-2 (Copy 2 — NY State Filing Copy)

| 1 Wages, tips, other comp. 26765.95 | 2 Federal income tax withheld 3044.41 |
|---|---|
| 3 Social security wages 28168.13 | 4 Social security tax withheld 1746.42 |
| 5 Medicare wages and tips 28168.13 | 6 Medicare tax withheld 408.44 |

| a Control Number 002339 XMD | Dept. 191590 | Corp. A | Employer use only 40 |

c Employer's name, address, and ZIP code

IMAGING SUPPORT SERVICES LLC
1 COLUMBIA ST/WESTAGE BG
POUGHKEEPSIE NY 12601

| b Employer's FED ID number 14-1794417 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a D 1402.18 |
| 14 Other 31.20 NY SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp. Ret. plan 3rd party sick pay X |

e/f Employee's name, address and ZIP code

NANCY E DENARDI
24 CARROLL DR
WAPPINGERS FALLS NY 12590

| 15 State NY Employer's state ID no. 14-1794417 | 16 State wages, tips, etc. 26765.95 |
|---|---|
| 17 State income tax 931.44 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

NY.State Filing Copy
**W-2** Wage and Tax Statement **2001**
Copy 2 to be filed with employee's State Income Tax Return.   OMB No. 1545-0008

227

| a Control number | | |
| --- | --- | --- |
| 002339 XND | | Void ☐ |

| b Employer identification number | OMB No. 1545-0008 XND | | |
| --- | --- | --- | --- |
| 14-1794417 | | | |

| c Employer's name, address, and ZIP code | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| --- | --- | --- |
| IMAGING SUPPORT SERVICES LLC | 160 24096.69 | 002339 2656.77 |
| 1 COLUMBIA ST/WESTAGE BG POUGHKEEPSIE NY 12601 | 3 Social security wages 24096.69 | 4 Social security tax withheld 1493.99 |
| | 5 Medicare wages and tips 24096.69 | 6 Medicare tax withheld 349.40 |

| d Employee's social security number | 7 Social security tips | 8 Allocated tips |
| --- | --- | --- |
| 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 | | |

| e Employee's name, address, and ZIP code | 9 Advance EIC payment | 10 Dependent care benefits |
| --- | --- | --- |
| NANCY E DENARDI 24 CARROLL DR WAPPINGERS FALLS NY 12590 | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See instrs. for box 13 | 14 Other 31.20 NY SDI |

| | 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☐ | Legal rep. ☐ | Deferred compensation ☐ |
| --- | --- | --- | --- | --- | --- |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
| --- | --- | --- | --- | --- | --- | --- |
| NY | 14-1794417 | 24096.69 | 775.36 | | | |

Form **W-2** Wage and Tax Statement **2000**

Copy D For Employer

Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

228