**EXHIBIT K**

# Klein, Lance H.

**From:** Victor Gaines
**Sent:** Monday, May 08, 2006 5:14 PM
**To:** Mark Newton; Russ Karp; Joe Chiseri
**Subject:** RE: terminations

Sorry to hear it, but sounds like it was handled appropriately.

Ps. You scared me with the second sentence. At first I thought there was bloodshed involved.

Victor D. Gaines, M.D.
President and CEO
DRA Imaging, P.C.
1 Columbia St.
Poughkeepsie, NY 12601
845 454 4700
vgaines@draimaging.com

---

**From:** Mark Newton
**Sent:** Mon 5/8/2006 4:21 PM
**To:** Victor Gaines; Russ Karp; Joe Chiseri
**Subject:** terminations

FYI. Nancy DeNardi and Heather DeNardi were terminated today. Nancy punched out her daughter Heather on Friday well after Heather left. Ginny picked up on it, and when she questioned Nancy, Nancy lied to her. Only when Ginny pushed her with the facts, did Nancy later admit the lie. Nancy had a supervisory role in the billing dept. Ginny needs to trust her employees and especially her deputies. Ginny and I discussed it Friday, then agreed to sleep on it over the weekend. Joe and I discussed it today also. The severe consequence of termination was based on the lying even more than the stealing. Sorry for unwelcome news.

Mark Newton
CFO
DRA Imaging PC
845-790-5602

-----Original Message-----
**From:** Mark Newton
**Sent:** Monday, May 08, 2006 4:13 PM
**To:** Gary Meissner
**Cc:** Joe Chiseri; Sue Kalogiannis; Ginny Barkanyi
**Subject:**

Gary – Just to confirm, pls we've terminated Nancy DeNardi and Heather DeNardi. Pls take away access to all systems. Ginny will talk to you about forwarding Nancy's email and any other transition matters. Thanks. Mark

Mark T Newton
Chief Financial Officer
DRA Imaging, PC
1 Columbia Street
Poughkeepsie, NY 12601
Tel # 845-790-5602
Fax # 845-454-4982
Email: mnewton@draimaging.com