**EXHIBIT B**

# NOTICE AND PROOF OF CLAIM DISABILITY BENEFITS

CLAIMANT: READ THE FOLLOWING INSTRUCTIONS CAREFULLY.

1. USE THIS FORM IF YOU BECOME SICK OR DISABLED WHILE EMPLOYED OR IF YOU BECOME SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. USE GREEN CLAIM FORM DB-300 IF YOU BECOME SICK OR DISABLED AFTER HAVING BEEN UNEMPLOYED MORE THAN FOUR (4) WEEKS.
2. YOU MUST COMPLETE ALL ITEMS OF PART A — THE "CLAIMANT'S STATEMENT". BE ACCURATE. CHECK ALL DATES.
3. BE SURE TO DATE AND SIGN YOUR CLAIM (SEE ITEM 12). IF YOU CANNOT SIGN THIS CLAIM FORM, YOUR REPRESENTATIVE MAY SIGN IT IN YOUR BEHALF. IN THAT EVENT, THE NAME, ADDRESS AND REPRESENTATIVE'S RELATIONSHIP TO YOU SHOULD BE NOTED UNDER THE SIGNATURE.
4. DO NOT MAIL THIS CLAIM UNLESS YOUR HEALTH CARE PROVIDER COMPLETES AND SIGNS PART B — THE "HEALTH CARE PROVIDER'S STATEMENT".
5. YOUR COMPLETED CLAIM SHOULD BE MAILED WITHIN THIRTY (30) DAYS AFTER YOU BECOME SICK OR DISABLED TO YOUR LAST EMPLOYER OR YOUR LAST EMPLOYER'S INSURANCE COMPANY.
6. MAKE A COPY OF THIS COMPLETED FORM FOR YOUR RECORDS BEFORE YOU SUBMIT IT.

## PART A — CLAIMANT'S STATEMENT (Please Print or Type) ANSWER ALL QUESTIONS.

Social Security Number: [redacted]

1. My name is: Nancy Ellen DeNardi
2. Address: 24 Carroll Dr, Wappingers Falls, NY 12590
3. Tel. No.: [redacted]
4. My age is: 48
5. Married (Check one) ☒ Yes ☐ No
6. My disability is (if injury, also state how, when and where it occurred): Surgical
7. I became disabled on 10-21-05
   a. I worked on that day ☐ Yes ☒ No
   b. I have since worked for wages or profit ☐ Yes ☒ No   If "Yes", give dates: ___

8. Give name of last employer. If more than one employer during the last eight (8) weeks, name all employers.

| EMPLOYER'S BUSINESS NAME | BUSINESS ADDRESS | TELEPHONE NO. | DATES OF EMPLOYMENT FROM Mo. Day Yr. | THROUGH Mo. Day Yr. | AVERAGE WEEKLY WAGES (Include Bonuses, Tips, Commissions, Reasonable Value of Board, Rent, etc) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

9. My job is or was: Billing Dept Lead (Occupation)

10. For the period of disability covered by this claim
    a. Are you receiving wages, salary or separation pay ............ ☐ Yes ☒ No
    b. Are you receiving or claiming:
       (1) Workers' compensation for work-connected disability ............ ☐ Yes ☒ No
       (2) Unemployment Insurance Benefits ............ ☐ Yes ☒ No
       (3) Damages for personal injury ............ ☐ Yes ☒ No
       (4) Benefits under the Federal Social Security Act for long-term disability ............ ☐ Yes ☒ No
    IF "YES" IS CHECKED IN ANY OF THE ITEMS IN 10a OR 10b, COMPLETE THE FOLLOWING
    I have ☐ received ☐ claimed from ____ for the period ____ to ____

11. I have received disability benefits for another period or periods of disability within the 52 weeks immediately before my present disability began ............ ☐ Yes ☒ No
    If "Yes", fill in the following: I have been paid by ____ from ____ to ____

12. I have read the instructions above. I hereby claim Disability Benefits and certify that for the period covered by this claim I was disabled and that the foregoing statements, including any accompanying statements, are to the best of my knowledge true and complete.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD PRESENTS, CAUSES TO BE PRESENTED, OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, OR SELF-INSURER, ANY INFORMATION CONTAINING ANY FALSE MATERIAL STATEMENT OR CONCEALS ANY MATERIAL FACT SHALL BE GUILTY OF A CRIME, AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

Claim signed on: 11/1/05    Customer Signature: [signed] Nancy DeNardi
If signed by other than claimant, print below: name, address and relationship of representative ____

IF YOU HAVE ANY QUESTIONS ABOUT CLAIMING DISABILITY BENEFITS, CONTACT THE NEAREST OFFICE OF THE NYS WORKERS' COMPENSATION BOARD, OR WRITE TO: WORKERS' COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 100 BROADWAY-MENANDS, ALBANY, NY 12241-0005

SI TIENE DUDAS RELACIONADAS CON LA RECLAMACION DE BENEFICIOS POR INCAPACIDAD, COMUNIQUESE CON LA OFICINA MAS CERCANA DE LA JUNTA DE COMPENSACION OBRERA DE NUEVA YORK, O ESCRIBA AL WORKER'S COMPENSATION BOARD, DISABILITY BENEFITS BUREAU, 100 BROADWAY-MENANDS, ALBANY, NY 12241-0005

198
DB-450 (11/98)    HEALTH CARE PROVIDER MUST COMPLETE PART B ON REVERSE

# NOTICE AND PROOF OF CLAIM DISABILITY BENEFITS

IMPORTANT: USE THIS FORM ONLY WHEN THE CLAIMANT BECOMES SICK OR DISABLED WHILE EMPLOYED OR BECOMES SICK OR DISABLED WITHIN FOUR (4) WEEKS AFTER TERMINATION OF EMPLOYMENT. OTHERWISE USE GREEN CLAIM FORM DB-300.

