# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
NANCY DeNARDI,

                    Plaintiff,

          - against -

DRA IMAGING, PC and IMAGING SUPPORT
SERVICES, LLC,

                    Defendants.

------------------------------------X

                    Thursday, March 20, 2008
                    10:00 a.m.
                    Held at the Offices of
                    Keane & Beane PC
                    445 Hamilton Avenue
                    White Plains, New York


          EXAMINATION BEFORE TRIAL of

              NANCY DeNARDI,

Plaintiff, pursuant to Notice, before Linda P.

Fabel, a Shorthand Reporter and Notary Public

within and for the State of New York.

12

Nancy DeNardi

1

2    all the bills.  I reviewed all his contracts that

3    came in for any -- he did a lot of HMO insurances

4    and he'd give them to me to look over to see if

5    it was worth his while, ordered supplies, credit

6    collection.

7         Q.    And how long did you work for

8    Dr. Ginder?

9         A.    Approximately ten years.

10        Q.    And after that did you find

11   subsequent employment?

12        A.    I left him to go to work at DRA

13   Imaging.

14        Q.    What year did you start at DRA?

15        A.    1999.

16        Q.    Do you remember the month?

17        A.    September 7th.

18        Q.    You testified earlier that you've

19   never testified before under oath in any type of

20   lawsuit; is that right?

21        A.    No.  I said I never testified in

22   court before.

23        Q.    All right.  Have you ever given any

24   type of testimony?

25        A.    I gave a very small deposition in a

19

1                          Nancy DeNardi

2       Rasmussen?

3            A.     Yes, I did.

4            Q.     Anyone else at DRA?

5            A.     No.

6            Q.     Did you interview once or more than

7       once?

8            A.     Just one time.

9            Q.     And did there come a time when

10      Miss Rasmussen either called you or wrote to you

11      and offered you a position?

12           A.     She called me the next day.

13           Q.     And she offered you a position?

14           A.     Yes, she did.

15           Q.     And did you tell her you were

16      accepting the position?

17           A.     Yes, I did.

18           Q.     And when did you start in

19      relationship to when she called you?

20           A.     Approximately three weeks later.  I

21      gave a two weeks' notice at my job and I was

22      scheduled to take a week's vacation, so I -- and

23      they were going through a new computer system, so

24      she said that was fine.

25           Q.     So you took a week's vacation and

Nancy DeNardi

 1    you started basically after you gave your two

 2    weeks' notice?

 3        A.      Right.

 4        Q.      When you interviewed for the

 5    position, what did she tell you it would be?

 6        A.      Filing insurance claims.

 7                Following up on any claims that

 8    weren't paid.

 9                Send out billing.

10                Everyone, you know, everybody took

11    a turn sending out billing.

12        Q.      And did you have experience in

13    those areas?

14        A.      Yes, I did.

15        Q.      Did she use the term "insurance

16    rep" or "insurance representative"?

17        A.      Yes.

18        Q.      And was that your understanding of

19    what your title would be when you accepted the

20    position?

21        A.      Yes.

22        Q.      When you first started at DRA, who

23    did you meet with?

24        A.      The first day I started work?

                              Nancy DeNardi

1

2          Q.      The first day you started.

3          A.      Nancy Rasmussen and Gail Platt was

4    the manager at the time.  And she was going to be

5    training me.

6          Q.      Would you be working in the billing

7    department at that time?

8          A.      Yes.

9          Q.      Where was the office of DRA?

10         A.      Poughkeepsie.

11         Q.      Can you tell me, after you first

12   started there, what your typical duties were as

13   an insurance rep?

14         A.      Well, when I first started there,

15   two weeks of training.  I was sitting actually

16   with Jane Ackerman, who was training me to answer

17   phones, field customer questions that they called

18   in about their bill.

19                 Everybody had their own insurance

20   company that they dealt with.  Jane happened to

21   be MVP at the time and they would run reports, go

22   over the reports, see how many outstanding claims

23   there were that weren't paid yet, why weren't

24   they paid, what could you do to get it paid.

