**EXHIBIT F**

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

NANCY DENARDI,                          :

                    Plaintiff, : Docket No.

        -against-                       : 07CIV5794

DRA IMAGING, P.C. and             :    (MGC)

IMAGING SUPPORT SERVICES, LLC,    :

                    Defendants. :

-------------------------------x

                    June 20, 2008

                    10:00 a.m.


        Deposition of Defendants, by **MARK NEWTON**,

held at the offices of Keane & Beane, P.C.,

445 Hamilton Avenue, White Plains, New York,

before a Notary Public within and for the

State of New York.

83

1                          M. Newton

2        A.      Yes.

3        Q.      And when did your next contact with

4   Mrs. Barkyani occur with regard to Heather

5   DeNardi?

6        A.      Later in the morning.

7        Q.      When, in relationship to that

8   two-minute conversation that you had?

9        A.      Afterwards.

10       Q.      About how long afterwards?

11       A.      Hour, two hours.

12       Q.      After the first initial two-minute

13  conversation, did you take any steps to try to

14  locate Mrs. DeNardi?

15       A.      No.

16       Q.      Did you go over to Mrs. DeNardi and

17  ask her, Ginni seems very concerned about

18  Heather.  Where is she?

19       A.      No.

20       Q.      And what happened during the second

21  conversation that you had, which you said was

22  about an hour later?

23       A.      Ginni came over to say that at some

24  point, Heather had left; that she had then had

25  a conversation with Mrs. DeNardi where Ginni

84

1                    M. Newton

2    asked Mrs. DeNardi if she had punched out

3    Heather and Mrs. DeNardi initially said no.

4            Ginni, from computer records, believed

5    that she had, and asked Mrs. DeNardi again,

6    "Did you punch Heather out?"  And at some point,

7    Mrs. DeNardi said, "I did."   So, Ginni came

8    over to say that she was upset that Mrs. DeNardi

9    had lied to her and hadn't told her the truth

10   until she was either confronted with or

11   believed that Ginni had the documentation to

12   indicate that she had punched Heather out.

13           So then Ginni and I talked about what

14   to do as a result of that occurrence and we

15   talked about termination, because we didn't

16   think we could trust Mrs. DeNardi anymore and

17   we decided to sleep on it over the weekend and

18   decide on Monday morning.

19       Q.    Up until that point, had Ginni

20   Barkyani ever indicated to you that she felt

21   she couldn't trust Nancy DeNardi?

22       A.    I don't think so.

23       Q.    In fact, up until that point, it was

24   your understanding that Mrs. Barkyani

25   considered Nancy DeNardi a key employee;

85

1                           M. Newton

2      correct?

3           A.      Yes.  And I did, too.

4           Q.      And the Cerner project was a

5      significant project for DRA?

6           A.      Uh-hmm.

7           Q.      A lot of --

8                   MR. KLEIN:   Yes?

9           A.      Yes.

10          Q.      A lot of money had been invested in

11     the project?

12          A.      Yes.

13          Q.      And you wanted it to succeed in

14     whatever way it could?

15          A.      Yes.

16          Q.      And that was a project that you

17     became or the interface portion of the project

18     had been assigned to Mrs. DeNardi at a given

19     point in time?

20          A.      Yes.

21          Q.      And that was an important project?

22          A.      Yes.

23          Q.      Did the timecard that Mrs. Barkyani

24     said she had seen regarding Heather being

25     punched out, did the timecard itself indicate

1              M. Newton

2      Q.      At any point during either of the

3    two conversations that you had with her on May

4    5th, did Mrs. Barkyani discuss with you

5    terminating Heather DeNardi's employment?

6      A.      I think so, yes.

7      Q.      Was it during both of the

8    conversations or during either one of them?

9      A.      I think it was the latter one.

10     Q.      What did she say about Heather

11   DeNardi's employment?

12     A.      I don't know, other than I think she

13   said she terminated Heather or was going to

14   communicate to Nancy about Heather.

15     Q.      Do you know whether or not she spoke

16   to Nancy DeNardi about the termination of her

17   employment?

