**EXHIBIT G**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
NANCY DeNARDI,

                Plaintiff,

  -against-

DRA IMAGING, PC and IMAGING SUPPORT
SERVICES, LLC,

                Defendants.

------------------------------------X

                Friday, July 18, 2008
                10:15 a.m.
                Held at the Offices of
                Keane & Beane PC
                445 Hamilton Avenue
                White Plains, New York


EXAMINATION BEFORE TRIAL of

HEATHER DeNARDI,

a Non-Party Witness, pursuant to Agreement,

before Linda P. Fabel, a Shorthand Reporter and

Notary Public within and for the State of New

York.


        Judicial Reporting Service, Inc.
              (914) 946-0888

1       Heather DeNardi
2  advisement.
3       MR. KLEIN:  As I was about to say,
4  we will put it in a --
5       MS. PERRY:  I'll still take it
6  under advisement.
7       (Production request for transcript
8  for the spring '06 semester.)
9       Q.   Prior to working for Victoria's
10 Secret, did you hold any other either full- or
11 part-time positions at all?
12      A.   Yes.
13      Q.   What positions did you hold?
14      A.   Besides baby-sitting after school,
15 I worked at DRA Imaging.
16      Q.   Any other employers besides DRA?
17      A.   No.
18      Q.   When did you first start at DRA?
19      A.   Probably around September of 2004.
20      Q.   What were you doing?
21      A.   I did a lot of work, I pulled a lot
22 of files, made a lot of copies.  I had a
23 different -- there were some days I just had
24 different jobs.  I'd work with whoever needed
25 help.

1            Heather DeNardi
2       A.    No.
3       Q.    Did anyone ever ask you for a
4   schedule?
5       A.    No.
6       Q.    Did you report to anyone at DRA?
7       A.    No.
8       Q.    When you came in to work at DRA,
9   and let's focus on that year 2005, where did you
10  go?
11      A.    When I first came in?
12      Q.    Yes.
13      A.    I would go, put my stuff down in my
14  mother's cubby, and I'd punch into work.
15      Q.    How did you punch in?
16      A.    The last four digits of Social
17  Security was the password.
18      Q.    Explain what you would do.
19      A.    I'd just go right over to the
20  computer, there would be a certain icon on the
21  computer to click, it would come up and you would
22  just type in the four digits as your password.
23      Q.    And then what would you do after
24  you punched in?
25      A.    I would -- I'd go find work.

Heather DeNardi

occasionally.

Q. Now, how do you know that you had the conversation with Ginny and your mother at 8:30?

A. I remember, I remember it being right around 8:30, I remember looking at the clock and thinking I had to leave for school soon, but it wasn't that time yet when my mom had asked me.

Q. Your mom had asked you what?

A. She thought I had to get ready to leave for school and she wanted me to go to the clock and --

Q. You had a 9:00 o'clock class that day?

A. No, I had to meet with the study group that day.

Q. Who was in the study group?

A. Four or five members from my class.

Q. What were their names?

A. I don't remember.

Q. You don't remember any of them?

A. No, I don't. It was just a random assignment, the groups. The only time I ever

73
Heather DeNardi

1 really spoke to them outside, outside the class
2 was in the study group.
3     Q.    When did the study group first meet?
4     A.    In one of my classes.  In one of my criminal justice classes.
5     Q.    How many times had you met prior to that day on May 5th?
6     A.    Probably about four or five times.
7     Q.    How many times did you meet after May 5th?
8     A.    Two or three.
9     Q.    How long were these study group sessions?
10    A.    They lasted anywhere from an hour, hour and a half, to two hours.
11    Q.    And what time did you leave DRA that day?
12    A.    A little bit after 9:00 o'clock.
13    Q.    How do you know that?
14    A.    Because I had to call my mother, 'cause I had forgotten to punch out of work.
15    Q.    Didn't you testify you don't recall the events of that day?

Judicial Reporting Service, Inc.
(914) 946-0888

1

2           A C K N O W L E D G E M E N T

3

4        I, HEATHER DeNARDI, hereby

5    certify that I have read the transcript

6    of my testimony taken under oath in my

7    deposition of July 18, 2008; that the

8    transcript is a true, complete and

9    correct record of what was asked,

10    answered and said during this deposition,

11    and that the answers on the record as

12    given by me are true and correct.

13

14              _____

15              HEATHER DeNARDI

16

17    Subscribed and sworn to before me

18    this ____ day of _____, 2008.

19

20    _____

21        NOTARY PUBLIC

22

23

24

25

Judicial Reporting Service, Inc.
(914) 946-0888

1
2
3                    CERTIFICATE
4          I, LINDA P. FABEL, a Notary Public
5    within and for the State of New York, do
6    hereby certify:
7          That HEATHER DeNARDI, the witness
8    whose deposition is hereinbefore set
9    forth, was duly sworn by me and that the
10   within transcript is a true record of the
11   testimony given by such witness.
12         I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage and that I am
15   in no way interested in the outcome of
16   this matter.
17         IN WITNESS WHEREOF, I have hereunto
18   set my hand this _4th_ day of
19   _August_____, 2008.
20
21                    _Linda P. Fabel_____
22                    LINDA P. FABEL
23
24
25

Judicial Reporting Service, Inc.
(914) 946-0888