**EXHIBIT H**





# SCHWARTZ & PERRY LLP

295 Madison Avenue, New York, New York 10017  •  (212) 889-6565  •  Fax (212) 779-8208  •  www.schwartzandperry.com

Murray Schwartz
Davida S. Perry *
Brian Heller

Matthew T. Schatz
Kirsten Jansen

*Also admitted in MA

Michael P. Tempesta*
Ronald S. Solow†
Of Counsel

*Also admitted in D.C.
†Admitted in D.C. and CA

June 18, 2008

**Via Fax  914-946-6868**

Keane & Beane, P.C.
445 Hamilton Avenue, 15th floor
White Plains, NY 10601

**Att:   Lance Klein, Esq.**

                **Re:   DeNardi v. DRA Imaging, et al**

Dear Lance:

      Faxed are the relevant pages of the book that Nancy DeNardi testified she consulted in obtaining a referral to counsel. The book itself is 125 pages. If you desire to inspect the book, please let me know and I will bring it to your office on Friday.

      Also faxed is a copy of a letter concerning Heather DeNardi that the Plaintiff just located.

      This letter will also serve to memorialize requests for the production of additional documents following Ms. Barkyani's deposition:

1. All written warnings or write-ups prepared by Ginny Barkyani concerning the performance of employees at DRA to which she testified at her deposition, including but not limited to Katina Collins, Carolyn Huyler.

2. Copies of all written job descriptions for the positions of Assistant Manager and Manager that were held by Ms. Barkyani during the course of her employment with DRA. The Plaintiff recalls job descriptions that were prepared by Gail Platt and also Nancy Rasmussen.



# SCHWARTZ & PERRY LLP

3.  Copies of all written job descriptions for the positions of Assistant Manager and Manager in the Billing Department that were held by anyone preceding Ms. Barkyani, including but not limited to Gail Platt for the period September 1999-May 8, 2006.

4.  All organizational charts of the Billing Department that were prepared by Ms. Barkyani (other than those already produced), Gail Platt and Nancy Rasmussen during the period September 1999-May 8, 2006.

It looks like we are going to have to conduct Heather's deposition during the week of July 14. Hopefully one of the dates during that week are available.

Cordially yours,

DAVIDA S. PERRY

DSP/arp
encl.