**EXHIBIT I**

# KEANE & BEANE, P.C.

ATTORNEYS AT LAW

445 HAMILTON AVENUE

WHITE PLAINS, NEW YORK 10601

(914) 946-4777

FAX (914) 946-6868

www.kblaw.com

200 WESTAGE BUSINESS CENTER
FISHKILL, NEW YORK 12524
(845) 896-0120

STEPHANIE L. BURNS
MEMBER
SBURNS@KBLAW.COM
ALSO ADMITTED IN NJ

July 15, 2008

VIA FEDERAL EXPRESS

Davida S. Perry, Esq.
Schwartz & Perry, LLP
295 Madison Avenue
New York, NY 10017

    Re:    *DeNardi v. DRA Imagining, P.C., et al.,*
              07 Civ. 5794 (MGC)

Dear Davida:

    I write in response to the document requests contained in your letter to Lance Klein, Esq. that is dated June 18, 2008. In your letter you requested the following:

1. All written warnings or write-ups prepared by Ginny Barkanyi concerning the performance of employees at DRA to which she testified at her deposition, including but not limited to Katina Collins, Carolyn Huyler.

   **Response:** Defendants DRA Imaging, P.C. and Imaging Support Services, LLC (collectively, "Defendants") object to this request as vague, ambiguous and seeking documents that are not reasonably calculated to lead to the discovery of admissible evidence. Without waiving or limiting these objections, copies of the documents located to date that are responsive concerning Katina Collins are produced in Exhibit A to this letter and documents located to date that are responsive concerning Carolyn Huyler are produced in Exhibit B to this letter.

2. Copies of all written job descriptions for the positions of Assistant Manager and Manger that were held by Ms. Barkanyi during the course of her employment with DRA.

   **Response:** Defendants object to this request as seeking documents that are not reasonably calculated to lead to the discovery of admissible evidence. Without

2667/02/341763 V1  7/15/08

KEANE & BEANE, P. C.

Davida S. Perry, Esq.
July 15, 2008
Page 2

> waiving or limiting this objection, copies of the documents located to date that are responsive to this request are produced in Exhibit C to this letter.

3. Copies of all written job descriptions for the positions of Assistant Manager and Manger in the Billing Department that were held by anyone preceding Ms. Barkanyi, including but not limited to Gail Platt for the period September 1999 - May 8, 2006.

    **Response:** Defendants object to this request as seeking documents that are not reasonably calculated to lead to the discovery of admissible evidence. Without waiving or limiting this objection, copies of the documents located to date that are responsive to this request have been produced in response to the preceding request and in Exhibit C to this letter.

4. All organizational charts of the Billing Department that were prepared by Ms. Barkanyi (other than those already produced), Gail Platt and Nancy Rasmussen during the period September 1999-May 8, 2006.

    **Response:** Excluding the organizational charts previously produced by Defendants in response to Plaintiff's First Notice to Produce, a copy of the document located to date that is responsive to this request has been produced in Exhibit D to this letter.

If you have any questions concerning the documents produced in the Exhibits hereto, please do not hesitate to contact me.

> Very truly yours,
>
> *Stephanie Burns*
>
> Stephanie L. Burns

SLB/pe
Enclosures

2667/02/341763 V1 7/15/08