**EXHIBIT J**

## KATINA COLLINS    MOVED FROM CHARGE ENTRY TO PAYMENTS BECAUSE OF WORK PERFORMANCE. COULD NOT CORRECT DEMOGRAPHIC INFO OR POST CHARGES CORRECTLY. WORK WAS SLOPPY AND HAPHAZARD.

**MAY 15, 2006 MEDICAID (DRA)**

BIANCA BEGAN TRAINING KATINA TO POST PAYMENTS. AS ALWAYS WE STARTED WITH MEDICAID, THE EASIEST. THE EOB CONTAINED 16 PAYMENTS. KATINA COULD NOT FOLLOW AT ALL. BIANCA INSTRUCTED EVERY STEP.

**MAY 19, 2006 MEDICAID (HVR)**

BIANCA CONTINUED TO TRAIN KATINA. BIANCA SAID KATINA IS VERY SLOW AND HAVING MANY DIFFICULTIES. WE HAD SUZANNE SIT WITH KATINA TO SEE IF PERHAPS SUZANNE COULD OFFER A DIFFERENT PERSPECTIVE. SUZANNE SAT WITH KATINA FOR TWO SOLID DAYS AS SHE POSTED THE HVR EOB. NEGATIVE ATTITUDE DIRECTED TOWARD SUZANNE REGARDING DISPLEASURE WITH POSTING PAYMENTS. UNABLE TO WORK INDEPENDENTLY – CONSTANTLY REQUESTING HELP FROM BIANCA AND SUZANNE. THE CHECK TOOK ONE AND A HALF WEEKS TO POST THEN KATINA WAS UNABLE TO BALANCE. SUZANNNE HAD TO SPEND FOUR FULL DAYS BALANCING THE CHECK. SUZANNE SAID IT WAS AN "ABSOLUTE MESS" - NUMEROUS PAYMENTS WERE SKIPPED, DOUBLE POSTED ETC. AND KATINA CONTINUALLY FAILED TO FOLLOW SUZANNE'S INSTRUCTIONS. JACKIE REQUESTED THAT KATINA COME TO HER WITH PROBLEMS AND INSTEAD SHE REPEATEDLY CALLED SUZANNE AND BIANCA TO COME TO HER DESK TO HELP HER.

**JUNE 2, 2006 MEDICAID (DRA)**

KATINA STARTED AGAIN WITH A SMALL DRA EOB – ONLY 53 PAYMENTS. KATINA AGAIN RELIED CONSTANTLY ON BIANCA AND SUZANNE. FAILED TO FOLLOW INSTRUCTIONS, COULD NOT BALANCE AND HAD NO IDEA HOW TO EVEN LOOK FOR ERRORS.

**JUNE 9, 2006 MEDICAID (HVR)**

JACKIE SAT WITH KATINA TO DETERMINE WHAT THE DIFFICULTY WAS. SHE WAS EXTREMELY DISORGANIZED AND SEEMED COMPLETELY

CLUELESS AS TO HOW TO POST. JACKIE EXPLAINED THAT WITH THE AMOUNT OF TRAINING KATINA HAD RECEIVED SHE COULD NOT UNDERSTAND WHAT EXACTLY SHE DID NOT UNDERSTAND. KATINA WOULD JUST STARE AT THE SCREEN AND WHEN ASKED WHAT SHE WAS DOING SHE WOULD SAY SHE WAS THINKING (SIMPLE ACCOUNTS WITH ONE OR TWO CPTS AND SHE WAS UNSURE OF HOW TO CONTINUE). SHE WAS UNHAPPY ABOUT POSTING PAYMENTS AND CONTINUALLY FAILED TO FOLLOW INSTRUCTIONS. SUZANNE, BIANCA AND JACKIE TOOK TURNS ASSISTING KATINA AND JACKIE BALANCED THE BATCH THAT KATINA WAS UNABLE TO.

