**EXHIBIT K**

Carlos

- Inappropriate use of [?] for patients [?]
- Hygeene problems
- Poor interaction c/ nurses
- Hostile attitude towards a nurses
- Racial comments
- Anti-semetic
- Social Skills Non existent
- Would not follow instructions
- Accessed my medical records
- Medication Problems – Falling Sleeping



- Grammar

- Unprofessional treatment
  of patients —
  ✓ Comments abt pt's
    on medicaid

(VERBAL WARNING)

2-24-03  Carolyn Meeting

Behavior not professional.
If you have a problem with work
since you cannot come in to talk
about a problem with your managers.
Everyone on the floor must not
be upset.

10·3·03 Cheralyn Mtg

"Overall picture
w/ Theresa"

- UHC – Pmt # & ER
- Referring docs – putting primary care doc instead
- Not looking at Commercial Insur
  Addresses ⓒ
     Multiples going to I
- Phone – just hello, not professional
- Not at her desk 90% of time
- forgets ins #'s on grps
- PCAPs – Ins # & ER in wrong as DTPI
- Apt #'s – doesn't check
-

2063

April 11, 2005

Carolyn Huyler – Performance meeting
Nancy and I attended

Nancy and I met with Carolyn to discuss her job performance. We spoke about how she repeatedly disregards direction on issues and procedures for workflow. Carolyn has been telling me she cannot get her job done but continually is doing work she was told not to do. Efforts to streamline her workflow or make changes upset her. Carolyn has problems with multitasking and change in general.

April 12, 2005

Carolyn Huyler—Performance meeting
Ronnee, Nancy and I attended

The following charge department workflow and responsibilities were discussed.

1) Carolyn is to track length of time spent each day on working the demos. As a daily average Carolyn estimated the demos should take approximately 3-4 hours.
2) No calls to patients will be made as part of the demo work. If the account came over with no insurance info bill the patient.
3) Carolyn will not load patient insurance info on accounts, this info is to be given to the insur rep for consideration.
4) Carolyn was counseled on procedure errors that were being made continually and was shown the repercussions, to the rest of the department, for her errors.
5) Talked about how to multitask and improve efficiency
6) Carolyn agreed not to go back to old accounts and work them

June 21, 2005

Carolyn Huyler – Employee Performance Action

Nancy and I have met with you previously to discuss job performance issues. These issues were discussed at length and the impact of your errors on other areas of the department were detailed and shown to you once again.

Unfortunately, even after our last meeting, you still are not on task.

*Patient insurance information is still being changed and not being given to the insurance representative as we discussed.

*Old accounts are still being worked.

*Error rate is high when posting to Vital Works- accuracy is paramount when the charge is billed out the next morning. Payment on an incorrect claim has a host of problems. This was discussed at length

*Financial class confusion between Fic 0(zero) and Fic O

*Guarantor field issues-causes unnecessary expense for patient billing

*Patient comments need to be sensitive (ie.charity care ) and added only after Spelling and grammar have been checked.

This warning is your final notification that if the above issues are not corrected you will be terminated.

_Carolyn Huyler_ [signature]    Date: 6/23/05

2066