**PART B — HEALTH CARE PROVIDERS** (Please Print or Type)  *Doctor's Section*

THE HEALTH CARE PROVIDER'S STATEMENT MUST BE FILLED IN COMPLETELY AND THE FORM MAILED TO THE INSURANCE CARRIER OR SELF-INSURED EMPLOYER, OR RETURNED TO THE CLAIMANT WITHIN SEVEN (7) DAYS OF THE RECEIPT OF THE FORM. For item 7d, give approximate date. Make some estimate. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks".

1. Claimant's Name: Nancy E. DeNardi
2. Age: 48
3. Sex: ☐ Male ☒ Female
   Diagnosis Code: ____
4. Diagnosis/Analysis: Small Bowel Obstruction
   a. Claimant's Symptoms: Abdominal pain, nausea, vomiting
   b. Objective Findings: CT scan showed small bowel obstruction
5. Claimant Hospitalized: ☒ Yes ☐ No  From: 10/15/05 To: 10/28/05
6. Operation Indicated: ☒ Yes ☐ No  a. Type: exploratory laparotomy; colon resection  b. Date: ____
7. Enter dates for the following:

| | MONTH | DAY | YEAR |
|---|---|---|---|
| a. Date of your first treatment for this disability | 10 | 17 | 05 |
| b. Date of your most recent treatment for this disability | 11 | 01 | 05 |
| c. Date claimant was unable to work because of this disability | 10 | 21 | 05 |
| d. Date claimant will be able to perform usual work | 12 | 05 | 05 |

(Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease ☐ Yes ☒ No
   If "Yes", has form C-4 been filed with the Workers' Compensation Board ☐ Yes ☒ No
   Remarks: ____

I affirm that I am a: ☐ Chiropractor ☒ Physician ☐ Psychologist ☐ Dentist ☐ Podiatrist ☐ Nurse — Midwife
Licensed in the State of: New York
License Number: 179924

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD PRESENTS, CAUSES TO BE PRESENTED, OR PREPARES WITH KNOWLEDGE OR BELIEF THAT IT WILL BE PRESENTED TO OR BY AN INSURER, OR SELF-INSURER, ANY INFORMATION CONTAINING ANY FALSE MATERIAL STATEMENT OR CONCEALS ANY MATERIAL FACT SHALL BE GUILTY OF A CRIME AND SUBJECT TO SUBSTANTIAL FINES AND IMPRISONMENT.

Health Care Provider's Signature: [signature]
Date: ____
Health Care Provider's Name (Please Print): Eugene R. Koloski, MD
Tel. No.: 845-473-133_
Office Address: 205 South Avenue, Poughkeepsie, NY 12601

*send to me*

Zurich American Insurance Company  P.O. Box 9102, Plainview, New York 11803-9002

**Employer's Statement**  *Sue*

Employer's Name: Imaging Support Services LLC
Policy Number: 1731369
Employer's Address: 1 Columbia St 1st Fl Poughkeepsie NY 12601
Telephone Number: 845-454-4___
Employee's Name and Address: Nancy E. DeNardi
Is Employee a: ☐ Member ☐ Owner ☐ Partner ☐ Spouse
Social Security Number: [redacted]
Date of Employment: 9/7/99  ☒ Full-time Worker ☐ Part-time Worker
Normal Work Week (Check boxes to show usual days worked): ☐ Sun. ☒ Mon. ☒ Tues. ☒ Wed. ☒ Thurs. ☒ Fri. ☐ Sat.
Date Employee Wages Ceased: 10/19/05
Date Employee Last Worked: 10/7/05
Has Employee returned to work ☐ Yes ☒ No  If "Yes", date ____
Has employment terminated ☐ Yes ☒ No  If "Yes", why ____
Are wages being continued during disability ☐ Yes ☒ No
If "Yes", does Employer request reimbursement ☐ Yes ☐ No
Was Employee on job when disability occurred ☒ Yes ☐ No
Has claim been filed for Workers' Compensation ☐ Yes ☒ No
Name of Workers' Compensation carrier: ____
Is Employee member of a union that provides for payment of weekly cash benefits ☐ Yes ☒ No
If "Yes", give name, address and telephone number of union: ____

Does Employee contribute to cost of this insurance ☐ Yes ☒ No
If "Yes", is employee contribution the maximum permitted by law ☒ Yes ☐ No  Other $ ____ per ____

Earnings 8 weeks prior to disability; including weekly value of board, lodging and tips.

| | WEEK ENDING Mo. Day Year | NO. DAYS WORKED | GROSS AMOUNT |
|---|---|---|---|
| 1. | 9/10/05 | 10 | 1896 |
| 2. | 9/24/05 | 10 | 165_ |
| 3. | 10/8/05 | 10 | 1556 |
| 4. | 10/22/05 | 7.0 | 10__ |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| TOTAL | | | $6_ |

Signed: [signature] Susan Kalogiannis  Title: Human Resources  Date: 11/__
Employer tax ID: [redacted]

199_ THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION
DB-450 (11/98)  Reverse