25                 And then they taught you how to do

28

1                          Nancy DeNardi

2          Q.     How long were you in the position

3     of insurance rep?

4          A.     Two years.  I'm thinking.  Nancy

5     left in 2000, 2001.  January of 2002 I got a

6     promotion to insurance lead.

7          Q.     Prior to that promotion, had your

8     duties or responsibilities changed in any way?

9          A.     Yes.

10         Q.     How?

11         A.     I started in September.  I believe

12    it was May or June of the following year, Jane

13    Ackerman quit, so Nancy Rasmussen asked me to

14    take over Medicare.

15               And I told her I would and it might

16    have been about that time that she also offered

17    me a chance to change my hours to 8 to 4:30.

18         Q.     Now, what was it that changed your

19    responsibilities other than you are now dealing

20    with Medicare?

21         A.     Medicare was the biggest account in

22    the company, I believe, and she had told me that

23    she felt that I could handle it, and she didn't

24    feel she could give it to someone else.  She

25    thought I would be good for it.

53

1                              Nancy DeNardi

2        rep lead, did that change?

3               A.    No.

4               Q.    How long were you an insurance rep

5        lead?

6               A.    Till 2004.

7               Q.    And what changed in 2004?

8               A.    Gail Platt resigned in February of

9        2004.  Ginny Barkiyani became the billing

10       director in June of 2004.  And I was -- became

11       the billing department lead.

12              Q.    Had there been a billing department

13       lead prior to you taking that position?

14              A.    No.  Ginny and I had discussed the

15       title.  She asked me how important the title of

16       assistant manager was to me.  If I decided not to

17       take overtime anymore, I would have the title of

18       assistant manager.  If I wanted to keep the

19       overtime, they would make it billing department

20       lead.

21              Q.    So what did you say?

22              A.    Billing department lead.

23              Q.    And why was that?

24              A.    I was doing a lot of overtime.

25              Q.    As an insurance rep lead, how much

1                        Nancy DeNardi

2      us were in a meeting or something or working in

3      the conference room, and she came out.

4                  She was angry.  She said that the

5      billing department people were milling around

6      only talking and she said, "They'll know more,

7      we'll all of us be in there together."  And I was

8      to stay back in the billing department while

9      Carol and Jackie worked on Cerner.

10         Q.    So prior to that meeting, you had

11     been working on Cerner?

12         A.    No, not working on it.  In the

13     summer when we were first working on it trying to

14     figure out the billing aspect, and if it worked

15     with Vital Works, that was basically all that I

16     did.

17         Q.    The summer of what year?

18         A.    2004 maybe.

19         Q.    All right.

20               When did you go out on disability?

21         A.    October of 2005.

22         Q.    And you believe that Cerner went

23     live while you were out on disability, correct?

24         A.    Yes.

25         Q.    And so, just to get a frame of

Nancy DeNardi

1

2    there were more and more things that she was

3    doing with Ginny that I felt should have been my

4    responsibility.  And in retrospect, thinking

5    about it, there were things that changed.

6              There was -- I used to do the time

7    sheets for Ginny on Monday.  Sue K would print

8    out all the payroll sheets and Ginny would give

9    them to me with who didn't punch out, who did

10   punch out, who took a personal day, who took a

11   sick day.

12             When I came back, Jackie was doing

13   that.  I assumed it would come back to me, but it

14   never did.

15             I walked into Ginny's office at one

16   point and I believe it was -- they were going

17   over a report, and I don't remember exactly what

18   report it was.  I think it was all the provider

19   numbers in the systems for all the different

20   insurances.  And Ginny and I had discussed doing

21   that at one point together, but she was doing it

22   with Jackie.

23             There was -- it seemed to be more

24   and more job duties were being given to Jackie

25   that I felt should have been coming to me.