18     A.      I don't know.

19     Q.      Did you ask her?

20     A.      I don't remember.

21     Q.      What occurred Monday morning, May

22   8th, with regard to you speaking to

23   Mrs. Barkyani about Nancy DeNardi's employment?

24     A.      We met to discuss what had happened

25   on Friday and to see how we felt about it,

99

1                           M. Newton

2      given the passage of a couple of days.

3                    Again, I know Ginni was annoyed with

4      having to look for Heather and then -- she was

5      angry that Nancy had lied to her.  I was

6      disappointed that Nancy had lied to Ginni and,

7      because of Nancy's important responsibilities,

8      concerned that I could no longer trust her,

9      which was the reason to consider termination.

10                   And, so, Monday morning we discussed

11     to see if we felt any differently, having slept

12     on it over the weekend, and I still felt like I

13     wanted to terminate her because I no longer

14     trusted her, and Ginni felt the same way.

15          Q.     In your view, was it -- if this lie

16     had occurred, which you apparently believe that

17     it did, did you feel that it was a very, very,

18     serious lie? First she said she didn't punch

19     her daughter out and then she confessed to

20     punching her out.  Was that a very, very

21     significant lie, in your view?

22                   MR. KLEIN:  Objection to the form.

23          A.     Yes.

24          Q.     Was anybody at DRA going to be

25     suffering any sort of damage as a result of

107

1                          M. Newton

2    to an end?

3          A.      I don't remember.

4          Q.      Were you at all involved in her

5    departure from DRA?

6          A.      I don't think so.

7          Q.      Did her name come up at all during

8    the meeting that you had with Mrs. DeNardi on

9    May 8th?

10         A.      I don't think so.

11         Q.      Mrs. DeNardi didn't mention her name?

12         A.      I don't think so.

13         Q.      Did you make any notes of the meeting

14   on May 8th?

15         A.      I asked Ginni to.

16         Q.      And do you know whether or not Ginni

17   did?

18         A.      I believe she did.

19         Q.      I'm referring to contemporaneous

20   notes. Not anything that may have been written

21   after the meeting concluded.  I'm talking about

22   while it was going on.

23         A.      No, it was after the meeting

24   concluded.

25         Q.      Who was present during the meeting?

108

1                         M. Newton

2          A.      On May 8th?

3          Q.      Correct.

4          A.      When Nancy was terminated?

5          Q.      Correct.

6          A.      It was myself, Ginni and Nancy.

7          Q.      There was nobody else in the room?

8          A.      There was not.

9          Q.      How long did the meeting take?

10         A.      Five minutes.

11         Q.      About what time of day did it occur?

12         A.      Around four o'clock.

13         Q.      Was there anything else that

14    Mrs. DeNardi did, in your mind on May 8th, that

15    caused her to become untrustworthy?

16         A.      No.

17         Q.      It was just strictly lying about

18    punching her daughter out and then ultimately

19    telling the truth?

20         A.      What was strictly about her lying?

21         Q.      What caused her to become

22    untrustworthy, in your view.

23         A.      Yes, it was that she lied to her

24    supervisor about punching her daughter out.

25         Q.      And you were not present when the

115

1                         M. Newton

2            MS. PERRY:   I don't have anything

3    further.

4            Thank you very much.

5            MR. KLEIN:   Thanks.

6            (Time noted:   12:35 p.m.)

7

8            _____

9            Mark Newton

10

11   Subscribed and sworn to before me

12   this ___ day of _____, 2008.

13

14   _____

15   Notary Public

16

17

18

19

20

21

22

23

24

25

116

```
1
2                        C E R T I F I C A T E
3
4    STATE OF NEW YORK      )
5                                  : ss.
6    COUNTY OF NEW YORK     )
7
8              I, ERIC ALLEN, a Notary Public
9    within and for the State of New York, do
10   hereby certify:
11             That MARK NEWTON, the witness
12   whose deposition is hereinbefore set forth,
13   was duly sworn by me and that such
14   deposition is a true record of the
15   testimony given by the witness.
16             I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage, and that I am
19   in no way interested in the outcome of this
20   matter.
21             IN WITNESS WHEREOF, I have hereunto
22   set my hand this 2nd day of July, 2008.
23
24                       _____
25                       ERIC ALLEN
```