**NOTE: MEDICAID NORMALLY IS 1 DAYS TRAINING.**

### JUNE 16, 2006 MEDICAID (DRA)

SUZANNE AND BIANCA ASSISTED KATINA. SAME COMPLAINTS….FAILING TO FOLLOW INSTRUCTIONS AND COULD NOT BALANCE.

### JUNE 23, 2006 MEDICAID (DRA)

SUZANNE AND BIANCA ASSISTED KATINA. NUMEROUS QUESTIONS AND POOR ATTITUDE.

### JUNE 30, 2006 MEDICAID (DRA)

SUZANNE AND BIANCA ASSISTED KATINA WITH SAME QUESTIONS. CHRONIC PROBLEMS UNDERSTANDING 391 AND 256'S. NOT PAYING ATTENTION TO DETAIL (I.E. POSTING ONE PAYMENT USING TWO 140 CODES)….ACCOUNTS MESSY TO READ AND NOW DIFFUCULT TO FOLLOW WITH ALL THE ERRORS MADE.

### JULY 7, 2006 MEDICAID (HVR)

SAME DIFFICULTIES AND STILL EXTREMELY SLOW. NEEDS EXCESSIVE ASSISTANCE.

### JULY 7, 2006

LINDA APPROACHED KATINA ABOUT PARKING DIRECTLY OUT FRONT. KATINA SAID SHE KNEW SHE WAS NOT SUPPOSED TO PARK THERE AND SMILED.

2053

### MONDAY, JULY 24, 2006 (KATINA ASSIGNED TO VBH AUDITS)

ATTEMPTED TO TOUCH BASE WITH KATINA SEVERAL TIMES REGARDING THE STATUS OF HER VBH AUDIT AND SHE WAS NOT AT HER DESK AND NO ONE KNEW WHERE SHE WAS. WHEN RONNEE AND I WERE ABLE TO SIT WITH KATINA SHE SAID AN AUDIT OF ONE DAY TAKES APPROXIMATELY TWO HOURS. WHEN I QUESTIONED HER LACK OF PRODUCTIVITY SHE BLAMED IT ON THE REFERRING PHYSICIANS WORK AND I REMINDED HER THAT SHE HERSELF TOLD ME IT TAKES 1-2 HOURS PER DAY. SHE HAD NO ANSWER. I TOLD HER THAT I HAD BEEN UNABLE TO FIND HER AND SHE NEEDED TO BE AT HER DESK TO DO HER JOB.

### MONDAY, JULY 31, 2006

CAROL AND JACKIE DROPPED THE VBH CHARGES ON THE SPECIAL DISK LEONOR SENT OVER FOR THE 7/11, 7/12 AND 7/13 DISK PROBLEMS. ATTEMPTED TO COMPARE CHARGES TO EXTRA REPORTS FROM MATT AND FOUND THAT KATINA HAD MISLABELED REPORT BATCHES WITH INCORRECT DATES. UPON CLOSER INVESTIGATION OF HER AUDIT I FOUND NUMEROUS PROCEDURES THAT SHE SAID WE DID NOT GET FROM VBH THAT WERE ACTUALLY ALREADY POSTED IN VITAL WORKS. RONNEE SAT WITH KATINA TO REVIEW HER PROCEDURES.

### MONDAY, AUGUST 7, 2006

KATINA CONTINUED WORKING ON THE VBH AUDIT. RONNEE SAID KATINA WAS EXTREMELY BEHIND IN HER AUDIT OF THE VBH CHARGES. THIS WORK WAS DISTRIBUTED TO EMILY, SALLY, SHARI, KATHY, JACKIE AND GINNY TO BRING HER UP TO DATE. RONNEE TOLD ME SHE WAS GOING TO DOUBLE CHECK THE BATCHES KATINA HAD DONE AS SHE DID NOT TRUST THE ACCURACY OF KATINA'S WORK.

### TUESDAY, AUGUST 8, 2006

KATINA CALLED IN SICK.