233

Nancy DeNardi

1
2  you?
3        A.    I'm sorry?
4        Q.    Wasn't collection work given back
5  to you before you were fired?
6        A.    Not the whole thing.  I believe
7  Regina was doing it at one point and Regina was
8  leaving.  I don't know who else got it after
9  because Regina left a day before I left, so I
10 don't know who got it after that.
11             Ginny had said that she just wanted
12 me to do the end report.  I think Carol was doing
13 everything else, actually, for the collection.
14       Q.    And was collection a critical job
15 responsibility that you had?
16       A.    Collection was a very big job.
17       Q.    Was it critical?
18       A.    I think all the jobs in the billing
19 department are critical.  We were trying to
20 coll
21       Q.    Were you ever given any reason why
22 these job responsibilities were removed from your
23 work?
24       A.    No.  Ginny had told me when I was
25 going onto the Cerner, she said, "Clear your desk

Nancy DeNardi

1

2    off by the end of the week, so you could sit with

3    Carol and learn how to do the interface."

4         Q.    So the reason you were given was

5    that you were going to now be doing the Cerner

6    interface?

7         A.    Right.  But like I said, I was

8    under the impression that was only not part time,

9    but until they hired somebody.  So I was starting

10   to wonder what I was going to be doing after they

11   hired somebody for the interface.

12        Q.    So you were under the impression it

13   was a short-term project?

14        A.    Yes, I was.

15        Q.    But Ginny never said that; is that

16   right?

17        A.    She never said it in so many words.

18   That's what it was implied.  It was we're looking

19   to hire somebody, we haven't found anybody yet.

20        Q.    Looking to hire someone to do what?

21        A.    To do the Cerner interface.  They

22   wanted somebody to get in there and do the job

23   and they were looking at Kim DeLong, who did

24   Medicare at that time, but she didn't want to do

25   it, I guess.

1

2              A C K N O W L E D G E M E N T

3

4          I, NANCY DeNARDI, hereby certify

5      that I have read the transcript of my

6      testimony taken under oath in my

7      deposition of March 20, 2008; that the

8      transcript is a true, complete and

9      correct record of what was asked,

10     answered and said during this deposition,

11     and that the answers on the record as

12     given by me are true and correct.

13

14                _____

15                 NANCY DeNARDI

16

17     Subscribed and sworn to before me

18     this 14th day of ___May___, 2008.

19

20     _____

21               NOTARY PUBLIC

22

23                          SASWATI CHOUDHURY
                            Notary Public - State of New York
                            NO. 01CH6123122
24                          Qualified in Dutchess County
                            My Commission Expires 02/28/09

25

293

1

2

3                          CERTIFICATE

4          I, LINDA P. FABEL, a Notary Public

5   within and for the State of New York, do

6   hereby certify:

7          That NANCY DeNARDI, the witness

8   whose deposition is hereinbefore set

9   forth, was duly sworn by me and that the

10  within transcript is a true record of the

11  testimony given by such witness.

12         I further certify that I am not

13  related to any of the parties to this

14  action by blood or marriage and that I am

15  in no way interested in the outcome of

16  this matter.

17         IN WITNESS WHEREOF, I have hereunto

18  set my hand this 31st  day of

19  March          , 2008.

20

21                    Linda P. Fabel

22                    LINDA P. FABEL

23

24

25

Judicial Reporting Service, Inc.
(914) 946-0888

<u>**ERRATA SHEET**</u>

**Deposition of Plaintiff Nancy DeNardi taken on March 20, 2008**

Re:   *DeNardi v. DRA Imaging, P.C., et al*, 07 Civ. 5794 (MGC)

| PAGE | LINE(S) | READS | SHOULD READ | REASON FOR CHANGE |
|------|---------|-------|-------------|-------------------|
| 67 | 6-7 | "They'll know more we'll all of us be in there together" | "No more will all of us be in there together." | Transaction error |
| 98 | 9 | going to let this defy me. | going to let this define me. | Transcription error |
| 125 | 10 | McCauley as supervisors, and I was listed as billing department lead. | McCauley as supervisors, and I was not listed as billing department lead. | Transcription error |
| 213 | 9 | It was a significant job in their eyes when they gave it to me. | It was not a significant job in their eyes when they gave it to me. | Transcription error |
| 254 | 8 | and not to mention Fishkill was a three-hour | and not to mention Fishkill was a 1/2-hour | Transcription error |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Nancy DeNardi

Sworn to before me this __14__ / __th__
day of ~~April~~ 2008

NOTARY PUBLIC

SASWATI CHOUDHURY
Notary Public - State of New York
NO. 01CH6123122
Qualified in Dutchess County
My Commission Expires 8/28/09

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------X
NANCY DeNARDI,

                        Plaintiff,

        - against -

DRA IMAGING, PC and IMAGING SUPPORT
SERVICES, LLC,

                        Defendants.