### WEDNESDAY, AUGUST 9, 2006

2054

DRA MEDICAID EOB GIVEN TO KATINA MID MORNING. EOB HAD 23 PAYMENTS AND ONE WITHHOLD WHICH WAS MARKED FOR HER. KATINA NEEDED BIANCA AND SUZANNE TO COME TO HER DESK NUMEROUS TIMES TO ASSIST HER WITH POSTING DIFFICULTIES AND HER INABILITY TO BALANCE. EOB TOOK ½ DAY TO POST AND BALANCE.

I SPOKE TO KATINA ABOUT MONDAY'S CONVERSATION IN WHICH I EMPHASIZED TO KATINA THE NEED FOR THE AUDIT RESULTS QUICKLY AND ACCURATELY. I ASKED HER TO WATCH HER TIME OFF AS SHE HAD CALLED IN SICK AGAIN THE PREVIOUS DAY.

### THURSDAY, AUGUST 10, 2006 (JACKIE'S ACCOUNT)

I SPOKE TO KATINA IN THE MORNING TO TRY TO ASCERTAIN EXACTLY WHAT THE PROBLEM WAS WITH HER LACK OF PROGRESS IN POSTING PAYMENTS INDEPENDENTLY. I RELAYED FEEDBACK FROM SUZANNE AND BIANCA CONCERNING MULTIPLE DOUBLE PAYMENTS AND PAYMENTS THAT WERE MISSED COMPLETELY. KATINA SAID THE WITHHOLDS WERE WHAT WAS 'MESSING ME UP'. WHEN I POINTED OUT THE CHECK HAD ONLY ONE WITHHOLD AND IT WAS MARKED FOR HER SHE REITERATED THAT SHE DID NOT UNDERSTAND THIS PROCESS. I EXPLAINED THAT MOST OVERPAYMENTS WERE RECOUPED BY INSURANCE COMPANIES THRU WITHHOLDS. WE SPOKE ABOUT HER TIME EACH DAY. AS SHE HERSELF SAID REFERRING DOCS TOOK 1-2 HOURS PER DAY AND RONNEE SAID PULLING REPORTS TOOK 30 MINUTES PER DAY SHE HAD THE BETTER PART OF EACH DAY TO POST PAYMENTS. I SUGGESTED THAT PERHAPS DRA WAS NOT THE BEST FIT FOR HER AS AFTER THE EXTENSIVE TRAINING FROM BIANCA, SUZANNE AND MYSELF SHE STILL WAS UNABLE TO UNDERSTAND THE BASICS OF THE POSITION.

11:30 AM – I CHOSE A VERY SMALL BLUE CROSS BATCH AND HAD SUZANNE SIT WITH KATINA TO WATCH HER POST AND FURTHER INSTRUCT HER. AFTER ONE HOUR SUZANNE CAME TO ME AND SAID "YOU NEED TO GET HER OUT OF HERE". SUZANNE COMPLAINED THAT SHE WAS NOT FOLLOWING INSTRUCTIONS AND REPEATEDLY ASKED THE SAME QUESTIONS. BIANCA AND SUZANNE ALTERNATED ASSISTING KATINA FOR THE BETTER PART OF THE AFTERNOON AS SHE POSTED THIS SMALL BATCH.

### MONDAY, AUGUST 14, 2006 (JACKIE'S ACCOUNT)

GAVE KATINA AN HVR BLUE CROSS BATCH. SHE BEGAN POSTING AT 9:30 AND SPENT ALL DAY (WITH THE EXCEPTION OF THE REFERRING DOC

TIME) WORKING ON THIS BATCH. SHE CALLED SUZANNE AND BIANCA REPEATEDLY TO GO TO HER DESK TO HELP HER. BY THE END OF THE DAY SHE HAD ONLY POSTED 57 PAYMENTS. SUZANNE SAID SHE WAS HUNG OVER AND REEKED OF ALCOHOL. ASKED BIANCA AND SHE DID CONFIRM THIS. SHE ALSO SAID KATINA CONTINUALLY ASKS FOR ASSISTANCE AND THEN TREATS HER IN A RUDE AND UNPLEASANT MANNER. I ASKED SUZANNNE IF SHE IS TREATED IN AN UNPROFESSIONAL MANNER AND SUZANNE SAYS SHE IS "CRANKY".