--------------------------------------X

                    Tuesday, April 22, 2008
                    10:20 a.m.
                    Held at the Offices of
                    Keane & Beane PC
                    445 Hamilton Avenue
                    White Plains, New York

            CONTINUED EXAMINATION BEFORE TRIAL of

                    NANCY DeNARDI,

        Plaintiff, pursuant to Notice, before Linda P.

        Fabel, a Shorthand Reporter and Notary Public

        within and for the State of New York.

                Judicial Reporting Service, Inc.
                    (914) 946-0888

Nancy DeNardi

2    regard to the Cerner interface?

3           MS. PERRY:  I think you spent a lot

4       of time on this last time.

5           MR. KLEIN:  I've got another

6       question.  It's just a follow-up.  As you

7       see, I'm not getting the answers.  I'm

8       trying to get simple answers here.

9       Q.    What were the functions that you

10   did on the Cerner interface?

11       A.    I ran a report, it dropped all the

12   charges.  I had to go through the report.  If the

13   diagnoses weren't there, I had to give them the

14   codes.  She had to code them.  I had to put them

15   in manually.

16           I had to check all the referring

17   doctors, make sure they were right.

18           Make sure the insurance companies

19   were right.

20           Create a checklist.

21       Q.    Could anyone be billed for services

22   performed by DRA before you completed your daily

23   Cerner interface tasks?

24       A.    No.

25       Q.    Could anyone have been trained to

382
Nancy DeNardi

2      A.      "Mom."

3      Q.      Did anybody ever complain about the
4  way she talked to you or you talked to her while
5  you were at work?

6      A.      Not that I could recall.  The way
7  she addressed me, no.

8      Q.      Tell me what the punch-in and
9  punch-out system was in 2005.

10      A.      On the computer you would pull up
11  the time sheet, punch in your last four digits of
12  your Social Security number, punch it in again.
13  And it would record the time you punched in; or
14  if you were punching out, the time you punched
15  out.

16      Q.      And there were no time cards in
17  2005, correct?

18      A.      I don't think so.

19      Q.      So it was all done on the computer,
20  as far as you recall?

21      A.      Right.

22      Q.      Was the punch-in system the same
23  for every employee at DRA?

24      A.      No.  Some of the supervisors had
25  what they called a time sheet, which worked on

388

Nancy DeNardi

1      Q.    Tell me -- take me through the day

2     of May 5th, after you got to work.

3      A.    I got to work, ran the report that

4     had to be run first thing for Cerner.  Started to

5     work on that.

6             Probably said good morning to

7     Joanie and Candice, like I usually did.

8             About 8:15, 8:30-ish I was over by

9     Jackie's desk, I was talking to Jackie and Carol

10    and Ginny was there.

11            Left there to go back to do my job,

12    to go back to my desk because we were chatting

13    for a few minutes, stopped by the desk that

14    Heather was working at.

15            It was about 8:45.  She was working

16    at Linda Furlano's desk.  Ginny stopped with me,

17    said good morning to Heather.

18            As we were walking away, Ginny was

19    going off to the right to the storeroom, I was

20    going back to my cubby.  And I had mentioned to

21    her that Heather had a final and couldn't come

22    in, and could she work Tuesday instead.

23            And Ginny got a little nasty about

24    it.  She said, "Absolutely not, she's working

389

Nancy DeNardi

1  Friday.  There's too many people walking around

2

3  this place as it is."

4        And she walked away and it was at

5  that moment I just knew, you know, that this is

6  over.  There's no friendship here anymore,

7  there's no nothing.