### TUESDAY, AUGUST 15, 2006 (JACKIE'S ACCOUNT)

AT THE END OF THE SECOND DAY THE EOBS HAD BEEN POSTED BUT KATINA DID NOT BALANCE. SUZANNE SPOKE TO GINNY AND ME ABOUT KATINA'S CONSTANT INTERRUPTIONS AND HER ONGOING PROBLEMS WITH POSTING DIFFICULTIES. SUZANNE SAID KATINA HAD MANY DIFFICULTIES WITH UNDERSTANDING THE INFORMATION ON THE EOB AND THE POSTING OF PATIENT RESPONSIBILITIES. SUZANNE SAID MONICA OFFERED KATINA STEP-BY-STEP WRITTEN INSTRUCTIONS ON THE "R" CODES AND THAT KATINA WAS RUDE TO HER IN RESPONSE. MONICA CAME OVER TO COMPLAIN HOW SHE WAS SPOKEN TO WHEN SHE TRIED TO OFFER A USEFUL TOOL TO HELP KATINA MASTER THE "R" CODES.

CAROL AND I REVIEWED THE EOBS THAT KATINA HAD POSTED AND FOUND NUMEROUS ERRORS. SHE WAS POSTING PAYMENTS TO INCORRECT CPTS, DATES OF SERVICE, DOCTORS ETC. SHE POSTED A CAD PAYMENT TO A MAMMO CODE AND TO DO THIS SHE HAD TO MANUALLY OVERRIDE THE ALLOWED AMOUNT THAT PCP WAS TELLING HER WAS THE CORRECT PAYMENT FOR THIS CPT. SHE IS OBVIOUSLY NOT VERIFYING THAT CPTS ARE ACTUALLY BEING REIMBURSED AT THE FEE SCHEDULE RATES.

### WEDNESDAY, AUGUST 16, 2006 (JACKIE'S ACCOUNT)

KATINA SPENT ALL MORNING TRYING TO BALANCE A PREVIOUS EOB SHE POSTED. SHE WENT TO SUZANNNE SEVERAL TIMES FOR ASSISTANCE. KATHY FINALLY HAD TO BALANCE THE BATCH FOR KATINA. THIS WAS COMPLETED BY KATHY IN 10 MINUTES.

### WEDNESDAY, AUGUST 16, 2006 (GINNY'S ACCOUNT)

3:30 JACKIE AND I MET WITH KATINA TO DISCUSS HER INABILITY TO POST PAYMENTS. NUMEROUS ERRORS WERE REVIEWED WITH KATINA. WE EXPLAINED TO KATINA THAT SHE WAS NOT ABLE TO POST PAYMENTS

AND ATTEMPTS TO HAVE HER WORK ON THE HOSPITAL CHARGES WERE ALSO UNSUCCESSFUL. KATINA WAS TOLD SHE WAS BEING LET GO AND THAT HER LAST DAY WOULD BE WEDNESDAY, AUGUST 30, 2006. THIS WAS GIVING HER 2 WEEKS NOTICE TO FIND ANOTHER POSITION. KATINA SAID SHE UNDERSTOOD.

## Ginny Barkanyi

**From:** Ginny Barkanyi
**Sent:** Wednesday, August 16, 2006 3:57 PM
**To:** Mark Newton; Sue Kalogiannis
**Cc:** Joe Chiseri; Carol Gustin; Jacqueline Bourne; Shari McCauley
**Subject:** Katina Collins

Katina's last day will be 8/30/06. She is being let go.

3/14/2007

2058

August 17, 2006

Kalina called and stated she would not be back, thought it would be too difficult for her to work knowing she only had 2 weeks (last day was 8/30/06).