8        So I said, "All right, fine."

9        I went back to my desk.  As I was

10  going back to my desk, I said, "She won't be in

11  next Friday, she has a final, it's final week."

12        I went back to my desk -- I'm

13  sorry, before we left Heather's desk, I said,

14  "When do you have to leave for school?"

15        And she said, "I don't have to

16  leave yet.  I still have some time.  I'll go in a

17  little while."

18        She was going to meet a study group

19  because she had finals next week.

20        I said, "Okay, fine."

21        She said she was coming back around

22  noontime to finish out the day.  She was going to

23  work like 12:00 to 4:00.

24        I went back to my desk, was working

25  at my desk.  I was talking to Joanie for a second

390

1                      Nancy DeNardi

2    and Heather called.  She said she had left, she

3    had forgot to punch out.  Could I punch her out.

4                  I said fine.  It was about 9:10,

5    9:15.

6                  I went to punch her out.  I went to

7    ask Ginny a question.  She was at her desk, she

8    was putting on her coat.  And then she sat down

9    and she pulled up her computer. She was looking

10   at something and she started rapid firing

11   questions at me, and with each question she got

12   louder and yelling, "Where's Heather?  What time

13   did she leave?  I know she's not here.  Where is

14   she?  What did she do?"

15                  And she was so quick with

16   questions, I was like, "What are you talking

17   about?"

18                  Finally when she came up for a

19   breath, she said, "Did you punch Heather out?"

20                  I said, "Yeah, what's the big

21   deal?"

22                  And with that, she got up and, like

23   I said, she had her coat on, she was leaving for

24   the day.  She said, "I know Heather's not happy

25   here.  Maybe she should look for a job somewhere

391

Nancy DeNardi

2    else."

3            And I got angry and I said.

4    "Heather's very happy here, but if that's what

5    you want, I'll tell her not to come back."

6            And I came back in, "Is that what

7    you want for me also?  Do you want me to look for

8    a job elsewhere?"

9            And she said, "Absolutely not."

10            And I said "Fine," and I walked

11    away.

12            And I didn't see her for the rest

13    of the day.  She had left for the day with Mark

14    and Sandy, because Sandy was waiting outside her

15    office, waiting for her.

16            And I believe I stayed in my cubby

17    the rest of the day and did my job and went home.

18    Q.    Was that the only conversation you

19    had with Ginny about your daughter?

20    A.    That day, yes, she had left for the

21    day, yes, she wasn't there the rest of the day.

22            And when I came in on Monday I

23    wanted to speak to her.  She stayed in her office

24    all day with her door closed.

25            At one point her sister was in

402

Nancy DeNardi

1

2     A.    No.

3     Q.    Isn't that what Mark told you on

4  Monday, May 8th, that you had told Ginny that you

5  didn't punch Heather out?

6     A.    I don't remember that.

7     Q.    Didn't Mark accuse you of lying to

8  Ginny on May 8th?

9     A.    I'm trying to remember the whole

10  conversation.  I don't remember that.

11     I remember telling Mark that Lisa

12  had also punched somebody else out.  I remember

13  we talked about not punching out for chemo.

14     I don't remember him saying that I

15  lied to Ginny.  I didn't lie to anybody.

16     Q.    Well, didn't you tell people that

17  one of the reasons why you were being fired is

18  because you lied to Ginny?

19     A.    I didn't say that to anybody.

20     Q.    You never told anyone that?

21     A.    Not that I recall.

22     Q.    Did you ever put it in writing?

23     A.    Not that I recall.

24     Q.    Is there anything that could help

25  refresh your recollection?

409
Nancy DeNardi

1

2      Q.      Is that the first time you ever

3  heard of it?

4              MS. PERRY:  You're talking about

5          the e-mail?

6              MR. KLEIN:  Seen it in writing.

7      Q.      Have you ever seen it in writing

8  other than that e-mail?

9              MS. PERRY:  Where they're accusing

10         her of lying and stealing?

11             MR. KLEIN:  Correct.

12     Q.      And had you ever heard anyone

13  say --

14     A.      I'm sorry, I'm -- I would have to

15  look at the little paragraph that Ginny wrote up

16  for the Labor Board.  It might have been in

17  there, it might have been there.

18     Q.      And other than reading it, you had

19  never heard it anywhere?

20     A.      I don't believe so.

21     Q.      Never heard it from Ginny?

22     A.      I don't believe so.

23     Q.      Never heard it from Mark?

24     A.      I don't believe so.

25     Q.      Well, do you remember everything

410

Nancy DeNardi

1    that took place in that conversation on May 8th?

2          A.    I would like to think I did, but

3    I'm sure I didn't, my head was spinning, I could

4    not believe what was happening.

5          Q.    What time did that conversation

6    start?

7          A.    On the 8th?

8          Q.    Yes.

9          A.    About a quarter to 4:00, about 10

10   to 4:00.

11         Q.    What time did it end?

12         A.    It ended fairly quickly because I

13   believe I was out of there before 4:00 o'clock.

14         Q.    What time did it end?

15         A.    Probably about 5 minutes after it

16   started.

17         Q.    So it started either at a quarter

18   to 4:00 or 10 to 4:00 and it ended?

19         A.    Before 4:00.

20         Q.    Before 4:00?

21         A.    I didn't want to hang around.  I

22   wanted to get out of there as quickly as

23   possible.  I didn't see much reason to hang

24   around.

411

Nancy DeNardi

1

2     Q.     During the meeting on May 8th, did

3     anyone accuse you of stealing?

4     A.     I don't know if he used those

5     words.

6     Q.     What words did he use?

7     A.     Punching my daughter out.  It was

8     an inference that I waited until an hour or so

9     after she left to punch her out.

10     I don't know if Mark said it in so

11     many words.  I got the impression that he felt

12     that maybe I did it so she'd get more money.

13     I know I said to him, "Why would I

14     do that?  Why would I risk my job to give her 2

15     or 3 dollars extra in her paycheck?  It was the

16     most ridiculous thing I have heard.  She was

17     coming back at noontime.  I punched her out so

18     she wouldn't get paid."

19     If I hadn't punched her out, they

20     would have paid her until 4:00 o'clock in the

21     afternoon.  I said, "I punched her out because I

22     thought it was the right thing to do as an

23     employee, so she would not get paid any further."

24     Q.     Mark never accused you of stealing,

25     though; isn't that right?  That was what you

Nancy DeNardi

1

2    inferred he was saying?

3         A.    He never used the words.  I -- I --

4    it's the only thing I could think of, what would

5    the reason be to punch her out later.

6         Q.    That was, again, your inference --

7         A.    Yes.

8         Q.    -- correct?

9         A.    Yes.

10        Q.    Do you recall the exact words that

11   Mark used during that conversation?

12        A.    Only parts of it.  Like I said, my

13   head was spinning.  I remember talking to him

14   about Lisa punching somebody out the same day.

15              He said they were going to make an

16   example out of me.

17              He said, "I understand there's also

18   a problem with you not punching out for chemo."

19              I told him that was Ginny's idea to

20   take reports with me.  I could take work while I

21   was sitting there.

22              At that point I turned to Ginny.  I

23   asked her for help.  I said, "Please help me out

24   here.  You know, I don't understand what's going

25   on."

413

Nancy DeNardi

1    And that's when she turned to me

2    and said, "The decision's been made."

3        And at that point I said -- I knew

4    there was nothing -- I asked -- I said, you know,

5    "What about a second chance?  Why aren't we just

6    talking about what happened, and don't do it

7    again?"

8        And I was told, "Absolutely not."

9        And at that point I knew I was up

10   against a wall and I said, "Fine," and I got up

11   and I ran out of there.

12       At that point I wanted out of that

13   building as fast as I could.  Trying to get out

14   without people coming up and saying, "What

15   happened?  What's going on?"

16       As it was, two or three people

17   stopped me on my way out.  I just wanted to get

18   out of there.

19   Q.    Ginny said, "The decision's been

20   made," correct?

21   A.    Yes.

22   Q.    Is that the only thing she said?

23   A.    That's the only thing she said

24   during that whole meeting.

Judicial Reporting Service, Inc.
(914) 946-0888

556

1

2              A C K N O W L E D G E M E N T

3

4          I, NANCY DeNARDI, hereby certify

5      that I have read the transcript of my

6      testimony taken under oath in my

7      deposition of April 22, 2008; that the

8      transcript is a true, complete and

9      correct record of what was asked,

10     answered and said during this deposition,

11     and that the answers on the record as

12     given by me are true and correct.

13

14                    _____

15                    NANCY DeNARDI

16

17  Subscribed and sworn to before me

18  this 17 day of June            , 2008.

19

20  _____

21       NOTARY PUBLIC

22              DAVIDA S. PERRY
                Notary Public, State of New York
23                   No. 4987676
                Qualified in Westchester County
24             Commission Expires Oct. 21, 20__

25


              Judicial Reporting Service, Inc.
                     (914) 946-0888

1

2

3                          CERTIFICATE

4              I, LINDA P. FABEL, a Notary Public

5       within and for the State of New York, do

6       hereby certify:

7              That NANCY DeNARDI, the witness

8       whose deposition is hereinbefore set

9       forth, was duly resworn by me and that the

10      within transcript is a true record of the

11      testimony given by such witness.

12             I further certify that I am not

13      related to any of the parties to this

14      action by blood or marriage and that I am

15      in no way interested in the outcome of

16      this matter.

17             IN WITNESS WHEREOF, I have hereunto

18      set my hand this 30ᵗʰ ____ day of

19      _____April____, 2008.

20

21      _____

22                      LINDA P. FABEL

23

24

25

                Judicial Reporting Service, Inc.
                      (914) 946-0888

## ERRATA SHEET

Deposition of Plaintiff Nancy DeNardi taken on April 22, 2008

Re:     *DeNardi v. DRA Imaging, P.C., et al,* 07 Civ. 5794 (MGC)

| PAGE | LINE(S) | READS | SHOULD READ | REASON FOR CHANGE |
|---|---|---|---|---|
| 299 | 7 | "conversation" | "opportunity" | Transaction error |
| 328 | 12 | "Ginny -- and I wasn't there right after Ginny spoke about Heather. Actually, she was leaving with Mark." | Ginny wasn't there. Right after Ginny and I spoke about Heather she was leaving with Mark." | Transcription error |
| 339 | 4 | "I wasn't"... | "I was"... | Transcription error |
| 213 | 9 | It was a significant job in their eyes when they gave it to me. | It was not a significant job in their eyes when they gave it to me. | Transcription error |
| 254 | 8 | and not to mention Fishkill was a three-hour | and not to mention Fishkill was a 1/2-hour | Transcription error |
| 373 | 13-14 | "diagnoses weren't there, I had to give them the coder. She had to code them." | "diagnoses weren't there, I had to give them to the coder so she could code them." | Transcription error |
| 387 | 17 | "was told not to do any other work." | "was told not to do any overtime." | Transcription error |
| 463 | 24 | "Saturday with Carol for interface," | "sat with Carol for interface," | Transcription error |
| 465 | 20 | "CBT" | "CPT" | Transcription error |
| 491 | 18 | "claims where Carol was prime." | "claims where Medicare was prime." | Transcription error |
| 496 | 24 | "half-hour often..." | "half-hour off..." | Transcription error |
| 513 | 16 | "remember the statistics" | "remember the specifics" | Transcription error |

| 514 | 5-7 | "--I was saying I had MVP and MVP didn't care that it was what was called a genetical behavioral health." | "I was saying I had MVP and the therapists I was calling didn't accept MVP. It turned out I was supposed to use United Behavioral Health." | Transcription error |
|-----|-----|------|------|------|
| 514 | 13 | "And I ended up writing the number..." | "And I ended up calling the number..." | Transcription error |
| 532 | 14 | "$20,000 is nothing a year to work..." | "$20,000 is nothing a year to live..." | Transcription error |

Nancy DeNardi

Sworn to before me this ⊤
day of June 2008

NOTARY PUBLIC